**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| DIANNE LaSALLE, individually, as Personal Representative of the Estate of the Decedent JACK LaSALLE, and on behalf of all wrongful death beneficiaries of Decedent JACK LaSALLE,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN INTERNATIONAL INDUSTRIES, et al.;<br><br>Defendants. | Case No. 2:26-cv-03159-TL<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY APPLICATION FOR IMMEDIATE REMAND OF MESOTHELIOMA LAWSUIT BACK TO WASHINGTON STATE COURT; OR IN THE ALTERNATIVE, FOR SHORTENED NOTICE TIME ON A MOTION FOR SUCH RELIEF**<br><br>NOTE ON MOTION CALENDAR: October 7, 2026 |

THIS MATTER comes before the Court on Plaintiffs' Motion to Remand. In adjudicating this Motion, the Court has considered the following pleadings submitted by the parties:

1. Plaintiffs' Emergency Application for Immediate Remand of Mesothelioma Lawsuit Back to Washington State Court; or in the Alternative, for Shortened Notice Time on a Motion for Such Relief;
2. Declaration of Alexandra B. Caggiano, including exhibits;



**WEINSTEIN CAGGIANO PLLC**
600 UNIVERSITY STREET, SUITE 1620
SEATTLE, WASHINGTON 98101
(206) 508-7070 - FACSIMILE (206) 237-8650

3. Defendant's Opposition to Plaintiffs' Emergency Application for Immediate Remand, if any;

4. Defendant's Counsel's Declaration in support of its Opposition to Plaintiffs' Emergency Application for Immediate Remand, if any; and

5. Plaintiffs' Reply in support of Plaintiff's Emergency Application for Immediate Remand, if any.

THE COURT HEREBY ORDERS AS FOLLOWS:

1. Good cause appearing, the *LaSalle* lawsuit is immediately remanded back to Washington State Court, King County Super. Ct. Case No. 23-2-08165-0 SEA.

**or**

2. Defendants American International Industries, et al.'s opposition papers on the issue of remand are due by September ___, 2026. Plaintiff's reply papers are due by September ___, 2026. The hearing will occur on September ___, 2026, at ___________ (time).

DATED this _____________ of September, 2026.

______________________________________
HONORABLE TANA LIN

Presented by:

WEINSTEIN CAGGIANO PLLC
*/s/ Alexandra B. Caggiano*
Brian D. Weinstein, WSBA # 24497
Alexandra B. Caggiano, WSBA # 47862
600 University Street, Suite 1620
Seattle, Washington 98101
Telephone: (206) 508-7070
Facsimile: (206) 237-8650
service@weinsteincaggiano.com

Counsel for Plaintiff