**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| DIANNE LaSALLE, individually, as Personal Representative of the Estate of the Decedent JACK LaSALLE, and on behalf of all wrongful death beneficiaries of Decedent JACK LaSALLE,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN INTERNATIONAL INDUSTRIES, et al.;<br><br>Defendants. | Case No. 2:26-cv-03159-TL<br><br>**DECLARATION OF ALEXANDRA B. CAGGIANO IN SUPPORT OF PLAINTIFFS' EMERGENCY APPLICATION FOR IMMEDIATE REMAND** |

I, Alexandra B. Caggiano, declare and state as follows:

1. I am an attorney for Weinstein Caggiano PLLC, counsel of record for Plaintiffs in the above-captioned matter. I make this declaration based on personal knowledge and am competent to testify to the matters contained herein.

2. Attached hereto as **Exhibit 1** is a copy of the operative May 8, 2024 Second Amended Complaint in Mrs. LaSalle's Washington State Court mesothelioma lawsuit, *DIANNE LaSALLE, individually, as Personal Representative of the Estate of the Decedent JACK LaSALLE, and on*



**WEINSTEIN CAGGIANO PLLC**
600 UNIVERSITY STREET, SUITE 1620
SEATTLE, WASHINGTON 98101
(206) 508-7070 - FACSIMILE (206) 237-8650

*behalf of all wrongful death beneficiaries of Decedent JACK LaSALLE, vs. AMERICAN INTERNATIONAL INDUSTRIES, et al.*, King County Super. Ct. Case No. 23-2-08165-0 SEA. The *LaSalle* case has been pending since May 4, 2023.

3. Attached hereto as **Exhibit 2** is a copy of the *LaSalle* trial court's August 21, 2026 Pretrial Conference Order, confirming the 20-day in-person jury trial to begin on November 2, 2026, and setting the related deadlines and procedures.

4. In the *LaSalle* case, the defendants who will participate in the jury trial include American International Industries and its constituent general partners ("A-I-I"), as well as PTI Union, LLC ("PTI Union"). Mrs. LaSalle, A-I-I, and PTI Union are finishing expert witness discovery, but they are otherwise ready for trial. The parties have exchanged thousands of pages of documents. And the parties have completed over three dozen depositions, including:

- Decedent Jack LaSalle;
- Dianne LaSalle (decedent's spouse);
- Julie LaSalle (decedent's daughter);
- Misty Mason (decedent's daughter);
- Heather Tucker (decedent's daughter);
- Mr. Anyan (decedent's coworker);
- Mr. Poe (decedent's coworker);
- Mr. Loveless (A-I-I's corporate-representative witness);
- Mr. Dror (A-I-I's corporate-representative witness);
- Mr. Moesta (A-I-I's employee);
- Mr. Komras (A-I-I's employee);
- Ms. Cooper (A-I-I's employee);



**WEINSTEIN CAGGIANO PLLC**
600 UNIVERSITY STREET, SUITE 1620
SEATTLE, WASHINGTON 98101
(206) 508-7070 - FACSIMILE (206) 237-8650

- Ms. Trevino (A-I-I's employee);
- Mr. Brasher (PTI Union's corporate-representative witness);
- Dr. Longo, Vol. 1 (Plaintiff's expert material scientist);
- Dr. Smith (Plaintiff's expert epidemiologist);
- Dr. Felsher (Plaintiff's expert oncologist);
- Dr. Dodson (Plaintiff's expert pathologist);
- Dr. Abraham (Plaintiff's expert pathologist);
- Dr. Kradin (Plaintiff's expert pathologist);
- Dr. Staggs (Plaintiff's expert pathologist);
- Dr. Horn (Plaintiff's expert pulmonologist);
- Dr. Compton (Plaintiff's expert microscopist);
- Mr. Colbert (Plaintiff's expert microscopist);
- Mr. Bailey (Plaintiff's expert geologist);
- Mr. Johnson (Plaintiff's expert economist);
- Dr. Barlow (defense expert toxicologist);
- Dr. Novakovic (defense expert pulmonologist);
- Mr. Adams (defense expert industrial hygienist);
- Ms. Dolan (defense expert economist);
- Mr. Herfel (defense expert naval researcher);
- Dr. Uhl (defense expert radiation oncologist);
- Dr. Roggli (defense expert pathologist);
- Dr. Nel (defense expert immunologist);
- Dr. van Zyl (defense expert geneticist);



