# Exhibit 1

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

**DIANNE LaSALLE**, individually, as Personal Representative of the Estate of the Decedent JACK LaSALLE, and on behalf of all wrongful death beneficiaries of Decedent JACK LaSALLE,

Plaintiff,

v.

**AMERICAN INTERNATIONAL INDUSTRIES**, sued individually, as alter-ego of, and as successor-in-interest to PINAUD, INC., ED PINAUD, INC., d/b/a ED. PINAUD, THE NESLEMUR COMPANY, formerly known as THE NESTLE-LE MUR COMPANY;
**ARYZ CORP.**;
**BARRETTS MINERALS INC.**;
**BAYER CONSUMER CARE HOLDINGS LLC**, sued individually, as alter-ego of, and as successor-in-interest to SCHOLL, INC.;
**BRENNTAG NORTH AMERICA, INC.**, sued individually, as alter-ego of, and as successor-in-interest to MINERAL AND PIGMENT SOLUTIONS, INC. and as successor-in-interest to WHITTAKER, CLARK & DANIELS, INC.;
**BRENNTAG SPECIALTIES, LLC**, individually and as successor-in-interest, parent, alter ego, and equitable trustee to BRENNTAG SPECIALTIES, INC. (formerly known as MINERAL AND PIGMENT SOLUTIONS, INC.), sued individually, as alter-ego of, and as successor-in-interest to WHITTAKER, CLARK & DANIELS, INC.;
**CHATTEM, INC.**, a subsidiary of SANOFI-AVENTIS U.S. LLC, sued individually, as alter-ego of, and as successor-in-interest to THE GOLD BOND STERILIZING POWDER COMPANY a/k/a THE GOLD BOND COMPANY;
**COSTCO WHOLESALE CORPORATION**:
**ERX CORP.**;

No. 23-2-08165-0 SEA

SECOND AMENDED COMPLAINT FOR PERSONAL INJURIES (SURVIVORSHIP), LOSS OF CONSORTIUM, AND WRONGFUL DEATH



SCHROETER, GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA 98101
Phone (206) 622-8000 • Fax (206) 682-2305

**GLAMOUR INDUSTRIES CO.**, formerly known as BETTY K. DEVELOPMENT CO.;
**MERCK & CO., INC.**, sued individually, as alter-ego of, and as successor-in-interest to SCHOLL, INC.;
**PTI UNION, LLC**, a/k/a PHARMA TECH INDUSTRIES;
**RAZY PROPERTIES, INC.**;
**REBGRO CORPORATION**;
**SAFEWAY INC.**;
**SPECIALTY MINERALS INC.**; and
**SRYZ CORP.**,

Defendants.

COMES NOW the Plaintiff and presents the following claims for relief:

## I. PARTIES

1. Dianne LaSalle resides in Spokane Valley, Washington. Dianne LaSalle is the surviving spouse of Decedent Jack LaSalle, a former plaintiff, who died from malignant mesothelioma on March 29, 2024. Mr. LaSalle's surviving children are Julie LaSalle, Misty Mason, and Heather Tucker. Dianne LaSalle is the Plaintiff in multiple capacities: (1) as Personal Representative of the Estate of the Decedent Jack LaSalle, asserting Mr. LaSalle's surviving claims for personal injuries; (2) individually, asserting her claims for loss of consortium; and (3) individually, and on behalf of all other wrongful death beneficiaries of Decedent Jack LaSalle, asserting all of their claims for wrongful death.

2. Defendants and/or their predecessors-in-interest (hereinafter collectively referred to as "Defendants") are corporations who, at all times relevant herein manufactured, sold, distributed or supplied asbestos-containing products, and/or asbestos-containing talc, and/or other finished and unfinished asbestos-containing talcum powder products, and/or raw asbestos fiber of various kinds and grades used conjunction with asbestos (hereinafter collectively referred to as "Defendants' Products").