WEINSTEIN CAGGIANO PLLC
600 UNIVERSITY STREET, SUITE 1620
SEATTLE, WASHINGTON 98101
(206) 508-7070 - FACSIMILE (206) 237-8650

- Mr. Peterson (defense expert toxicologist);
- Dr. Wittenkeller (treating doctor); and
- Dr. Arthurs (treating doctor);

The parties need only finish the deposition of Dr. Longo, and take the depositions of defense experts Mr. Gunter (geologist), Mr. Segrave (geologist), and Dr. Dhar (geneticist).

5. Attached hereto as **Exhibit 3** is a copy of excerpts of Decedent Jack LaSalle's November 17, 2022 and December 2, 2022 deposition testimony in the *LaSalle* case.

6. Attached hereto as **Exhibit 4** is a copy of excerpts of Mr. Loveless's March 20, 2024 and April 9, 2024 deposition testimony in the *LaSalle* case.

7. Attached hereto as **Exhibit 5** is a copy of the Washington Court of Appeal's May 16, 2024 Order denying PTI Union's petition for discretionary review in the *LaSalle* case.

8. Attached hereto as **Exhibit 6** is a copy of the October 2, 2023 "First-Day" declaration of David J. Gordon (without exhibits) filed on behalf of Debtors BMI OLDCO INC., *et al.* in *In re: BMI OLDCO INC., et al.*, Southern District of Texas Bankruptcy Case No. 23-90794.

9. Attached hereto as **Exhibit 7** is a copy of the May 14, 2025 Order (without attachments) entered by Judge Isgur in *In re: BMI OLDCO INC., et al.*, Southern District of Texas Bankruptcy Case No. 23-90794, recommending withdrawal of the bankruptcy-court reference to determine whether any talc sold by Barretts Minerals, Inc. contained sufficient quantity and form of asbestos to potentially cause mesothelioma or other asbestos-related diseases.

10. Attached hereto as **Exhibit 8** is a copy of the June 22, 2026 Order entered by Judge Hanks in *In re: BMI OLDCO INC., et al.*, Southern District of Texas Civil Action No. 4:25-cv-02193, withdrawing the bankruptcy-court reference as Judge Isgur had recommended.



WEINSTEIN CAGGIANO PLLC
600 UNIVERSITY STREET, SUITE 1620
SEATTLE, WASHINGTON 98101
(206) 508-7070 - FACSIMILE (206) 237-8650

11. Attached hereto as **Exhibit 9** is a copy of A-I-I's September 3, 2026 Notice of Removal of Claims in the *LaSalle* case.

12. Attached as **Exhibit 10** is a true and correct copy of Dr. Dodson's September 23, 2025 declaration in opposition to A-I-I's motion for summary judgment in the *LaSalle* case.

13. Attached as **Exhibit 11** is a true and correct copy of Dr. Abraham's September 24, 2025 declaration in opposition to A-I-I's motion for summary judgment in the *LaSalle* case.

14. Attached as **Exhibit 12** is a true and correct copy of a summary chart regarding Dr. Scholl's talc, which PTI Union provided to its expert Dr. Nel in the *LaSalle* case.

15. Attached as **Exhibit 13** are true and correct copies of photographs of some of the chrysotile, tremolite, anthophyllite, and talc structures that were detected in Mr. LaSalle's lung and lymph tissue.

The foregoing statement is made under penalty of perjury under the laws of the United States of America and the state of Washington and is true and correct.

DATED this 9th day of September, 2026.

WEINSTEIN CAGGIANO PLLC

*/s/ Alexandra B. Caggiano*
Alexandra B. Caggiano, WSBA No. 47862
600 University Street, Suite 1620
Seattle, Washington 98101
Telephone: (206) 508-7070
Fax: (206) 237-8650
alex@weinsteincaggiano.com
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record.

DATED this 9th day of September, 2026.

WEINSTEIN CAGGIANO PLLC

*/s/ Alexandra Caggiano*
Alexandra Caggiano
Attorney



**WEINSTEIN CAGGIANO PLLC**
600 UNIVERSITY STREET, SUITE 1620
SEATTLE, WASHINGTON 98101
(206) 508-7070 - FACSIMILE (206) 237-8650