SCHROETER, GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA 98101
Phone (206) 622-8000 • Fax (206) 682-2305

## II. JURISDICTION

3. This Court has jurisdiction over this cause pursuant to RCW 4.12.025 because, at all times relevant herein, defendants transacted business and/or may be served with process in King County, Washington. This Court has specific jurisdiction over all out-of-state defendants because they each purposefully performed acts or consummated transactions in Washington State; Plaintiffs' cause of action arises out of and/or relates to defendants' activities and/or transactions in Washington State; and assumption of jurisdiction over such out-of-state defendants by this Court does not offend traditional notions of fair play and substantial justice. Furthermore, Defendants American International Industries, Aryz Corp., Erx Corp., Glamour Industries Co., Razy Properties, Inc., Sryz Corp., Specialty Minerals, Inc., Barretts Minerals, Inc., Chattem, Inc., Safeway, Inc., Merck & Co., Inc., Bayer Healthcare LLC, Brenntag North America, Inc., Brenntag Specialties, LLC, and Whittaker, Clark & Daniels, Inc. have openly stipulated to personal jurisdiction in Washington as indicated in Defendants' Amended Stipulated Consent to Jurisdiction in Washington filed on December 5, 2022 in *LaSalle v. American International Industries*, Case No. 22CV018567, Superior Court of the State of California County of Alameda attached as **Exhibit A**.

## III. FACTUAL ALLEGATIONS

4. Decedent Jack LaSalle was exposed to asbestos and/or asbestos-containing products and/or asbestos-containing talc, which had been mined, manufactured, produced, specified, and/or placed into the stream of commerce by the defendants and was exposed to asbestos used by defendants and/or in conjunction with defendants' products. As a direct and proximate result of this exposure, Mr. LaSalle developed mesothelioma, and then died from mesothelioma.



SCHROETER, GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA 98101
Phone (206) 622-8000 • Fax (206) 682-2305

5. Plaintiff provides the following information:

| | | |
|---|---|---|
| A. | Specific Disease: | Pleural Mesothelioma |
| B. | Dates of Diagnosis; and Death: | July 2022; March 29, 2024 |
| C. | Military: | U.S. Army |
| D. | Means of Exposure: | Personal use of asbestos-containing talcum powder products; occupational use of asbestos-containing talcum powder products; secondary exposure to family members' use of asbestos-containing talcum powder products; and secondary exposure to co-workers' use of asbestos-containing talcum powder products. |
| E. | Places of Exposure: | Spokane, WA<br>Burke, ID<br>Fort Ord, CA<br>Fort Leonard Wood, MO<br>Wildflecken, Germany<br>Yakima, WA<br>Lewiston, ID<br>Newman Lake, WA<br>Spokane Valley, WA |
| F. | Dates of Exposure: | 1955 to 2021 |
| G. | Current Address: | [redacted]<br>Spokane Valley, WA 99037 |

## IV. LIABILITY

5. Plaintiffs claim liability based upon the theories of product liability, including strict product liability under WPLA, Section 402A of the Restatement (Second) of Torts, negligence, and intentional conduct. The liability-creating conduct of Defendants consisted, inter-alia, of negligent, defective, and unsafe design; failure to contain adequate warnings; failure to properly inspect, test, warn, instruct, monitor and/or recall; failure to substitute safe products; producing, marketing, and/or selling unreasonably dangerous or extra-hazardous and/or defective products; producing, marketing, and/or selling products not reasonably safe as



SCHROETER, GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA 98101
Phone (206) 622-8000 • Fax (206) 682-2305

designed; producing, marketing and/or selling products were more dangerous than would be contemplated by an ordinary user; producing, marketing, and/or selling products with risks which outweighed their benefits; producing, marketing, and/or selling products with misrepresentation of product safety; producing, marketing, and/or selling defectively manufactured products which failed to comply with their own specifications; and suppressing the publication of information regarding the dangers of asbestos.

## V. DAMAGES

6. As a proximate result of defendants' tortious conduct, Decedent Jack LaSalle sustained pain, suffering, and disability in an amount not now known, but which will be proven at trial. Mr. LaSalle also sustained medical expenses and economic losses in an amount to be proven at trial. Plaintiff Diane LaSalle has sustained loss of spousal consortium as a result of Mr. LaSalle's illness. Likewise, because of Mr. LaSalle's wrongful death, Plaintiff Diane LaSalle has sustained, and will sustain, further loss of spousal consortium. Additionally, because of Mr. LaSalle's wrongful death, Julie LaSalle, Misty Mason, and Heather Tucker each have sustained, and will sustain, loss of parental consortium. Additionally, because of Mr. LaSalle's wrongful death, Plaintiff Diane LaSalle, Julie LaSalle, Misty Mason, and Heather Tucker each have incurred, and will incur, end-of-life expenses.

WHEREFORE, Plaintiff prays for judgment against defendants as follows:

a. All economic damages, including medical expenses, end-of-life expenses, expenses for other services, loss of earnings and loss of earning capacity;

b. All noneconomic damages recoverable under Washington law and RCW 4.56.250, including, but not limited to, the injury itself, past



SCHROETER, GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA 98101
Phone (206) 622-8000 • Fax (206) 682-2305

and future pain and suffering, mental and physical disability, disfigurement, emotional distress, and loss of enjoyment of life;

c. Punitive or exemplary damages as permitted by relevant state law;

d. For pre- and post-judgment interest in the maximum amounts allowed;

e. All other damages recoverable under Washington law; and

e. For such other relief as the Court deems just.

DATED this 8th day of May, 2024.

SCHROETER, GOLDMARK & BENDER

*s/ Colin B. Mieling*

KAITLIN T. CHERF, WSBA #45241
LUCAS GARRETT, WSBA #38452
COLIN B. MIELING, WSBA #46328
CRAIG A. SIMS, WSBA #28267
Counsel for Plaintiff
401 Union Street, Suite 3400
Seattle, WA 98101
Phone: (206) 622-8000
Fax: (206) 682-2305
Email: SGBasbestos@sgb-law.com;
cherf@sgb-law.com;
garrett@sgb-law.com;
mieling@sgb-law.com;
csims@sgb-law.com

# EXHIBIT A

E-SERVICE
68510760
Dec 05 2022
04:13PM
File & ServeXpress

Robert E. Thackston (SBN 255658)
Julia A. Gowin (SBN 234995)
Nilofar Karbassi (SBN 306887)
David E. Ashdown (SBN 333946)
**LATHROP GPM LLP**
2049 Century Park East, Suite 3500S
Los Angeles, CA 90067
T 310-789-4654 | F 310-789-4601
Email: ***nilofar.karbassi@lathropgpm.com***

Attorneys for Specially Appearing Defendants,
**AMERICAN INTERNATIONAL INDUSTRIES, ARYZ CORP., ERX CORP., GLAMOUR INDUSTRIES CO., RAZY PROPERTIES, INC., AND SRYZ CORP.**

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF ALAMEDA**

| | |
|---|---|
| **JACK LASALLE and DIANNE LASALLE,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**AMERICAN INTERNATIONAL INDUSTRIES, et al.**<br><br>**Defendants.** | Case No. 22CV018567<br>*Assigned for all purposes to the Hon. Jo-Lynne Lee, Department 18*<br><br>**DEFENDANTS' AMENDED STIPULATED CONSENT TO JURISDICTION IN WASHINGTON**<br><br>FNC Hearing: December 9, 2022<br>Complaint Filed: September 27, 2022<br>Trial Date: March 27, 2023 |

WHEREAS Plaintiffs Jack and Dianne LaSalle ("Plaintiffs") filed the above captioned action in the Superior Court of the State of California, County of Alameda on September 27, 2022.

WHEREAS all Plaintiffs reside in the state of Washington.

WHEREAS Plaintiffs allege that Mr. LaSalle was injured as a result of his purported use of talcum powder in Washington.

WHEREAS Defendant American International Industries has filed a Motion to Stay or Dismiss based on forum *non conveniens*.

WHEREAS a more appropriate forum for this litigation would be Washington where all Plaintiffs reside, where Mr. LaSalle purportedly purchased and used the product(s) at issue in this case, and where potential witnesses reside.

WHEREAS the undesigned Defendants have conferred and agree that Washington is an appropriate forum for this litigation.

DEFENDANTS AGREE AND STIPULATE AS FOLLOWS:

1. Defendants submit to personal jurisdiction in Washington for the purposes of this case only;
2. Defendants agree to toll the statute of limitations for the time Plaintiffs' action was pending in California; and
3. Defendants agree to make discoverable documents, evidence, and witnesses available in Washington to the extent consistent with Washington law.

Dated: November 22, 2022

**LATHROP GPM LLP**

By: [signature]

Robert E. Thackston
Julia A. Gowin
Nilofar Karbassi
David E. Ashdown
Attorneys for Specially Appearing Defendants,
**AMERICAN INTERNATIONAL INDUSTRIES, ARYZ CORP., ERX CORP., GLAMOUR INDUSTRIES CO., RAZY PROPERTIES, INC., AND SRYZ CORP.**

Dated: November 16, 2022

**TUCKER ELLIS LLP**

By: /s/ Ferlin P. Ruiz

James P. Cunningham
Ferlin P. Ruiz
Attorneys for Defendants,
**PFIZER, INC., SPECIALTY MINERALS, INC., BARRETTS MINERALS, INC.**

Dated: November 11, 2022

**GORDON REES SCULLY MANSUKHANI LLP**

By: /s/ William L. Coggshall
William L. Coggshall
Attorney for Defendant,
**CHATTEM, INC.**

Dated: November 15, 2022

**BARNES & THORNBURG, LLP**

By: /s/ Mihran Yezbekyan
Kelley S. Olah
Mihran Yezbekyan
Attorneys for Defendant,
**SAFEWAY, INC.**

Dated: November 15, 2022

**RIDLEY MASTER**

By: /s/ Vanthara Meak
Vanthara Meak
Attorneys for Specially Appearing Defendant,
**MERCK & CO., INC**

Dated: November 17, 2022

**HUSCH BLACKWELL LLP**

By: /s/ Frederic W. Norris
Bradford J. DeJardin
Frederic W. Norris
Shayan Heidarzadeh
Attorneys for Defendant,
**BAYER HEALTHCARE LLC**

Dated: November 21, 2022

**MURRIN & ASSOCIATES, LLC**

By: /s/ Reynold M. Martinez
Charles P. Murrin
Michael C. Scanlon, Jr.
Reynold M. Martinez
Attorneys for Specially Appearing Defendants,
**BRENNTAG NORTH AMERICA, INC. & BRENNTAG SPECIALTIES, LLC**

Dated: December 5, 2022

**DEMLER, ARMSTRONG & ROWLAND, LLP**

By: /s/ Jennifer C. Rasmussen
Jennifer C. Rasmussen, Esq.
Salin Ebrahamian, Esq.
Attorneys for Defendants,
**WHITTAKER, CLARK & DANIELS, INC.**

## PROOF OF SERVICE

***Jack LaSalle vs. AII, et al.***
***Alameda Case No.: 22CV018567***

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I declare that I am employed by Lathrop GPM LLP. I am over the age of eighteen years and not a party to the within cause; my business address is 2049 Century Park East, Suite 3500S Los Angeles, CA 90067.

On the date set forth below, I served the foregoing document(s) described as:

**DEFENDANTS' AMENDED STIPULATED CONSENT TO JURISDICTION IN WASHINGTON**

On the parties in said cause:

**<u>Via File & Serve Xpress</u>**
Joseph D. Satterley, Esq.
Ian A. Rivamonte, Esq.
KAZAN, MCCLAIN, SATTERLEY
& GREENWOOD
55 Harrison Street, Suite 400
Oakland, CA 94607
T: (510) 302-1000
F: (510) 835-4913
jsatterley@kazanlaw.com
irivamonte@kazanlaw.com
Attorneys for PLAINTIFFS

**<u>Via File & Serve Xpress</u>**
All Defense Counsel of Record

☒ **BY FILE & SERVE XPRESS**: by electronically serving the document(s) via File & Serve Xpress on the recipients designated on the Transaction Receipt located on the File & Serve Xpress website.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on December 5, 2022, at Los Angeles, CA.

Signature

**Winsome M. Taylor**
Print Name