# Exhibit 10

Honorable David Whedbee
Trial Date: November 3, 2025
Hearing Date: October 8, 2025
*Oral Argument Requested by Plaintiffs*

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

JACK LASALLE AND DIANNE LASALLE,
Plaintiffs,

v.

AMERICAN INTERNATIONAL INDUSTRIES, sued individually, as alter-ego of, and as successor-in-interest to PINAUD, INC., ED PINAUD, INC., d/b/a ED. PINAUD, THE NESLEMUR COMPANY, formerly known as THE NESTLE-LE MUR COMPANY, et al.,

Defendants.

No. 23-2-08165-0 SEA

DECLARATION OF RONALD F. DODSON, PH.D., F.C.C.P., F.A.H.A. IN OPPOSITION TO DEFENDANTS AMERICAN INTERNATIONAL INDUSTRIES, ET AL.'S AND PTI UNION, LLC'S MOTIONS FOR SUMMARY JUDGMENT



SCHROETER, GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA 98101
Phone (206) 622-8000 • Fax (206) 682-2305

I, Ronald F. Dodson, Ph.D., F.C.C.P., F.A.H.A., declare:

1. I have personal knowledge of the facts set forth in this Declaration, except for such facts that have been made known to me in forming an opinion, in which case each such fact is of a type on which professionals in my field reasonably rely in forming such opinions. The facts stated in this Declaration that are within my personal knowledge are true. If asked, I could and would testify competently to the truth of and foundation for each fact and opinion asserted within this Declaration.

2. Attached hereto as **Exhibit 1** is a true and correct copy of my curriculum vitae, dated August 2, 2025, which truthfully states my qualifications to provide expert testimony in this action.

3. I received my B.A. in biology and general sciences from East Texas State College, and M.A. in biology and chemistry from East Texas State University. I received my Ph.D. from Texas A&M University, with an emphasis in biological electron microscopy. I conducted postdoctoral studies in the Department of Anatomy at the University of Texas Health Center at San Antonio. I was then appointed to the faculty of Baylor College of Medicine. After serving on the faculty at Baylor for seven years, I was then recruited to the University of Texas Health Center in Tyler to begin a formal research program.

4. At the University of Texas Health Center at Tyler, I held a number of positions and titles, including Chief of the Department of Cell Biology and Experimental Pathology, Chairman of the Department of Cell Biology and Environmental Sciences, Associate Director for Research, Director of the Occupational/Environmental Training Division, Co-Director of the Texas Institute of Occupational Safety and Health, and Vice President for Research. I also held the position of tenured Professor of Biology at the University of Texas at Tyler.

5. My primary research focus involves determination of dust levels in tissue, body



SCHROETER, GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA 98101
Phone (206) 622-8000 • Fax (206) 682-2305

fluids, and environmental samples by light and electron microscopy. My laboratories have developed some of the techniques available for preparation of these samples for analysis by Analytical Transmission Electron Microscopy. I have published over 100 articles on dust-related issues and have given numerous presentations on the same topic. I co-edited two editions of a book with Dr. Samuel Hammar entitled, Asbestos: Risk Assessment, Epidemiology, and Health Effects, currently in its second edition.

6. I retired from academia in 2005.1currently serve as President of Dodson Environmental Consulting, LLC, and as a Senior Consultant for ERI Consulting, Inc. ("ERI"). ERI provides environmental consulting services in a variety of disciplines, including airborne contaminants. I am experienced in performing tissue digestion studies and analyzing results therefrom.

7. In addition to my above-referenced book on asbestos, I have extensively published in peer-reviewed journals on asbestos and asbestos-related diseases—I have authored approximately 140 peer-reviewed publications, and approximately 100 of those concerned asbestos. [*See*, *e.g.*, Exh. 1 at pp. 24-40.] Many of my publications address asbestos-caused mesothelioma. I also have taught medical students about asbestos and its ability to cause disease.

8. I have reviewed the scientific literature on asbestos, elongated mineral particles, and talc fibers, and their ability to cause disease. I also have published on the ability of other elongated mineral particles to cause disease. [*See*, *e.g.*, Exh. 1 at pp. 37-40.]

9. The World Health Organization's International Agency for Research on Cancer ("IARC") supports my causation opinion in this case. IARC treats asbestiform (fibrous) talc as carcinogenic due to its similarity to asbestos. The 1987 IARC Monographs reported an association between exposure to talc containing asbestiform fibres and mesothelioma and concluded that there is sufficient evidence for the carcinogenicity to humans of talc



SCHROETER, GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA 98101
Phone (206) 622-8000 • Fax (206) 682-2305

containing asbestiform fibres.[1] In 2010, IARC published the following clarification for their evaluation of talc carcinogenicity:

"The review of talc in Supplement 7 led to evaluations for two agents: talc containing asbestiform fibres and talc not containing asbestiform fibres. **The term 'asbestiform fibre' has been mistaken as a synonym for 'asbestos fibre' when it should be understood to mean any mineral, *including talc*, when it grows in an asbestiform habit**. To avoid confusion over the term 'asbestiform fibre', the present Working Group decided that **it is scientifically more precise to call the agent 'talc not containing asbestos or asbestiform fibres', and this evaluation supersedes the earlier review of talc not containing asbestiform fibres**. The present Working Group also decided to expand the name of the Group-1 agent from 'talc containing asbestiform fibres' to 'talc containing asbestos or other asbestiform fibres'. The present Working Group reviewed the earlier *Monograph* on talc containing asbestiform fibres and determined that the expanded name is consistent with what had been evaluated in Supplement 7. No update was undertaken for this Group-1 agent."[2] [Emphasis added.]

10. In 2012, IARC again classified talc containing asbestiform fibers as a Group-1 human carcinogen[3] and reiterated their position, clarifying again that "talc containing asbestiform fibres" includes asbestiform (fibrous) talc:

"**Talc may also form true mineral fibres that are asbestiform in habit**. In some talc deposits, tremolite, anthophyllite, and actinolite may occur. Talc containing asbestiform fibres is a term that has been used inconsistently in the literature. In some contexts, it applies to talc containing asbestiform fibres of talc or talc intergrown on a nanoscale with other minerals, usually anthophyllite. In other contexts, **the term asbestiform talc has**

---

[1] IARC Supplement 7 (1987) at p. 350.

[2] IARC, Carbon Black, Titanium Dioxide, and Talc (2010) at p. 39.

[3] IARC, Arsenic, Metals, Fibres and Dusts, Volume 100 C, A Review of Human Carcinogens (2012) at p. 38.



SCHROETER, GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA 98101
Phone (206) 622-8000 • Fax (206) 682-2305

**erroneously been used for talc products that contain asbestos.** Similarly, the term asbestiform talc has erroneously been used for talc products that contain elongated mineral fragments that are not asbestiform."[4]

11. Another version of the IARC Monograph issued in 2012[5] provides that the "conclusions reached in this *Monograph* about asbestos and its carcinogenic risks apply to these six types of fibres [chrysotile, actinolite, amosite, anthophyllite, crocidolite, tremolite] wherever they are found, and ***that includes talc containing asbestiform fibres***." [p. 219 (emphasis added).] Further, IARC concluded that "[t]here is *sufficient* evidence in humans for the carcinogenicity of talc containing asbestiform fibers. Talc containing asbestiform fibres causes cancer of the lung and mesothelioma…Talc containing asbestiform fibers is *carcinogenic to humas (Group 1)*." [*Id.* at 294 (original emphasis).]

12. Consistent with IARC, Lee Poye and I co-authored an article in the peer-reviewed literature reporting the presence of elongated mineral particles in two individuals who were exposed to talc while working in the manufacture of tile products.[6] In that article, Mr. Poye and I described how we performed a tissue burden analysis to determine the presence of ferruginous bodies and uncoated elongated mineral particles in tissue samples. We found ferruginous bodies in the workers' lung tissues, as well as elongated talc fibers/ribbons and elevated numbers of noncommercial amphiboles. We concluded that the presence of asbestiform amphiboles and asbestiform talc particulates in the tissues of these individuals raises concerns that other individuals who were similarly exposed to such particulates are at risk of developing mesothelioma. In doing so, we cited to the IARC monographs and noted that the "presence of talc fibers in the tissue of these individuals alone

---

[4] *Id.* at p. 230 (emphasis added).

[5] This version of IARC 2012 is entitled "Asbestos (Chrysotile, Amosite, Crocidolite, Tremolite, Actinolite, and Anthophyllite)."

[6] Dodson, R. and Poye, L., *Tissue Burden Evaluation of Elongated Mineral Particles in Two Individuals with Mesothelioma and Whose Work History Included Manufacturing Tile* (Jan. 2020) Ultrastructural Pathology at pp. 3-5 and 14.



SCHROETER, GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA 98101
Phone (206) 622-8000 • Fax (206) 682-2305

thus offers concern of exposure to a Group One carcinogen based on the IARC position."[7]

13. Further, my opinions here are supported by the work of Dr. Andrew Churg. For example, Dr. Churg in 1979 explained, "In this report we analyze the cores of asbestos bodies obtained from individuals with low asbestos body counts and show that these bodies also contain amphibole cores. Interestingly, a large percentage of the cores from women are anthophyllite or tremolite. The source for women may be a product used within the home such as cosmetic talc, which is often contaminated with these varieties of asbestos (10, 16)." [Churg, A., et al., *Analysis of the Cores of Ferruginous (Asbestos) Bodies from the General Population* (1979) 40 Int'l. Acad, of Path. 622.] Similarly, Dr. Churg in 1982 explained, "An interesting fact that emerged from the studies mentioned above is that the types of amphibole cores present in asbestos bodies in lungs of members of the general population can be correlated with the sex of the patient: men usually form bodies on the commercial amphiboles amosite and crocidolite, whereas about half of the bodies in women's lungs are formed on anthophyllite and tremolite. (fn. 30) One interpretation of this finding is that the amosite and crocidolite reflect background atmospheric pollution to which everyone is exposed, whereas the anthophyllite and tremolite indicate exposure to some specific products, for example, the talc used in cosmetics." [Churg, A., *Fiber Counting and Analysis in the Diagnosis of Asbestos-Related Disease* (1982) 13 Human Path. 385.] Additionally, Dr. Churg in 1983 reported his findings of talc in the tissues of 19 of 20 patients, and noted, "Cosmetics and powders with talc bases might account for some of the talc found in lungs." [Churg, A., *Nonasbestos Pulmonary Mineral Fibers in the General Population* (1983) 31 Environ. Res. 189, 190, 193, 198.]

14. Additionally, as an expert consultant, I have documented the presence of asbestos and asbestiform/fibrous talc in individuals with mesothelioma, and I have opined that

[7] *Id.* at p. 14.



SCHROETER, GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA 98101
Phone (206) 622-8000 • Fax (206) 682-2305

exposure to such structures was a cause of each individual's mesothelioma. I also have been permitted in trials to offer expert testimony on asbestos-related topics including, among others, pathology, biology, chemistry, and microscopy. I have explained to juries that asbestos and asbestiform/fibrous talc in Johnson's Baby Powder causes mesothelioma; and how I have found asbestos, talc, and talc-associated mineral particles in the tissues of plaintiffs who developed mesothelioma due to their longtime exposures to Johnson's Baby Powder.

15. For example, in *Leavitt*, I explained to the jury that Teresa Leavitt's mesothelioma resulted from her use of Johnson's Baby Powder and her associated exposures to asbestiform structures, including amphibole asbestos and fibrous talc. At that trial, I cited to the IARC monographs because IARC has defined asbestiform talc to include fibers of talc, and has determined them to be – along with asbestos fibers – causative of cancer. I explained that I had performed a tissue-digestion analysis of Mrs. Leavitt's lung tissue, and I showed the jury images of the detected particles of fibrous talc, platy talc, talc ribbons, and mica – all of which also are found in Johnson's Baby Powder talc. I further explained that, based upon all of the testimony, documents, and tissue-digestion results, Mrs. Leavitt's mesothelioma was caused by the asbestos and other elongated mineral particles in Johnson's Baby Powder. There was no evidence of any alternative causes of mesothelioma in Mrs. Leavitt's past.

16. Likewise, in *Prudencio*, I explained to the jury that I had performed a tissue-digestion analysis of Christina Prudencio's omentum tissue. The detected mineral particles included talc, mica, aluminum silicates, and cummingtonite – all of which also are found in Johnson's Baby Powder talc. I explained that Ms. Prudencio's peritoneal mesothelioma resulted from her longtime exposure to that product. In sum, "The fact is that she was exposed to a product, cosmetic talc, that does have fibers in it. I saw nowhere that anyone discovered another source that she was exposed to asbestos-containing material. So, therefore, if fibers cause mesothelioma, then the material talc was actually found in the two



SCHROETER, GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA 98101
Phone (206) 622-8000 • Fax (206) 682-2305

samples of omentum that were evaluated by us, and there was one structure – asbestos structure that was also found in one of the samples by Mr. Poye. And we know from our own studies that the omentum and the mesentery do have fibers that reach those sites in previous publications we've done."

17. I understand that Mr. LaSalle used cosmetic talc powder products throughout his life, and that he died from malignant mesothelioma. This declaration addresses Mr. LaSalle's use of the Clubman and Dr. Scholl's brands of cosmetic talc powder products. I understand that Mr. LaSalle regularly used those products from at least the 1970's through the 2010's. When he used those products, he saw the airborne dust and smelled the scents. I understand that Mr. LaSalle began working as a barber in 1970 and stopped working in that profession in 2022. He used talc powder products multiple times a day on his customers throughout his career. The primary product he used for over 50 years was a product known as Clubman. The main entity responsible for the Clubman product is American International Industries, which is a California general partnership ("A-I-I"). The talc powder used by A-I-I came from Montana talc mines from at least 1987 onward until 2016; and in the earlier years before 1987, A-I-I's predecessor also used talc from other talc mines, such as in Italy and Vermont. In addition, Mr. LaSalle used Dr. Scholl's brand foot powder, which likewise was made with talc. He regularly used Dr. Scholl's from the 1960's through the 2010's. Defendant PTI Union, LLC (dba Pharma Tech Industries, ("PTI")) was the company that blended and bottled Dr. Scholl's from 2008 onward until 2019. The talc powder used by PTI came from the Guangxi, China talc mine; and in the earlier years before 2005, PTI's predecessor used talc from other talc mines, located in Montana and Vermont.



SCHROETER, GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA 98101
Phone (206) 622-8000 • Fax (206) 682-2305

18. Further, I understand that the Clubman and Dr. Scholl's brands of cosmetic talc powder products that Mr. LaSalle used more likely than not contained significant amounts of asbestos and asbestiform/fibrous talc; and that when Mr. LaSalle used those products he experienced exposure levels to asbestos and asbestiform/fibrous talc personally and certainly professionally that were most likely than not above background or ambient levels.

19. In this case, I have performed several tissue digestion analyses of Mr. LaSalle's pathology materials. Attached as **Exhibit 2** hereto, and incorporated fully herein by reference, is a true and correct copy of my June 10, 2024 Supplemental Report, which encompasses the results of each of my reports. In sum, within Mr. LaSalle's lung or lymph tissue, I detected particles including, for example, a chrysotile asbestos fiber, tremolite asbestos fibers, anthophyllite asbestos fibers, a magnesio-riebeckite cored ferruginous body (also known as magnesium-rich crocidolite, which is associated with Montana talc), talc transitional fibers (part talc, part anthophyllite), and non-fibrous talc. Each of the above-referenced particles is naturally associated with talc. I also detected a crocidolite asbestos fiber, which originated from an unknown commercial product.

20. Based on my expertise, the scientific literature, and the results of tissue-digestion analyses involving Mr. LaSalle and other talc-exposed individuals, it is my opinion, to a reasonable degree of scientific certainty, that Mr. LaSalle's cumulative exposures to asbestos and asbestiform/fibrous talc above background levels, including from his use of the Clubman and Dr. Scholl's brands of cosmetic talc powder products, most likely caused his mesothelioma. Mesothelioma is a cancer known to be caused by exposure to asbestos and asbestiform/fibrous talc structures. Therefore, if a person has mesothelioma, like Mr. LaSalle here, the person's known history of exposure to asbestos and asbestiform/fibrous talc structures is an important factor to consider for attribution of the disease. I have not been presented with any information suggesting that Mr. LaSalle was exposed to asbestos or asbestiform/fibrous talc structures from a source other than talcum powder products, with the


SCHROETER, GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA 98101
Phone (206) 622-8000 • Fax (206) 682-2305

possible exception of the above-referenced crocidolite asbestos fiber. Nevertheless, Mr. LaSalle's mesothelioma resulted from his cumulative exposures to asbestos and asbestiform/fibrous talc above background levels, not just from the crocidolite asbestos fiber.

**I DECLARE UNDER PENALTY OF PERJURY OF THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.**

DATED this 23 day of September, 2025, in Tyler, Texas.

RONALD F. DODSON, PH.D.., F.C.C.P., F.A.H.A.

KAREN DOWNING
MY COMMISSION EXPIRES
FEBRUARY 24, 2029
NOTARY ID: 12209521

Karen Downing



SCHROETER, GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA 98101
Phone (206) 622-8000 • Fax (206) 682-2305

# Exhibit 1

August 2, 2025

# CURRICULUM VITAE

## Ronald F. Dodson, Ph.D., F.C.C.P., F.A.H.A.

Birthdate: February 14, 1942

Birthplace: Paris, Texas

**EDUCATIONAL BACKGROUND**

| | |
|---|---|
| 1964 | B.A., East Texas State College, Commerce, Texas |
| 1965 | M.A., East Texas State University, Commerce, Texas |
| 1969 | Ph.D., Texas A&M University, College Station, Texas |
| 1964-65 | Teaching Assistantship, East Texas State University, Commerce, Texas |
| 1965-69 | Graduate College Fellowship in Electron Microscopy, Texas A&M University, College Station, Texas |

**POSTGRADUATE TRAINING**

| | |
|---|---|
| 1969-70 | Research Associateship, Department of Anatomy, The University of Texas Health Science Center at San Antonio |

**ACADEMIC APPOINTMENTS**

| | |
|---|---|
| 1970 | Instructor, Neurology and Pathology, Baylor College of Medicine, Houston, Texas |
| 1971-77 | Assistant Professor, Department of Neurology, and Research Assistant Professor, Department of Pathology, Baylor College of Medicine, Houston, Texas |
| 1977-78 | Chief, Departments of Experimental Pathology and Environmental Sciences, The University of Texas Health Center at Tyler |
| 1977-79 | Adjunct Assistant Professor of Neurology and Pathology, Baylor College of Medicine, Houston, Texas |

**ACADEMIC APPOINTMENTS (Cont'd)**

| | |
|---|---|
| 1978-86 | Chief and Research Professor, Department of Cell Biology and Environmental Sciences, The University of Texas Health Center at Tyler. |
| 1983 | Acting Assistant Director for Research, The University of Texas Health Center at Tyler. |
| 1984-85 | Assistant Director for Research, The University of Texas Health Center at Tyler. |
| 1984-2005 | Professor of Biology (with Tenure), The University of Texas at Tyler (Retired August 31, 2005). |
| 1986-99 | Associate Director for Research, The University of Texas Health Center at Tyler. |
| 1987-2004 | Chairman and Professor, Department of Cell Biology and Environmental Sciences, The University of Texas Health Center at Tyler. |
| 1989-2002 | Administrative Director, Texas Institute of Occupational Safety and Health, The University of Texas Health Center at Tyler. |
| 1989-2003 | Director, Occupational and Environmental Training Program, The University of Texas Health Center at Tyler. |
| 1999-2004 | Vice President for Research, The University of Texas Health Center at Tyler. |
| 1999-2004 | Houston Endowment, Inc. Distinguished Professorship in Environmental Sciences. |
| 1987-2005 | Professor of Cell Biology and Environmental Sciences, The University of Texas Health Center at Tyler (retired-August 2005). |
| 2005 | Executive Vice President-ERI Consulting, Inc. |
| 2006-present | Senior Consultant-ERI Consulting, Inc. |
| 2006-present | President-Dodson Environmental Consulting, LLC. |
| 1977-83 | Member, Research Committee, The University of Texas Health Center at Tyler. |
| 1979-80 | Vice Chairman, Human Subjects Investigation Committee, The University of Texas Health Center at Tyler. |

**PROFESSIONAL EXPERIENCE (Cont'd)**

| | |
|---|---|
| 1979-81 | Chairman, Search Committee for Chief, Immunology/ Microbiology, The University of Texas Health Center at Tyler. |
| 1980-81 | Vice Chairman, Research Committee, The University of Texas Health Center at Tyler. |
| 1980-83 | Chairman, Human Subjects Investigation Committee, The University of Texas Health Center at Tyler. |
| 1981-83 | Secretary, Research Committee, The University of Texas Health Center at Tyler. |
| 1982-83 | Member, Committee on Animal Research Legislation, The University of Texas System. |
| 1982-2001 | Member, Animal Research Committee, The University of Texas Health Center at Tyler. |
| 1982-1983 | Member, Search Committee for Associate Director for Research, The University of Texas Health Center at Tyler. |
| 1982-1983 | Member, Search Committee for Associate Director of Clinical Affairs, The University of Texas Health Center at Tyler. |
| 1982-1983 | Chairman, Search Committee for Executive Associate Director, The University of Texas Health Center at Tyler. |
| 1982-83 | Member, The University of Texas at Tyler and The University of Texas Health Center at Tyler Health Professions Advisory Committee. |
| 1983 | Reviewer for Environmental Research |
| 1986-92 | Member, Research Advisory Committee, The University of Texas System. |
| 1985 | Reviewer for The Journal of the American Medical Association |
| 1985 | Reviewer for Archives of Pathology and Laboratory Medicine |
| 1986-03 | Member, Graduate Education Committee, The University of Texas Health Center at Tyler. |
| 1986-89 | Administrative Director, Environmental Research Institute, Tyler, Texas. |

**PROFESSIONAL EXPERIENCE (Cont'd)**

| | |
|---|---|
| 1987 | Reviewer for American Review of Respiratory Diseases |
| 1987-91 | Editorial Review Board for National Asbestos Council Journal |
| 1988-91 | Member, Board of Directors, National Asbestos Council. |
| 1989 | Director of Joint Programs for The University of Texas Health Center at Tyler and Critical Environmental Training, Inc. |
| 1989 | Adviser to Board of Directors of Critical Environmental Training, Inc. |
| 1989 | Editorial Review Board for East Texas Medicine |
| 1990 | Member, Board of Directors, Gregg Business Incubator. |
| . 1991-2000 | Associate Editor for Cytobios |
| 1993-2004 | Member, Internal Audit Committee, The University of Texas Health Center at Tyler. |
| 1994-2004 | Member, Residency Advisory Committee for Occupational Medicine, The University of Texas Health Center at Tyler. |
| 1997-2003 | Adjunct Member of Graduate Faculty, Stephen F. Austin State University, Nacogdoches, Texas. |
| 1998-2001 | Member, Capital Steering Committee, The University of Texas Health Center at Tyler. |
| 1998-2002 | Member, Campus Master Plan Committee, The University of Texas Health Center at Tyler. |
| 1998-2004 | Member, Compliance Program Committee, The University of Texas Health Center at Tyler. |
| 1999-2001 | Member, Board of Directors, The Discovery Science Place, Tyler, Texas. |
| 2000-2004 | Member, Defense Research Institute. |
| 2002-2005 | UTHCT–Infectious Organism Research Review Committee. |

| | |
|---|---|
| 2000-Present | Member, Technology Committee of the Tyler Chamber of Commerce. |
| 2003-2005 | Member, Hazardous Materials Management Committee. |
| 2001-2019 | Member, External Advisory Board, Texas A&M University School of Rural Public Health, College Station, Texas. |
| 2000-2003 | Peer Review Panelist, National Center for Environmental Research and Quality Assurance (EPA). |
| 2003-2005 | Member, Delphi Study of Asbestos Health Effects – Round I, Round II, and Round III. Co-Ordinator's of study: Daniel Banks, M.D., Jerry McLarty, Ph.D., Runhua Shi, Ph.D. |
| 2004 | International Reviewers Panel (IRP), Medical Science Monitor. |
| 2004 | Medical Science Monitor Editorial Board Reviewer. |
| 2006 | Reviewer: Journal of Toxicology and Environmental Health |
| 2006 | Member: Expert Panel on Biomarkers of Asbestos Exposure and Disease; Agency for Toxic Substances and Disease Registry: Atlanta, Georgia- May 9 and 10, 2006. |
| 2007 | Reviewer: Special Issue-Periodico di Mineralogia (Rome) |
| 2007 | Reviewer: Environmental Health Editorial |
| 2007 | External Reviewer-NIOSH Public Health Practice Project-May 2007 |
| 2007 | External Peer Reviewer: EPA Draft-Final Report: "A Comparison of the Alternate Asbestos Control Method and the NESHAP Method for Demolition of Asbestos-Containing Buildings"-June 2007 |
| 2008 | Peer Reviewer: CDC/NCEH/ATSDR-Project Report: "Exposure to Vermiculite from Libby, Montana at 28 Processing Sites in the United States"- March 2008 |
| 2008 | Program Committee: 2008 Johnson Conference, July 14-18, 2008, Burlington, Vermont |
| 2008 | Session Chairman: Health Risks-Johnson Conference July 18, 2008, Burlington, Vermont |
| 2008 | Peer Reviewer: EPA Panel-Demonstration of Alternate Control Method Demonstration of Two Asbestos- |

Containing Buildings-September 11-12, 2008

| | |
|---|---|
| 2008 | External Reviewer-NSF Grants |
| 2008 | Reviewer-American Journal of Industrial Medicine |
| 2009 | Reviewer-Journal of Toxicology and Environmental Health |
| 2009 | Ad Hoc Peer Review Panel Member: Intramural Occupational Research Agenda (NORA) FY10; The National Institute of Occupational Safety and Health (NIOSH)-May 2009 |
| 2009 | Invited Participant: Workshop Sponsored by NIEHS, USEPA, ATSDR- Asbestos: A Science Based Examination of the Mode of Action Asbestos and Related Mineral Fibers-December 16-17, 2009 |
| 2010 | Reviewer-Journal of Inhalation Toxicology |
| 2011 | Member: Program Committee: 2011 ASTM (D22) Johnson Conference on Asbestos |
| 2011 | Co-Chairman: Session-Human Health and Toxicology; Johnson Conference; July 25, 2011-Burlington, Vermont |

**LICENSURE**

| | |
|---|---|
| 1993-Present | Texas Department of Health Asbestos O & M Contractor |
| 1995-Present | Texas Department of Health Asbestos Operations & Maintenance Supervisor – Restricted. |
| 1995-Present | Texas Department of Health Asbestos Inspector. |
| 1997-Present | Texas Department of Health Individual Asbestos Management Planner. |

**PROFESSIONAL AFFILIATIONS AND RECOGNITIONS**

New York Academy of Sciences.

Fellowship in the Stroke Council, American Heart Association.

Men of Achievement, 1983.

Who's Who in the South and Southwest, 1984.

Who's Who in Frontiers of Science and Technology, 1986.

Who's Who in Technology Today, 1987.
American Men and Women of Science, 1991.

Who's Who in Science and Engineering, 1993.

American Public Health Association, 1993.

International Academy of Pathology, U.S.-Canadian Division.

Fellowship in American College of Chest Physicians.

Regional Editor - Texas Society for Electron Microscopy Newsletter 1975-77.

Editor, Southwest Science Forum Newsletter, 1976-77.

Board of Trustees - Northeast Texas Chapter, The National Multiple Sclerosis Society, 1977-81.

The National Multiple Sclerosis Society, 1977-81.

Chairman, Medical Advisory Committee, Northeast Texas Chapter.

Co-Chairman, Spring Read-A-Thon Committee, Northeast Texas Chapter, The National Multiple Sclerosis Society, 1980.

Selected as co-host for visit by National Science Foundation's exchange scientist, Dr. P. N. Viswanathan, Industrial Toxicology Research Center, Lucknow, India, March 30-April 11, 1980.

Sponsor for two-year postdoctoral study for Tomotoshi Akematsu, M.D. (Clinical Pathologist, Nishiwaki Municipal Hospital, Hyogo-Ken, Japan) 1981-83.

Sponsor for one-year postdoctoral study for Hitoshi Maeda, M.D. (Postgraduate student, Kobe University School of Medicine Kobe, Japan) 1983-84.

Selected as participant in an international workshop, co-sponsored by NATO, on the assessment of mineral content in human lungs, September 17-20, 1984, in Oxford, England.

Selected as Member, Publications Committee, National Asbestos Council, 1988-91.

Certification through U.S. Environmental Protection Agency course for "Supervision Procedures and Practices for Asbestos Abatement Projects".

Special Consultant to the Administration of The University of Texas at Austin on asbestos related problems, 1985-89.

Special Consultant to the Administration of The University of Texas System Cancer Center, Houston, Texas, on asbestos related problems, 1986-89.

Certification through U.S. Environmental Protection Agency course asbestos inspector/manager planner.

**PROFESSIONAL AFFILIATIONS AND RECOGNITIONS (Cont'd)**

Selected as Member of Texas Department of Health Asbestos Advisory Committee, 1987-92.

Selected as Vice-Chairman, Safety and Health Committee, National Asbestos Council, 1988-91.

Selected as Member of the Board, National Asbestos Council, Texas Chapter, 1989-96.

Selected as Member of the Advisory Committee, California Commercial Council Asbestos Committee, 1988-89.

Selected as Member of the National Asbestos Council Task Force on AHERA State Certification Reciprocity, 1988-89.

Selected as Member of Year 2000 Health Objectives for Texas, Texas Department of Health, 1989-90.

Selected to U.S. Environmental Protection Agency Atmospheric Research and Exposure Assessment Laboratory Peer Review Program, 1990.

Selected as Member of Scientific Advisory Council, Collegium Ramazzini, New York, New York, June 7-9, 1990.

Selected as Member of Steering Committee to conduct a study of higher education needs in the East and Northeast Texas region, 1993-94.

Selected as Chair, Northeast Texas Consortium of universities and community colleges, November 18, 1997.

Inducted into Hall of Honor as Distinguished Alumni in Science at Paris Junior College. Recognition was based on outstanding achievement, distinguished service, and professional leadership, November 14, 1998.

Selected as Secretary/Treasurer, Northeast Texas Consortium of universities and community colleges, September 23, 1999.

Selected as the Houston Endowment, Inc. Distinguished Professor in Environmental Sciences, August, 1999.

Selected as member, Advisory Board, Texas A&M University School of Rural Public Health, August, 2000-2016.

Selected as Executive Vice President, Board of Directors, Discovery Science Place, Tyler Texas, September, 2000.

Selected as "Eminent Scientist" & Outstanding Scholar of the Year 2001, The International Research Promotion Council.

**PROFESSIONAL AFFILIATIONS AND RECOGNITIONS (Cont'd)**

Fellowship in American Heart Association, 2001.

Selected as Alumni Ambassador, The 31th Annual Alumni Ambassador Forum, February 27, 2014, Texas A&M University at Commerce, College of Science, Engineering & Agriculture: Department of Biological and Environmental Sciences.

Awarded Distinguished Alumnus Paris Junior College, November 4, 2017.

Snider Lifetime Achievement Awardee 2018, Environmental Information Association, March 19, 2018 EIA National Conference, San Diego, California.

Appointed to Editorial Board, Journal of Toxicology and Environmental Health, Part B: November 2018.

**GRANTS AND CONTRACTS:**

Subcontract from The University of Texas Medical Branch, NIEHS Grant No. ES04147, Transplacental transfer of asbestos in humans. FY92 - $54,843.64. FY93 - $51,132.56.

Texas Department of Health Interagency Cooperative Contract No. C3000834. FY93 - $53,883.

Texas Department of Health Toxic Substance Control Division Grant #7560013546 2004, Review Asbestos Management Plans, 9/01/2003 to 8/31/2004.

Texas Department of Health Toxic Substance Control Division Grant #7560013546 2005, Review Asbestos Management Plans, 9/01/2004 to 8/31/2004.

Texas Department of Health Interagency Cooperative Contract No.75600 (3546C98-01) Floor Covering Removal. Jan. 2001

**LECTURES AND PRESENTATIONS**

Garcia, J.H., Dodson, R.F., Hashi, K., and Flores de Cunha, B.: Experimental cerebral infarction: Studies on permeability changes of the blood-brain-barrier. Abstract of Scientific Communication presented at the Annual Meeting, American Association of Neuropathologists, June 25-27, 1971.

Dodson, R.F. and Cheung, L.W.: Ultrastructural pathogenesis in induced cerebral infarction. Abstract of Scientific Communication presented at the Annual Meeting, Texas Academy of Science, March 16, 1973, Houston, Texas.

**LECTURES AND PRESENTATIONS (Cont'd)**

Dodson, R.F.: Comparative ultrastructural studies of the pathogenesis of cerebral edema in cerebral infarction and subarachnoid hemorrhage. Presented at the Cerebrovascular Clinical Research Center Workshop, Phoenix, Arizona, January 12,1973.

Dodson, R.F., Meyer, J.S., Aoyagi, M., and Hartmann, A.: Acute cerebral infarction and hypertension: An ultrastructural study. Abstract presented at the 50th Annual meeting, American Association of Neuropathologists, Boston, June 7-9, 1974.

Dodson, R.F., Chu, L.W-F, and Tagashira, Y.: Myelinated fiber response in gray matter following acute cerebral infarction, Abstract presented at the Thirty-Second Annual Meeting, Electron Microscopy Society of America, St. Louis, August 14-16, 1974.

Dodson, R.F. and Tagashira, Y.: Ependymal response in acute cerebral infarction. Abstract presented at the Thirty Second Annual Meeting, Electron Microscopy Society of America, St. Louis, August 14-16, 1974.

Dodson, R.F. and Tagashira, Y.: Ultrastructural responses of cerebral tissue following periods of ischemic insult. Abstract presented at the Fourth Annual Meeting of the Society for Neuroscience, St. Louis, October 20-23, 1974.

Tulleken, C.A.F., Meyer, J.S., Ott, E.O., Abraham, J., and Dodson, R.F.: Brain tissue pressure gradients in experimental infarction recorded by multiple wick-type transducers. Abstract presented at the Second International Symposium on Intracranial Pressure, Lund, Sweden, June 17-19, 1974.

Dodson, R.F.: Chairman, Session III, Pathology, the Thirty-Second Annual Meeting of the Electron Microscopy Society of America, St. Louis, August 14-16. 1974.

Dodson, R.F.: Chairman, Vascular Pathology Section, the Thirty-Third Annual Meeting of the Electron Microscopy Society of America, Las Vegas, August 11-15, 1975.

Dodson, R.F., Tagashira, Y., Chu, L.W-F., and Scates, R.W.: Middle cerebral artery response following occlusion with a surgical clamp. Abstract presented at the Thirty-Third Annual Meeting of the Electron Microscopy Society of America, Las Vegas, August 11-15, 1975.

Dodson, R.F., Tagashira, Y., Chu, L.W-F., and Scates, R.W.: Pericytic alterations in cerebral infarction. Abstract presented at the Thirty-Third Annual Meeting of the Electron Microscopy Society of America, Las Vegas, August 11-15, 1975.

**LECTURES AND PRESENTATIONS (Cont'd)**

Dodson, R.F., Tagashira, Y., Chu, L.W-F., and Scates, R.W.: Acute response of cerebral tissue following periods of ischemic insult. Abstract presented at the Thirty-Third Annual Meeting of the Electron Microscopy Society of America, Las Vegas, August 11-15, 1975.

Dodson, R.F.: Invited Lecturer - National Institutes of Health. Sponsored by the Laboratory of Neuropathology and Neuroanatomical Sciences, National Institute of Neurological and Communicative Disorders and Stroke; Igor Klatzo, M.D., Chief, Bethesda, Maryland, December 12, 1975. Seminar: Ultrastructural changes following experimental cerebral ischemia in the gerbil.

Dodson, R.F.: Invited Lecturer - Lamar University, Beaumont, Texas. Sigma Xi lecture series, March 23, 1976. Seminar: The use of animal models in the study of cerebrovascular disease in man.

Dodson, R.F., Patten, B.M. and Chu, L.W-F.: Ultrastructural change in muscle biopsy from a case of progressive ophtmalmoplegia. Abstract presented at the Thirty-Fourth Annual Meeting of the Electron Microscopy Society of America, Miami Beach, Florida, August 8-13, 1976.

Dodson, R.F., Chu, L.W-F, and Tagashira, Y.: Effects of intracarotid injections of reserpine on cerebral tissue. Abstract presented at the Thirty-Fourth Annual Meeting of the Electron Microscopy Society of America, Miami, Beach, Florida, August 8-13, 1976.

Dodson, R.F., Welch, K.M.A., and Chu, L.W-F.: Ultrastructural changes following experimental cerebral ischemia in the gerbil. Abstract presented at the Sixth Annual Meeting of the Society of Neuroscience, Toronto, Ontario, Canada, November 7-11, 1976.

Dodson, R.F., Welch, K.M.A., and Chu, L.W-F.: Cytoarchitectural changes in brains of ischemic gerbils. Abstract presented at the Cerebrovascular Clinical Research Center Workshop, Miami, Florida, February 23-24, 1977.

Dodson, R.F.: Invited Testimony - Submitted to the Commission for Control of Huntington's Disease and Its Consequences, Regional Meeting for Arkansas, Louisiana, Oklahoma and Texas, held May 3, 1977, at The University of Texas Health Science Center, Dallas, Texas, sponsored by National Institutes of Health, Bethesda, Maryland.

Dodson, R.F., Chu, L.W-F., and Ishihara, N.: Cerebral tissue response in chronic electrode implantation. Abstract presented at the Joint Meeting of Electron Microscopy Society of America and the International Conference on X-Ray

Optics and Microanalysis, Boston, Massachusetts, August 22-26, 1977.

**LECTURES AND PRESENTATIONS (Cont'd)**

Dodson, R.F., Chu, L.W-F., and Miyakawa, Y.: Cerebral response to ischemia induced by the embolism model. Abstract presented at the Joint Meeting of Electron Microscopy Society of America and International Conference on X-Ray Optics and Microanalysis, Boston, Massachusetts, August 22-26, 1977.

Dodson, R.F.: Invited lecturer - Texas Eastern University, Tyler, Texas, School of Science and Mathematics Seminar Series, September 21, 1978. Seminar: The application of animal models to the understanding of ultrastructural pathogenesis of human diseases.

Dodson, R.F., Williams, M.G. Jr., and Hurst, G.A.: Neutrophil response to intratracheally injected asbestos. Abstract presented at the Joint Meeting of Electron Microscopy Society of America and Microbeam Analysis Society, San Antonio, Texas, August 13-17, 1979.

Williams, M.G. Jr., Dodson, R.F., and Hurst, G.A.: A Technique for Studying Single Cells by Light, Transmission and Scanning Microscopy. A presentation at the Joint Meeting of Electron Microscopy Society of America and Microbeam Analysis Society, San Antonio, Texas, August 13-17, 1979.

Dodson, R.F.: Moderator and Coordinator - Symposia on Asbestos in Schools, jointly sponsored by The University of Texas Health Center at Tyler, (Departments of Cell Biology and Environmental Sciences and Epidemiology/Biomathematics), Texas Department of Health, Region 7, and the Texas Air Control Board, Air Quality Control Region 12; held at The University of Texas Health Center at Tyler, Tyler, Texas, September 19, 1979.

Dodson, R.F.: Guest Faculty, Invited Lecturer. Electromicroscopic study of experimental asbestosis: The coated and uncoated fibers. Presented in 3-day Symposia on Asbestos Associated Diseases October 11-13, 1979, at Baylor College of Medicine, Houston, Texas, sponsored by The Office of Continuing Education, Baylor College of Medicine, Houston, and co-sponsored by The American Society of Clinical Pathologists and The Houston Society of Clinical Pathologists.

Dodson, R.F., Hurst, G.A., and Williams, M.G., Jr.: Short-Term Response of Lung Parenchyma Following "Amosite" Asbestos Exposure. Presented at the American Thoracic Society/ Canadian Thoracic Society Meeting, Environmental and Occupational Health Assembly, Washington, D.C., May 19, 1980.

**LECTURES AND PRESENTATIONS (Cont'd)**

O'Sullivan, M.F., Williams, M.G., Jr., and Dodson, R.F.: Lung response to asbestos. Presented at Fall Meeting of Texas Society for Electron Microscopy, College Station, Texas, October 9-11, 1980.

Piers, D.O., Williams, M.G., Jr., and Dodson, R.F.: Pulmonary free cell response to asbestos as determined from lavage preparations. Presented at Fall Meeting of Texas Society for Electron Microscopy, College Station, Texas, October 9-11,1980.

Dodson, R.F., Williams, M.G., Jr., McLarty, J.W., and Hurst, G.A.: Particulate matter in the sputum from former asbestos workers: An ultrastructural study. Clin. Research, December, 1980. Abstract.

Martin, R.R. and Dodson, R.F.: Human pulmonary alveolar macrophages phagocytize ash from Mt. St. Helens with release of chemotactic factors. Presented at the American Thoracic Society Meeting, Detroit, Michigan, May 10-18, 1981.

Dodson, R.F., Williams, M.G., McLarty, J.W. and Hurst, G.A.: An ultrastructural study of particulate matter and ferruginous bodies in the sputum from former asbestos workers. Presented at Electron Microscopy Society of America, Atlanta, Georgia, August 11, 1981.

Dodson, R.F.: <u>Invited Lecturer</u> -- Stephen F., Austin State University, Nacogdoches, Texas, Biology Department Graduate Seminar, February 24, 1982. <u>Seminar:</u> Asbestos – understanding the problem.

Dodson, R.F., and Martin, R.R.: <u>In Vitro</u> interactions of human pulmonary macrophages with volcanic ash. Presented at International Academy of Pathology Meeting, Boston, Massachusetts, March 1-5, 1982.

Dodson, R.F., O'Sullivan, M.F., Williams, M.G. and Hurst, G.A.: Analysis of cores of ferruginous bodies from former asbestos workers. Presented at International Conference on Occupational Lung Disease, Chicago, Illinois, March 24-27, 1982.

Dodson, R.F.: <u>Invited Lecturer</u> -- The University of Texas at Tyler, Tyler, Texas, May3-4, 1982. Lecture given at Pathophysiology course for nurses.

Williams, M.G., Corn, C., Dodson, R.F., and Hurst, G.A.: Isolation of asbestos from lung tissue and sputum. Presented at Electron Microscopy Society of America, Washington, D.C., August 10, 1982.

**LECTURES AND PRESENTATIONS (Cont'd)**

O'Sullivan, M.F., Corn, C., Dodson, R.F., and Hurst, G.A.: The influence of inflation level on the ultrastructure of pleura. Presented at Electron Microscopy Society of America, Washington, D.C., August 10, 1982.

Dodson, R.F.: Invited Lecturer -- Baylor College of Medicine, Houston, Texas, Department of Pathology Monthly Research Seminar, December 15, 1982. Seminar: Asbestos: Something Old/Something New.

Dodson, R.F., Greenberg, S.D., Williams, M.G., and Corn, C.: Ferruginous body content from lung tissue of occupationally and non-occupationally exposed groups. Presented at International Academy of Pathology Meeting, Atlanta, Georgia, February 28, 1983.

Dodson, R.F.: Invited Lecturer -- The University of Texas at Tyler, Tyler, Texas, March 8-9, 1983. Lecture given on Pathological Responses of the Lung at Pathophysiology course for nurses.

Dodson, R.F.: Invited Lecturer -- The University of Texas at Tyler, Tyler, Texas, May 2-3, 1983. Lecture given on Cancer at Pathophysiology course for nurses.

Lawrence, E.C., Fox, T.B., Hall, B.T., Putman, M., Greenberg, S.D., Mace, M.L., Dodson, R.F. and Martin, R.R.: Effects of amosite asbestos on human pulmonary alveolar macrophage functions. Presented at American Thoracic Society Meeting, Kansas City, Missouri, May 8, 1983.

Dodson, R.F., Akematsu, T., Williams, M.G., O'Sullivan, M.F., and Hurst, G.A.: Acute response of lung parenchyma to volcanic ash. Presented at Electron Microscopy Society of America, Phoenix, Arizona, August, 1983.

Ford, J.O., Dodson, R.F., Williams, M.G., and Hurst, G.A.: The blood/air barrier as defined by horseradish peroxidase in the normal guinea pig lung. Presented at Electron Microscopy Society of America, Phoenix, Arizona, August, 1983.

Davis, M.L., Lewandowski, J., Dodson, R.F., and Hurst, G.A.: Ultrastructure of the bronchiolar epithelium in the guinea pig. Presented at Electron Microscopy Society of America, Phoenix, Arizona, August, 1983.

Ford, J.O., and Dodson, R.F.: Endocytosis of amosite asbestos by Paramecium Multimicronucleatum. Presented at Texas Society for Electron Microscopy Meeting, Tyler, Texas, October, 1983.

**LECTURES AND PRESENTATIONS (Cont'd)**

Davis, M.L., and Dodson, R.F.: Some SEM observations of the early pulmonary response to "Amosite" asbestos exposure in the guinea pig. Presented at Texas Society for Electron Microscopy Meeting, Tyler, Texas, October, 1983.

Ford, J.O., Dodson, R.F., and Williams, M.G.: An ultrastructural study of the blood/air barrier in the guinea pig. Poster presented at Texas Society for Electron Microscopy Meeting, Tyler, Texas, October, 1983.

Dodson, R.F., Williams, M.G., O'Sullivan, M.F., Corn, C.J., Hurst, G.A.: Quantitation of uncoated asbestos fibers and ferruginous bodies in lungs of asbestos workers. Presented at International Academy of Pathology Meeting, San Francisco, California, March 12, 1984.

Hurst, G.A., McLarty, J.W., Dodson, R.F.: The significance of pleural calcification in amosite asbestos workers. Presented at Fifth European Congress of Diseases of the Chest, Lisbon Portugal, June 4-7, 1984.

Dodson, R.F., Williams, M.G., O'Sullivan, M., Corn, C.J., Hurst, G.A., Greenberg, S.D.: Quantitation of uncoated asbestos fibers and ferruginous bodies in lungs of asbestos workers. Presented at International Congress, Miami, Florida, September 6, 1984.

Dodson, R.F., Williams, M.G., Corn, C.J., Hurst, G.A.: Asbestos bodies, uncoated fibers, and other particulates in nonurban lung cancer patients. Presented at The University of Texas Graduate School of Biomedical Sciences in Houston, Texas, September 27, 1984.

Davis, M.L., Lewandowski, J., Dodson, R.F.: A morphological study of the distal airways. Presented at The University of Texas Graduate School of Biomedical Sciences in Houston, Texas, September 27, 1984.

Davis, M.L., Ford, J.O., Dodson, R.F.: Preparation of guinea pig airways for electron microscopy. Presented at the meeting of the Texas Society for Electron Microscopy, San Antonio, Texas, April 12, 1985.

Dodson, R.F., Maeda, H., Williams, M.G., Ford, J.O.: Long term pulmonary effects of diatomaceous earth in adult guinea pigs. Presented at the meeting of the American Thoracic Society, Anaheim, California, May 14, 1985.

Dodson, R.F., O'Sullivan, M.F., Corn, C.J., Williams, M.G.: Nonasbestos ferruginous bodies in man. Presented at the meeting of the Electron Microscopy Society of America,

Louisville, Kentucky, August 5, 1985.

**LECTURES AND PRESENTATIONS (Cont'd)**

Davis, M.L., Ford, J.O., Dodson, R.F.: Ultrastructure of major conducting airway epithelium in the guinea pig. Presented at the meeting of the Electron Microscopy Society of America, Louisville, Kentucky, August 5, 1985.

Corn, C.J., Williams, M.G., Dodson, R.F.: An analysis of residual asbestos remaining in preparative vials following bleach digestion. Presented at the meeting of the Electron Microscopy Society of America, Louisville, Kentucky, August 5, 1985.

DeShazo, R.D., Diem, J.E., Banks, D., Chapman, Y., Bozelka, B., and Dodson, R.F.: Asbestos inhibits natural killer cell response to interferon. Presented at the Southern Society for Clinical Investigation Meeting, New Orleans, Louisiana, February 5, 1986.

Dodson, R.F.: Particulate analysis samples from amosite workers. Presented at the joint meeting of the Electron Microscopy Society of America/Microbeam Analysis Society Albuquerque, New Mexico, August 14, 1986.

Dodson, R.F: Invited Lecturer -- Presentation for the Asbestos Programs Group, Environmental Health and Safety Division, Georgia Tech Research Institute, Oklahoma City, Oklahoma, August 26, 1986.

Dodson, R.F.: Invited Lecturer -- Health Effects of Asbestos Presentation for the National Conference of State Legislatures' Seminar on Asbestos Safety in Buildings, Kansas City, Missouri, September 12, 1986.

Kennedy, T., Melnicoff, P., Dodson. R., Rawlings, W. Hoidal, J.: Kaolin catalyzes hydroxyl radical generation from hydrogen peroxide. Presented at the American College of Chest Physicians' Third International Conference on Environmental Lung Disease, Montreal, Quebec, Canada, October 15-18, 1986.

Garcia, J.G.N., Callahan, K., Davis, L., Johnson, A.R., Corn, C., Dodson, R.F.: Activation of Human umbilical vein endothelium following phagocytosis of asbestos and fiberglass particles. Presented at the American College of Chest Physicians' Third International Conference on Environmental Lung Disease, Montreal, Quebec, Canada, October 15-18, 1986.

Corn, C.J., Williams, M.G., Dodson, R.F.: An electron microscopic analysis of residual asbestos remaining in preparative vials following bleach digestion. Presented at the meeting of the Texas Society for Electron Microscopy, Houston, Texas, October 16-18, 1986.

**LECTURES AND PRESENTATIONS (Cont'd)**

Kennedy, T.P., Dodson, R., Rawlings, W. and Hoidal, J.R.: Kaolin catalyzes hydroxyl radical generation from hydrogen peroxide. Presented at the American Federation for Clinical Research, New Orleans, Louisiana, January 28-30, 1987.

Dodson, R.F., Hurst, G., Williams, M., Corn, C., and Greenberg, S.: A comparison of light and electron microscopy techniques for defining occupational exposure to asbestos. Presented at the meeting of the International Academy of Pathology, Chicago, Illinois, March 9-13, 1987.

Garcia, J.G.N., Callahan, K.S. Gray, L.D., Azghani, A., Johnson, A.R., and Dodson, R.F.: Amosite asbestos is toxic to vascular endothelium and induces alterations in endothelial cell function. Presented at the meeting of the American Thoracic Society, New Orleans, Louisiana, May 10-13, 1987.

Kennedy, T.P., Ky, H., Roa, N.V., Hopkins, C., Tolley, E., Dodson, R., and Hoidal, J.R.: Asbestos and kaolin cause red cell hemolysis by acting as fenton reagents. Presented at the meeting of the American Thoracic Society, New Orleans, Louisiana, May 10-13, 1987.

Dodson, R.F.: Keynote Speaker -- Health Effects of Asbestos presented to the National Conference of State Legislatures. Indianapolis, Indiana, July 27, 1987.

Dodson, R.F.: Invited Lecturer -- An Interdisciplinary Training Program for Supervision of Procedures and Practices of Asbestos Abatement sponsored by the Texas Engineering Extension Service of the Texas A&M University System, El Paso, Texas, August 10, 1987.

Dodson, R.F.: Invited Lecturer -- Asbestos symposium sponsored by Asbestos Programs Group, Environmental Health and Safety Division, Georgia Tech Research Institute, Atlanta, Georgia, August 17, 1987.

Dodson, R.F.: Keynote Speaker -- Asbestos Substitutes: A Growing Concern. National Asbestos Council Third Annual Fall Technical Asbestos Abatement Conference and Exposition, Oakland, California, September 22, 1987.

Dodson, R., Williams, M., Corn, C., Idell, S., and McLarty, J.: Asbestos fibers in sputum--an indicator of past occupational exposure. Presented at the meeting of the United States and Canadian Academy of Pathology, Washington, D. C., February 28-March 4, 1988. Lab.Invest. 58:144, 1988.

Garcia, J.G.N., Griffith, D.E., Garcia, P.L., Iriana, S., Dodson, R.F., and Callahan, K.S.: Alveolar macrophages from

asbestos-exposed workers are primed to release $LTB_4$. Presented at the meeting of the American Thoracic Society, Las Vegas, Nevada, May 11, 1988.

**LECTURES AND PRESENTATIONS (Cont'd)**

Dodson, R.F.: The lung as a mirror for past exposure to asbestos and other dusts. Presented at the 1988 Fall Technical Conference and Exposition of the National Asbestos Council, Inc., Boston, Massachusetts, September 20, 1988.

Ford, J.O. and Dodson, R.F.: Pulmonary response following a second asbestos exposure. Presented at the meeting of Texas Society for Electron Microscopy, Galveston, Texas, October 6-8, 1988.

Dodson, R.F.: Why are dusts toxic? Presented at the Sixth Annual Asbestos Abatement Conference and Exposition of the National Asbestos Council, Inc., Anaheim, California, March 30, 1989.

Dodson, R.F.: Invited Lecturer -- Collegium Ramazzini Workshop on "Disease Potential of Different Asbestos Fiber Varieties," Ottawa, Canada, March 20-22, 1989.

Dodson, R.F.: Invited Lecturer -- Manmade mineral fiber update. Presented at National Insulation Contractors' Association Convention. Charleston, South Carolina, April 9-12, 1989.

Griffith, D.E., Dodson, R.F., Garcia, J.G.N., Levin, J., and Kronenberg, R.S.: Airflow obstruction in asbestos and silica exposed workers. Presented at the meeting of the American Thoracic Society, Cincinnati, Ohio, May 17, 1989.

Dodson, R.F.: Application of electron microscopy in analysis. Presented at the Baylor College of Medicine seminar entitled "The Pathology of Occupational Lung Disease: An Update," Houston, Texas, May 19, 1989.

Dodson, R.F.: Invited Lecturer -- Asbestos particles (coated and uncoated) in the lungs. Presented at the Baylor College of Medicine Pathology/Radiology Conference, Houston, Texas, August 23, 1989.

Dodson, R.F.: Health effects of manmade mineral fibers - questions remain. Presented at the 1989 Fall Technical Conference and Exposition of the National Asbestos Council, Indianapolis, Indiana, September 27, 1989.

McKee, T.R., Crossman, R.N., Dodson, R.F., Jones, C., Walker, G. and Tompkins, R.: Applications of microscopy techniques and their impact on the asbestos industry. Presented at the Seventh Annual Asbestos Abatement Conference and Exposition of the National Asbestos Council, San Antonio, Texas, February 20, 1990.

Kronenberg, R., Levin, J. and Dodson, R.F.: Asbestos health issues in the nineties. Presented at the Seventh Annual Asbestos

Abatement Conference and Exposition of the National Asbestos Council, San Antonio, Texas, February 20, 1990.

**LECTURES AND PRESENTATIONS (Cont'd)**

Dodson, R.F.: Invited Lecturer -- Comparison of fiber burdens of parenchyma, lymph nodes and pleural plaques in shipyard workers. Presented at Collegium Ramazzini, "The Third Wave of Asbestos Disease: Exposure to Asbestos in Place," New York, New York, June 7, 1990.

Levin, J., Shepherd, R., Kronenberg, R. and Dodson, R.: Making the diagnosis: asbestos and benign pleural disease. Presented at the 1990 Fall Technical Conference and Exposition of the National Asbestos Council, Phoenix, Arizona, September 12, 1990.

Fraire, A.E., Greenberg, S.D., Roggli, V.L., Cartwright, J., Dodson, R., Williams, G. and el-Naggar, A.: Light microscopic, ultrastructural and flow cytometric findings in rat pleural mesothelial cells following crocidolite asbestos inoculation. Presented at the American College of Chest Physicians 56th Annual Assembly, Toronto, Ontario, Canada, October 22-26, 1990, Chest 98:66S.

Dodson, R.F., Williams, M.G., Corn, C.J., Brollo, A. and Bianchi, C.: Nonasbestos fiber burden in individuals exposed to asbestos. Presented at the NATO Advanced Research Workshop on Mechanisms in Fibre Carcinogenesis, Albuquerque, New Mexico, October 21-26, 1990.

Friedman, W., Ewing, W., and Dodson, R.F.: Asbestos fiber length – current issues. Presented at National Asbestos Council 8th Annual Asbestos Management Conference and Exposition, New Orleans, Louisiana, February 19-22, 1991.

Dodson, R.F., Ewing, E., Ewing, W., Oppenheim-McMullen, J., and Millette, J.: Assessing risk in buildings containing asbestos. Presented at American Public Health Association 119th Annual Meeting, Atlanta, Georgia, November 13, 1991.

Dodson, R.F., O'Sullivan, M., Corn, C.J., Garcia, J.G.N., Stocks, J.M., and Griffith, D.E.: Nonasbestos ferruginous bodies in bronchoalveolar lavage. Presented at American Thoracic Society International Conference, Miami, Florida, May 18, 1992.

Fraire, A.E., Greenberg, S.D., Spjut, H.J., Roggli, V.L., Dodson, R., Cartright, J. and Williams, G.: Histopathologic characterization of rat pleural mesothelium following intrapleural inoculation with fiber glass. Presented at XIX International Congress of the International Academy of Pathology, Madrid, Spain, October 18-23, 1992.

**LECTURES AND PRESENTATIONS (Cont'd)**

Fraire, A.E., Greenberg, S.D., Spjut, H.J., Cartright, J. Roggli, V.L., Dodson, R., and Williams, G.: Histopathologic, ultrastructural and flow cytometric characterization of fiberglass-induced pleural mesothelioma in the fischer 344 rat. Presented at XVII World Congress on Diseases of the Chest, Amsterdam, June 13-18, 1993.

Aust, A.E., Lund, L.G., Williams, M.G., and Dodson, R.F.: Iron associated with asbestos bodies is responsible for the formation of single-strand breaks in øX174 RFI DNA. Presented at Oxygen Radicals and Lung Injury Conference, Morgantown, West Virginia, August 30 to September 2, 1993.

Fraire, A.E., Greenberg, S.D., Spjut, H.J., Roggli, V.L., Dodson, R. F, Williams, G. and Baker, S.: Erionite induced pleural changes in the Fischer 344 rat. Presented at the ALA/ATS International Conference, Boston, Massachusetts, May 22-25, 1994.

Dodson, R.F., O'Sullivan, M., and Corn, C.J.: The ratio of ferruginous body content to the types of uncoated asbestos fibers in occupational and paraoccupational cohorts. Presented at American Thoracic Society International Conference, Seattle, Washington, May 24, 1995.

Dodson, R.F. and Hammar, S.P.: Invited Lecturer -- Asbestos fiber burden in lung tissue of patients with malignant mesothelioma in the Northwest United States. Presented at the Society for Ultrastructural Pathology meeting, Washington, D.C., March 24, 1996.

Levin, J.L., Frank, A.L., Rountree, P.P., Shepherd, J.R., Dodson, R.F., and Crossman, R.: Invited Lecturer -- The role of electron microscopy. In Postgraduate Seminar: Occupational Pneumoconioses Update. Presented at the American Occupational Health Conference, San Antonio, Texas, April 26-May 3, 1996.

Frank, A.L., Dodson, R.F., and Williams, M.G.: Lack of tremolite in UICC reference chrysotile and the implications for carcinogenicity. Presented at the Inhaled Particles VIII Meeting, Cambridge, England, August 26-30, 1996.

Fraire, A.E., Dodson, R.F, Williams, G., Dickson, E. and Corn, C.: Do asbestos (ferruginous bodies form in extrapulmonary sites? An experimental study in a guinea pig model. Presented at the XXI International Congress of the International Academy of Pathology, Budapest, Hungary, October 20-25, 1996.

**LECTURES AND PRESENTATIONS (Cont'd)**

Levin, J., O'Sullivan, M., Corn, C., and Dodson, R.: Ferruginous bodies formed predominantly on chrysotile cores. Presented at the Third International Symposium, *Impact of Cancer Biotechnology on Diagnostic and Prognostic Indicators in Predictive Oncology and Therapy* in Nice, France, October 26-28, 1996.

Atkinson, M.A.L., Tate, R., Williams, M.G., and Dodson, R.: Erionite, a fibrous zeolite, binds iron and induces DNA single-strand nicks. Presented at 6th International Congress on Cell Biology and 36th American Society for Cell Biology Annual Meeting, San Francisco, California, December 7-11, 1996, Molecular Biology of the Cell 7:144A.

Williams, M.G., Crossman, R.N., Dodson, R.F.: Results from a search for tremolite asbestos in UICC chrysotile B. Presented at the EIA Meeting, New Orleans, Louisiana, March 25, 1997.

Dodson, R.F., O'Sullivan, M.F., Huang, J., Hammar, S.P.: Invited Lecturer -- Asbestos in extrapulmonary sites-omentum and mesentery tissue. Presented at 6th International Conference on Environmental & Occupational Lung Disease in Vancouver, British Columbia, Canada, February 11, 1999.

Hammar, S.P., Dodson, R.F.: Pulmonary Granulomatosis in Association Intraparencymal Birefringent Material. Presented at Pulmonary Pathology Meeting and Medical Symposium, Asheville, North Carolina, August 25-27, 1999.

Dodson, R.F.: The role of fiber analysis in the diagnosis and attribution of asbestos-related diseases. Presented at Pulmonary Pathology Meeting and Medical Symposium, Asheville, North Carolina, August 25-27, 1999.

Dodson, R.F.: The medical and scientific aspects in the quantitative analysis of ferruginous bodies and asbestos fibers. Present at Defense Research Institute's Asbestos Personal Injury Litigation Seminar, November 2-3, 2000

Williams, M.G., Crossman, R., Dodson, R.F.: Asbestos Release During Floor Tile Removal. Presented at EPA Conference on Asbestos Health Effects, Oakland, California – May 23-26, 2001.

Dodson, R.F., Atkinson, M.A.L: Invited Presentation: Asbestos Burden in Tissue: Little Things Mean a Lot. Presented at the ASTM Johnson Conference, Burlington, Vermont, July 18-22, 2005.

Dodson, R.F., Invited Presentation: Extrapulmonary Exposure to Asbestos, First Meeting of the Committee on Asbestos: Selected Health Effects, Institute of Medicine-Division of

Population Health and Public Health Practice; Washington, DC; July 26, 2005.

**LECTURES AND PRESENTATIONS (Cont'd)**

Dodson, R.F., Invited Speaker: Measurements of Asbestos Fibers in Tissues: Presented in the Session: Asbestos and Man-made Mineral Fibers: Conference-Framing the Future in the Light of the Past: Living in a Chemical World 2005-Third International Scientific Conference; Collegium Ramazzini; Bologna, Italy; September 18-21, 2005.

Dodson, R.F. Invited Speaker: Asbestos Medicine-A Prognosis on the Future of Asbestos Disease: Presented-Mealey's National Asbestos Litigation Conference, Boston, Mass. September 18, 2006.

Dodson, R.F. Keynote Address: Asbestos and Human Health: Something Old, Something New, and a Lot of Unknowns: Presented at the Twenty-fifth Anniversary Meeting of the Environmental Information Association, Albuquerque, New Mexico. March 17, 2008.

Dodson, R.F. Presentation: Mesothelioma-What We Know Based on Tissue Analysis for Asbestos, Johnson Conference, Burlington Vermont, July 18, 2008.

Dodson, R.F. Invited Witness-Topic: Asbestos and Mesothelioma; State of Texas Senate Committee for State Affairs, Austin, Texas; March 23, 2009.

Dodson, R.F. Invited Panel Member and Speaker: The Physical Aspects of Asbestos/Elongated Minerals and Reaction with Tissue. Panel 1: Toxicology: Workshop on the NIOSH Research Roadmap on Asbestos Fibers and Other Elongated Mineral Particles; Institute of Medicine-National Research Council, National Academy of Sciences; Washington D.C. March 30,2009.

Dodson, R.F. Invited Speaker: Fiber Burden Analysis-The What's The Why's and The How's; National Asbestos Litigation Conference, September 23-25, San Francisco, California.

Dodson, R.F. Invited Panel Member: Exposure Team; Asbestos: A Science-Based Examination of the Mode of Action of Asbestos and Related Mineral Fibers; Sponsored by National Institute of Environmental Health Sciences, NIEHS Superfund Research Program, U.S. Environmental Protection Agency, Agency for Toxic Substances and Disease Registry. December 16-17,2009; Chapel Hill, North Carolina.

Dodson, R.F. Presentation: Observations from Quantitative Analysis of Tissue Burden for Elongated Particles by Light and/or Transmission Electron Microscopy as Relate to Attribution of Mesothelioma, ASTM-Johnson Conference, Burlington Vermont July 25, 2011

**LECTURES AND PRESENTATIONS (Cont'd)**

Dodson, R.F. Invited Presentation: Identification and Quantification of Asbestos Burden; in Current Concepts and Controversies in Asbestos-Related Disease; Massachusetts General Hospital/Department of Pathology Harvard Medical School, May 5-6, 2012; Boston, Massachusetts.

Dodson, R.F. Presentation: Asbestos in air and tissue samples-Now you see them. Now you don't! Texas EIA Technical Seminar; September 28, 2012; Houston, Texas

Dodson, R.F. Invited Presentation: "What Can Be Learned from Tissue Burden of Elongated Mineral Particles"! Workshop: Mineral Fibers in the Upper Midwest. EPA Mid Continent Laboratories in Duluth, MN. October 6-7, 2015

Poye, L.W. and Dodson RF. Invited Presentation: Variables in Identification of Tissue Burden of Asbestos Fibers in Human Tissue Based on Preparation, Instrumentation and Magnification: Collegium Ramazzini, Carpi, Italy October 27, 2016.

**LECTURER FOR EPA AND OSHA TRAINING COURSES**

Dodson, R.F.: Lecturer -- Health Effects of Asbestos Exposure. Presentations for the Texas Engineering Extension Service of The Texas A&M University System Asbestos Training Programs, 1986-1992:

1. An Interdisciplinary Training Program for Supervision of Procedures and Practices of Asbestos Abatement.

2. Asbestos Worker Training Program

3. Asbestos Inspector/Manager Training Course.

Dodson, R.F.: Lecturer -- Health Effects of Asbestos Exposure. Presentations for The University of Texas Health Center at Tyler and Critical Environmental Training, Inc. Asbestos Training Programs, 1988, 1989:

1. An Interdisciplinary Training Program for Practices and Procedures of Asbestos Abatement for Supervisors and Contractors.

2. An Interdisciplinary Training Program for Building Inspector for Asbestos Abatement Projects.

3. NIOSH 582 7400 Method - ORM (Air Sampling Course).

**LECTURER FOR EPA AND OSHA TRAINING COURSES (Cont'd)**

Dodson, R.F.: Lecturer -- Health Effects of Asbestos Exposure. Presentations for the Environmental Health and Safety Division, Georgia Tech Research Institute, Atlanta, Georgia, Asbestos Training Programs: Supervision of Asbestos Abatement Projects, 1987, 1988.

Dodson, R.F.: Lecturer -- Health Effects of Asbestos Exposure. Presentations for the Environmental Institute, Marietta, Georgia, Asbestos Training Programs: Asbestos in Buildings: Abatement Project Supervision, 1988.

Dodson, R.F.: Lecturer -- Health Effects of Asbestos Exposure. Presentations for International Association of Heat and Frost Insulators and Asbestos Workers, Houston, Texas, Asbestos Training Programs: Asbestos Abatement Seminar for Instructors, 1988.

Dodson, R.F.: Lecturer -- Health Effects of Asbestos Exposure. Presentations for the Environmental Research Institute, Inc., Tyler, Texas, and The University of Texas Health Center at Tyler, Asbestos Training Programs: Polarized Light Microscopy Course, 1988.

Dodson, R.F.: Lecturer -- Health Effects of Asbestos Exposure. Presentations for The University of Texas Health Center at Tyler Occupational and Environmental Training Programs, 1990-Present.

1. An Interdisciplinary Training Program for Practices and Procedures of Asbestos Abatement for Supervisors and Contractors.

2. An Interdisciplinary Training Program for Building Inspector for Asbestos Abatement Projects.

3. NIOSH 582 7400 Method - ORM (Air Sampling Course).

**BIBLIOGRAPHY**

Dodson, R.F.: S-collindine as a buffering system for glutaraldehyde perfusion of the central nervous system. J Neuropathology Exp Neurol 30:714-722, 1971.

Dodson, R.F.: Ultrastructural alterations of the medulla oblongata tissue following acute whole-body gamma irradiation. Acta Neuropathology 17: 353-362, 1971.

Garcia, J.H., Robinson, L., Dodson, R.F., and Velayas, E.: Electron microscopy of human skeletal muscle in health and disease (myositis). Amer J Pathol, February 1971 (abstract).

**BIBLIOGRAPHY (Cont'd)**

Dodson, R.F. and Cheung, L.W.: Perivascular obligodendrocytes in the striatum of the squirrel monkey. J Neurol Sci 17:237-244, 1972.

Dodson, R.F., Hashi, K., and Meyer, J.S.: The effect of glycerol and intracarotid phenoxybenzamine after experimental subarachnoid hemorrhage: an ultrastructural study. Acta Neuropathol 24:1-11, 1973.

Dodson, R.F., and Wood, J.G.: Concentric membranous bodies in the central nervous system. Cytobios 7:61-69, 1973.

Dodson, R.F.: Electron Microscopy of microvascular pericytes in the brain. Cytobios 7:183-188, 1973.

Dodson, R.F. and Kawamura, Y.: Perivascular hemorrhagic lesions in temporal cortex following cerebral infarction (a morphological study). Exp Mol Pathol 20:24-32, 1974.

Dodson, R.F., Kawamura, Y., Aoyagi, M., and Hartmann, A.: A comparative evaluation of the ultrastructural changes following induced cerebral infarction in the squirrel monkey and baboon. Cytobios 8:175-182, 1973.

Dodson, R.F.: Ultrastructural alterations of myelinated fibers following acute cerebral infarction in the squirrel monkey. Medikon 5:19-21, 1974.

Dodson, R.F, Fritz, G.S., Hubler, W.R., Jr., Rudolph, A.J. Knox, J.M., and Chu, L.W-F.: Donovanosis: A morphologic study J Invest Dermatol 62:611-614, 1974.

Dodson, R.F., Aoyagi, M., Hartmann, A., and Tagashira, Y.: Acute cerebral infarction and hypotension: An ultrastructural study. J Neuropathol Exp Neurol 33:400-407, 1974.

Dodson, R.F. and Chu, L.W-F.: Ultrastructure of the ependymal and subependymal cells in the lateral ventricle of the squirrel monkey. Cytobios 10:145-156, 1974.

Dodson, R.F., Tagashira, Y., and Chu, L.W-F.: The ultrastructure of the middle cerebral artery and its associated nerve fibers in the squirrel monkey and baboon. Tissue & Cell 7:171-180, 1975.

Dodson, R.F., Tagashira, Y., and Chu, L.W-F.: Morphological studies of the ventricular wall in cerebral infarction Exp Mol Pathol 22:294-301, 1975.

Tulleken, C.A.F., Meyer, J.S., Ott, E.O., Abraham, J., and Dodson, R.F.: Brain tissue pressure gradients in experimental infarction and space occupying lesions. Clin Neurol

Neurosurg 7:198-211, 1974.

**BIBLIOGRAPHY (Cont'd)**

Tulleken, C.A.F., Meyer, J.S., Ott, E.O., Abraham, J., and Dodson, R.F.: Brain tissue pressure gradients in experimental infarction recorded by multiple wick-type transducers. In Lundberg, N., Ponten, U., and Brock, M. (Eds.): Intracranial Pressure II. Berlin, Heidelberg, New York: Springer Verlag, 1975, pp. 224-227.

Ott, E.O., Abraham, J., Meyer, J.S., Tulleken, C.A.F., Mathew, N.T., Achari, A.N., Aoyagi, M., and Dodson, R.F.: Regional cerebral blood flow measured by the gamma camera after direct injection of xenon $^{133}$ in the distal stump of the occluded middle cerebral artery. Stroke 6:376-381, 1975.

Dodson, R.F., Tagashira, Y., Kawamura, Y., and Chu, L.W-F.: Morphological; responses of cerebral tissue following temporary periods of ischemia. Canad J Neurol Sci, August:173-177, 1975.

Dodson, R.F., Tagashira, Y., and Chu, L.W-F.: The effects of Glycerolon cerebral ultrastructure following experimentally induced cerebral ischemia. J Neurol Sci 26:235-244, 1975.

Patten, B.M., Dodson R.F., Hefferan, P., and Howell, R.: Mitochondrial myopathy associated with abnormal lactate metabolism: Response to prednisone in three patients. Neurology 26:370, 1976 (abstract).

Dodson, R.F., Aoyagi, M., and Chu, L.W-F.: Ultrastructural changes in subacute cerebral infarction following MCA occlusion in baboon. Cytobios 13:97-108, 1975.

Dodson, R.F., Tagashira, Y., and Chu, L.W-F.: Acute ultra-structural changes in middle cerebral artery following mechanical injury and ischemia produced by surgical clamping. Canad J Neurol Sci 3:23-27, 1976.

Meyer, J.S., Welch, K.M.A., Titus, J.L., Suzuki, M., Kim, H.S. Perez, F.I., Mathew, N.T., Gedye, J.L., Hrastnik, R., Miyakawa, Y., Achar, V.S., and Dodson, R.F.: Neurotransmitter failure in cerebral infarction and dementia. Neurobiology of Aging, edited by Robert D. Terry and Samuel Gershon, pp. 121-138,1976.

Dodson, R.F., Tagashira, Y., and Chu, L.W-F.: Acute perictyic response to cerebral ischemia, J Neurol Sci 22:9-16. 1976.

Dodson, R.F., Patten, B.M., Hyman, B.H., and Chu, L.W-F: Mitochondrial abnormalities in progressive ophthalmoplegia. Cytobios 15:57-60, 1976.

Mathew, N.T., Myer, J.S., Achari, A.N., and Dodson, R.F.: Hyperlipidemic neuropathy and dementia. Europ Neurol

14:370-382, 1976.

**BIBLIOGRAPHY (Cont'd)**

Welch, K.M.A., Chabi, E., Dodson, R.F., Wang, T-P.F., Nell, J., and Bergin, B.: 4. The role of biogenic amines is the progression of cerebral ischemia and edema: Modification by p-Chlorophenylalanine, Methysergide, and Pentoxyfilline. In: Dynamics of Brain Edema: Pappius, H. M. and Feindel W. (Eds).: Berlin, Heidelberg, New York: Springer Verlag, 1976, pp. 193-202.

Hyman, B.H., Patten, B.M. and Dodson, R.F.: Mitochondrial abnormalities in progressive external ophthalmoplegia. Am J Ophthalmol March, 1977. p. 362.

Layman, D.L., Epstein, E.H., Jr., Dodson, R.F., and Titus, J.L.: Biosynthesis of type I and III collagens by cultured smooth muscle cells from human aorta. Proc Natl Acad Sci USA, February 1977, pp. 671-675.

Dodson, R.F., Miyakawa, Y., Chu, L.W-F., Ishihara, N., Naritomi, H., Hsu, M-C., and Deshmukh, V.D.: An ultrastructural assessment of an embolic method of producing cerebral ischemia. Stroke 8:33-341, 1977.

Dodson, R.F., Chu, L.W-F., Welch, K.M.A., and Achar, V.S.: Acute tissue response to cerebral ischemia in the gerbil. J Neurol Sci, 1977, 33:161-170.

Patten, B.M., Shabot, J.M., Alperin, J., and Dodson, R.F.: Hepatitis-associated lipid storage myopathy. Annals Int Med 8:417-421, 1977.

Ishihara, N., Naritomi, H., Meyer, J.S., Dodson, R.F., and Deshmukh, V.D.: Differences in the time course of regional cerebral hemodynamics of gray and white matter during experimental hypertension. J Neurol Sci 38:97-111, 1978.

Dodson, R.F., Chu, L.W-F., and Ishihara, N.: Cerebral tissue response to electrode implantation. Canad J Neurol Sci 5:443-446, 1978.

Dodson, R.F., Chu, L.W-F., and Tagashira, Y.: Cerebral tissue response to reserpine: a morphological study. Cytobios 23:33-43, 1979.

Dodson, R.F., Williams, M.G., Jr., Hurst, G.A. and Crisp, G.O.: Morphological definition of a case of 'usual' interstitial pneumonia. Cytobios 26:131-135, 1979

Dodson, R.F., William, M.G., Jr., and Hurst, G.A.: Early response of free airway cells to "amosite": A correlated study using the electron microscopy and energy dispersive X-ray analysis. Lung 157:143-154, 1980.

**BIBLIOGRAPHY (Cont'd)**

Dodson, R.F., Williams, M.G., Jr., and Hurst, G.A.: A comparison of ultrastructural characteristics of bronchoalveolar macrophages in perfused parenchyma with those obtained by a fixative or physiological saline lavage. Cytobios 27:107-111, 1980.

Spatz, M., Bembry, J., Dodson, R.F., Hervonen, H. and Murray, M.R.: Endothelial cell cultures derived from isolated cerebral microvessels. Brain Res 191:577-582, 1980.

Dodson, R.F., Williams, M.G., Jr., McLarty, J.W. and Hurst, G.A.: Particulate matter in the sputum from former asbestos workers: an ultrastructural study. Clin Res, December, 1980(abstract).

Dodson, R.F., Castillo, P., Hieger, L.R., and Williams, M.G., Jr.: Ultrastructural and energy dispersive analysis of inorganic inclusions in a muscle biopsy. Ultrastruc Pathol 2:365-372, 1981.

Williams, M.G., Dodson, R.F., Corn, C.J., and Hurst, G.A.: A procedure for the isolation of amosite asbestos and ferruginous bodies from lung tissue and sputum. J Toxicol Environ Health 10:627-638, 1982.

Akematsu, T., Dodson, R.F., Williams, M.G., Jr., and Hurst, G.A.: The short terms effects of volcanic ash on the small airways of the respiratory system. Environ Res 29:358-370, 1982.

Dodson, R.F., O'Sullivan, M.F., Williams, M.G., Jr., and Hurst, G.A.: Analysis of cores of ferruginous bodies from former asbestos workers. Environ Res 28:171-178, 1982.

Lawrence, E.C., McClung, H.W., Wilson, R.K., Key, M.M., Dodson, R.F., and Hurst, G.A.: Alteration of in vitro Immunoglobulin secretion by amosite asbestos. J Immuno 129:1931-1935,1982.

Dodson, R.F. Martin, R.R., O'Sullivan, M.F., and Hurst, G.A.: In vitro response of human pulmonary macrophages with volcanic ash: a morphological study. Expmtl Molec Pathol 37:406-412, 1982.

Martin, R.R., Lawrence, E.C., Greenberg, S.D., Mace, M.L. and Dodson, R.F.: Effects of cigarette smoking and asbestos on hemiluminescence by pulmonary alveolar macrophages. Clin Res 30:880-A, 1982.

Dodson, R.F., Greenberg, S.D., Williams, M.G., Corn, C. and Hurst, G.A.: Ferruginous body content from lung tissue of occupationally and non-occupationally exposed groups. Lab Invest 48:20-21A, 1983.

**BIBLIOGRAPHY (Cont'd)**

Lawrence, E.C., Fox, T.B., Hall, B.T., Putman, M., Greenberg, S.D. Mace, M.L., Dodson, R.F. and Martin, R.R.: Effects of amosite asbestos on human pulmonary alveolar macrophage functions. Am Rev Respir Dis 127:61, 1983.

Dodson, R.F., O'Sullivan, M.F., Corn, C.J., Ford, J.O., and Hurst, G.A.: The influence of inflation levels of the lung on the morphology of the visceral pleura. Cytobios 37:171-179, 1983.

Dodson, R.F., Williams, M.G., Jr., and Hurst, G.A.: Acute lung response to amosite asbestos: a morphological study. Environ Res 32:80-90, 1983.

Dodson, R.F., Williams, M.G., Jr., and Hurst, G.A.: Method for removing the ferruginous coating from asbestos bodies. J. Toxicol/Environ Health 11:959-966, 1983.

Spatz, M., Dodson, R.F., and Bembry, J.: Cerebral vascular muscle culture. I. Isolation, growth and morphological characterization. Brain Res 280:387-381, 1983.

Dodson, R.F., Williams, M.G., Jr., McLarty, J.W. and Hurst, G.A.: Asbestos bodies and particulate matter in sputum from former asbestos workers: an ultrastructural study. Acta Cytologica 27:635-640, 1983.

Dodson, R.F., Crisp, G.O., Albright, D.D., and Nicotra, B.: Rod myopathy with extensive systemic and respiratory muscular involvement. Ultra Pathol 5:129-133, 1983.

Ford, J.O., Dodson, R.F., and Williams, M.G.: An ultrastructural study of the blood/air barrier in the guinea pig. Tissue and Cell 16:53-63, 1984.

Dodson, R.F., Williams, M.G., O'Sullivan, M.F., and Hurst, G.A.: Core composition of ferruginous bodies from former asbestos workers. In: Gee, J.B.L., Morgan, W.K.C., Brooks, S.M. eds, Occupational Lung Disease. New York City: Raven Press, 1984:181-82.

Dodson, R.F., Greenberg, S.D., Williams, M.G., Corn, C.J., O'Sullivan, M.F., and Hurst, G.A.: Asbestos content in lungs of occupationally and nonoccupationally exposed individuals. JAMA 252:68-71, 1984.

Davis, M.L., Lewandowski, J., and Dodson, R.F.: Morphology and ultrastructure of the distal airway epithelium in the guinea pig. Anatomical Record 209:509-522, 1984.

Dodson, R.F., Akematsu, T.A., Williams, M.G., and Ford, J.O.: The influence of amosite asbestos exposure on lung permeability.

Environ Res 35:497-506, 1984.

**BIBLIOGRAPHY (Cont'd)**

Dodson, R.F., Williams, M.G., O'Sullivan, M.F., Corn, C.J., Greenberg, S.D, and Hurst, G.A.: A comparison of the ferruginous body and uncoated fiber content in the lungs of former asbestos workers. Am Rev Resp Dis 132:143-147, 1985.

Dodson, R.F. and Ford, J.O.: Early response of the visceral pleura following asbestos exposure: an ultrastructural study. J Toxicol Environ Health 15:673-686, 1985.

Dodson, R.F., O'Sullivan, M.F., Corn, C.J., Williams, M.G., Hurst, G.A.: Ferruginous body formation on a nonasbestos mineral. Arch Pathol Lab Med 109:849-852, 1985.

Davis, M.L. and Dodson, R.F.: A scanning electron microscopic study of the early response of lung tissue to amosite asbestos exposure. Cytobios 44:169-182, 1985.

Raimer, S.S., Sanchez, R.L., Hubler, W.R., and Dodson, R.F.: Colloid bands of the forearm: An unusual clinical presentation of solar elastosis. J Am Acad Dermatol 15:650-656, 1986.

Maeda, H., Ford, J., Williams, M.G. and Dodson, R.F.: An ultrastructural study of acute and long-term response to commercial diatomaceous earth. J Comp Pathol 96:307-317, 1986.

Kennedy, T.P., Dodson, R., Rawlings, W., and Hoidal, J.R.: Kaolin catalyzes hydroxyl radical generation from hydrogen peroxide. Clin Res 35: -45A, 1987.

Corn, C.J., Williams, M.G., Dodson, R.F.: An electron microscopic analysis of residual amosite asbestos remaining in preparative vials following bleach digestion. J Electron Micros Techniques 6:1-6, 1987.

O'Sullivan, M.F., Corn, C.J., Dodson, R.F.: Comparative efficiency of nuclepore filters of various pore sizes as used in digestion studies of tissue. Environ Res 43:97-103, 1987.

Kempski, O., Villacara, A., Spatz, M., Dodson, R.F., Corn, C., Merkel, N. and Bembry, J.: Cerebromicrovascular endothelial permeability: In vitro studies. Acta Neuropathol 74:329-334, 1987.

Ford, J.O., Davis, M.L., Zinkgraf, S.A., Dodson, R.F.: The Use of a Semiautomatic Image Analyzer in Directly Determining Mean of linear Intercept. Cytobios 53:107-112, 1988.

Dodson, R.F., Hurst, G.A., Williams, M.G., Corn, C., and Greenberg, S.D.: Comparison of light and electron microscopy for defining occupational asbestos exposure in transbronchial

lung biopsies. Chest 94:366-370, 1988.

**BIBLIOGRAPHY (Cont'd)**

Garcia, J.G.N., Gray, L.D., Dodson, R.F., and Callahan, K.S.: Asbestos-induced endothelial cell activation and injury demonstration of fiber phagocytosis and oxidant-dependent toxicity. Am Rev Respir Dis 138:958-964, 1988.

Dodson, R.F. Williams, M.G., Corn, C.J. and Rankin, T.L.: A comparison of asbestos burden in nonurban patients with and without lung cancer. Cytobios 56:7-15, 1988.

Garcia, J.G.N., Gray, L.D., Dodson, R.F., and Callahan, K.S.: Asbestos-induced endothelial cell activation and injury. Am Rev Resp Dis 138:958-964, 1988.

Dodson, R.F.: Health effects of manmade mineral fibers--questions remain. Council Currents 2:4, 1989.

Garcia, J.G.N., Dodson, R.F., Callahan, K.S.: Effect of environmental particulates on cultured human and bovine endothelium: cellular injury via an oxidant-dependent pathway. Lab Invest 61:53-61, 1989.

Dodson, R.F., Williams, M.G., Corn, C.J., Idell, S., and McLarty, J.W.: Usefulness of combined light and electron microscopy evaluation of sputum samples for asbestos to determine past occupational exposure. Mod Pathol 2:320-322, 1989.

Villacara, A., Spatz, M., Dodson, R.F., Corn, C., and Bembry, J. Effect of arachidonic acid on cultured cerebromicrovascular endothelium: permeability, lipid peroxidation and membrane "fluidity." Acta Neuropathol. 78:310-316, 1989.

Kennedy, T.P., Dodson, R., Rao, N.V., Ky, H., Hopkins, C., Baser, M., Tolley, E. and Hoidal, J.R.: Dusts causing pneumoconiosis generate OH and produce hemolysis by acting as Fenton catalysts. Arch Biochem Biophys 269:359-364, 1989.

Nugent, K.M., Dodson, R.F., Idell, S., and Devillier, J.R.: The utility of bronchoalveolar lavage and transbronchial lung biopsy combined with energy dispersive x-ray analysis in the diagnosis of silicosis. Am Rev Resp Dis 140:1438-41, 1989.

Baser, M., Kennedy, T.P., Dodson, R.F., Rawlings, W., Rao, N.V., and Hoidal, J.R.: Differences in lung function and prevalence of pneumoconiosis between two kaolin plants. Br J Ind Med.46:773-6, 1989.

Garcia, J.G.N., Dodson, R.F., and Callahan, K.S.: Effect of environmental particulates on cultured human and bovine endothelium. Lab Invest 61:53-61, 1989.

Kronenberg, R.S., Dodson, R.F. and Levin, J.L.: Asbestos health issues in the nineties. Mealey's Litigation Reports, 43:52,

May 4, 1990.

**BIBLIOGRAPHY (Cont'd)**

Dodson, R.F. and Callahan, K.S.: Cellular mechanisms of asbestos toxicity. Res Resources Reporter 7:6-8, 1990.

Levin, J.L., Kronenberg, R.S. and Dodson, R.F.: Asbestos in place may present immeasurable risks in buildings. Occupa Health Saf, 59:23-24, 1990.

Baser, M., Kennedy, T.P., Dodson, R.F., Rawlings, W., Rao, N.V., and Hoidal, J.R.: Hydroxyl radical generating activity of hydrous but not calcined kaolin is prevented by surface modification with dipalmitoyl lecithin. J Toxicol Environ Health 29:99-108, 1990.

Dodson, R.F., Williams, M.G., Corn, C.J., Brollo, A. and Bianchi, C.: Asbestos content of lung tissue, lymph nodes and pleural plaques from former shipyard workers. Am Rev Respir Dis 142:843-7, 1990.

Dodson, R.F., Levin, J.L. and Kronenberg, R.S.: Asbestos: Major health threat or exaggerated issue? FORUM 5:67-75, 1990.

Nugent, K., Perrotta, D., Dodson, R.F., Idell, S., and DeVillier, J.: A cluster of silicosis in sandblasters. Am Rev Respir Dis 142:1466, 1990.

Dodson, R.F., Garcia, J.G.N., O'Sullivan, M., Corn, C., Levin, J.L., Griffith, D.E., and Kronenberg, R.S.: The usefulness of bronchoalveolar lavage in identifying past occupational exposure to asbestos: A light and electron microscopy study. Am J Ind Med 19:619-28, 1991.

Kronenberg, R.S., Levin, J.L., Dodson, R.F., Garcia, J.G.N., Griffith, D.E.: Asbestos-related disease in employees of a steel mill and a glass bottle manufacturing plant. Toxicol Ind Health 7:73-79, 1991.

Dodson, R.F., and Ford, J.O.: Tissue reaction following a second exposure to amosite asbestos. Cytobios 68:53-62, 1991.

Dodson, R.F., Williams, M.G., Corn, C.J., Brollo, A. and Bianchi, C.: A comparison of asbestos burden in lung parenchyma, lymph nodes, and plaques. Ann NY Acad Sci 643:53-60, 1991.

Kronenberg, R.S., Levin, J.L., Dodson, R.F., Garcia, J.G.N., and Griffith, D.E.: Asbestos-related disease in employees of a steel mill and a glass bottle manufacturing plant. Ann NY Acad Sci 643:397-403, 1991.

Haque, A.K., Kanz, M.F., Mancuso, M.G., Williams, M.G. and Dodson, R.F.: Asbestos in the lungs of children. Ann NY Acad Sci 643:419-429, 1991.

**BIBLIOGRAPHY (Cont'd)**

Levin, J.L., Stocks, J.M., Shepherd, J.R., Fagan, M.F., Dodson, R.F.: Asbestos exposures: known and under recognized sources. Am J Ind Med, Letter to the Editor, 22:607-608, 1992.

Haque, A.K., Mancuso, M.G., Williams, M.G., and Dodson, R.F.: Asbestos in organs and placenta of five stillborn infants suggests transplacental transfer. Environ Res 58:163-175, 1992.

Griffith, D.E., Garcia, J.G.N., Dodson, R.F., Levin, J., Kronenberg, R.S.: Airflow obstruction in nonsmoking asbestos and mixed dust exposed workers. Lung 171:213-224, 1993.

Dodson, R.F., O'Sullivan, M., and Corn, C.: Technique dependent variations in asbestos burden as illustrated in a case of nonoccupational exposed mesothelioma. Am J Ind Med 24:235-240, 1993.

Dodson, R.F., O'Sullivan, M., Corn, C.J., Garcia, J.G.N., Stocks, J.M., and Griffith, D.E.: Analysis of ferruginous bodies in bronchoalveolar lavage from foundry workers. Br J Ind Med 50:1032-1038, 1993.

Lund, L.G., Williams, M.G., Dodson, R.F., and Aust, A.E.: Iron associated with asbestos bodies is responsible for the formation of single-strand breaks in $\phi$X174 RFI DNA. Occup Environ Med 51:200-204, 1994.

Fraire, A.E., Greenberg, S.D., Spjut, H.J., Roggli, V.L., Dodson, R., Cartwright, J., Williams, G., and Baker, S.: Effect of fibrous glass upon rat pleural mesothelium histopathologic observations. Am J Respir Crit Care Med, 150:521-527, 1994.

Dodson, R.F., O'Sullivan, M., Corn, C.J., and Hammar, S.P.: A quantitative comparison of asbestos and talc bodies in an individual with mixed exposure. Am J Ind Med 27:207-215, 1995.

Levin, J.L., O'Sullivan, M.F., Corn, C.J., and Dodson, R.F.: An individual with a majority of ferruginous bodies formed on chrysotile cores. Arch Environ Health 50:462-465, 1995.

Levin, J.L., Frank, A.L., Williams, M.G., McConnell, W., Suzuki, Y., and Dodson, R.F.: Kaolinosis in a cotton mill worker. Am J Ind Med 29:215-221, 1996.

Dodson, R.F., O'Sullivan, M., and Corn, C.J.: Relationships between ferruginous bodies and uncoated asbestos fibers in lung tissue. Arch Environ Health 51:462-466, 1996.

**BIBLIOGRAPHY (Cont'd)**

Crossman, R.N., Williams, M.G., Lauderdale, J., Schosek, K., and Dodson, R.F.: Quantification of fiber releases for various floor tile removal methods. Appl Occup Environ Hyg 11:1113-1124, 1996.

Fraire, A.E., Greenberg, S.D., Spjut, H.J., Dodson, R.F., Williams, G., Lach-Pasko, E., and Roggli, V.L.: Effect of erionite on the pleural mesothelium of the fischer 344 rat. Chest 111:1375-1380, 1997.

Frank, A.L., Dodson, R.F. and Williams, M.G.: Lack of tremolite in UICC reference chrysotile and the implications for carcinogenicity. Ann Occup Hyg 41:287-292, 1997.

Dodson, R.F., O'Sullivan, M., Corn, C.J., McLarty, J.W., and Hammar, S.P.: Analysis of asbestos fiber burden in lung tissue from mesothelioma patients. Ultrastruct Pathol 21:321-336, 1997.

Frank, A.L., Dodson, R.F., and Williams, M.G.: Carcinogenic implications of the lack of tremolite in UICC reference chrysotile. Am J Ind Med 34:314-17, 1998.

Frank, A.L. and Dodson, R.F. Laboratory assessment of fibers. Eur J Oncol 3:339-341, 1998.

Dodson, R.F., Huang, J., Williams, M.G., Bruce, J.R. and Hammar, S.P.: Lack of asbestos contamination of paraffin. Arch Pathol Lab Med 122:1103-1106, 1998.

Dodson, R.F., Williams, M.G., Huang, J. and Bruce, J.R.: Tissue burden of asbestos in nonoccupationally exposed individuals from East Texas. Am J Ind Med 35:281-286, 1999.

Atkinson, M.A.L. and Dodson, R.F.: The role of research in environmental science and health. Texas Medicine 1999.

Levin, J.L., O'Sullivan, M.F., Corn, C.J., Williams, M.G. and Dodson, R.F.: Asbestos-related disease in a clutch refabricator. Occup Enviro Med 56:602-605,1999.

Dodson, R.F., O'Sullivan, M.F., Huang, J., Holiday, D.B., and Hammar, S.P. Asbestos in extrapulmonary sites-omentum and mesentery. Chest 117:486-493, 2000.

Dodson, R.F., Huang, J., and Bruce, J.R. Asbestos content in the lymph nodes of nonoccupationally exposed individuals. Am J Ind Med 37:169-174, 2000.

Shen, Z., Bobach, D., Hochella, M.F., Bish, D.L., Williams, M.G., Dodson, R.F.: Using *in vitro* iron deposition on asbestos to model asbestos body formation in human lung. Chem Res Tox, 13:913-921, 2000.

**BIBLIOGRAPHY (Cont'd)**

Dodson, R.F., Levin, J.L. An unusual case of mixed dust pneumoconiosis including exposure to a "Non-Commercial" asbestos. Env Hlth Perspectives, 109:199-203, 2001.

Rom, W.N., Hammar, S.H., Rusch, V., Dodson, R.F., and Hoffman, S. Malignant mesothelioma from neighborhood exposure to anthophyllite asbestos. Am J Ind Med, 40:211-214, 2001.

Dodson, R.F., Williams, M.G., and Fraire, A.E.: An assessment of Asbestos body formation in Extrapulmonary sites. Toxicol Ind Health, 17:1-6, 2001.

Dodson, R.F. Asbestos: Historical Insight-Future Concerns. Recent Advances and Research Updates, 2:149-160, 2001.

Dodson, R.F., O'Sullivan, M.F., Brooks, D.R and Bruce, J.R.: Asbestos content of omentum and mesentery in nonoccupationally exposed individuals. Toxicol Ind Health, 17:138-143, 2001.

Dodson, R.F., Williams, M.G., and Satterley, J.D.: Asbestos Burden in Two Cases of Mesothelioma where the Work History included Manufacturing of Cigarette Filters. Journal of Toxicology and Environmental Health, 65:1109-1120, 2002.

Dodson, R.F., O'Sullivan, M.F., Brooks, D.R., and Hammar, S.P.: Quantitative analysis of asbestos burden in women with Mesothelioma. American Journal of Industrial Medicine, 43:188-195, 2003.

Levin, J.L., O'Sullivan, M.F., Dodson, R.F.: Environmental Sample Correlation with Clinical and Historical Data in a Friction Product Exposure. Inhalation Toxicology, 15:639-647, 2003.

Dodson, R.F.; O'Sullivan, M.F.; Brooks, D.R.; and Levin, J.L.: The Sensitivity of Lavage Analysis by Light and Analytical Electron Microscopy in Correlating the Types of Asbestos from a Known Exposure Setting. Inhalation Toxicology, 15:461-471, 2003.

Dodson, R.F.; Atkinson, M.A.L.; Levin, J.L.: Asbestos Fiber Length as Related to Potential Pathogenicity: A Critical Review. American Journal of Industrial Medicine, 44:291-297, 2003.

Hammar, Samuel P.; Williams, M. Glenn and Dodson, Ronald F.: Pulmonary Granulomatous Vasculitis Induced by Insoluble Particulates: A Case Report. Ultrastructural Pathology, 27:439-449, 2003.

Dodson, Ronald F.; O'Sullivan, Michael; Hammar, Samuel P.: Quality Control Analysis of the Potential for Asbestos Contamination during Tissue Processing in Pathology Laboratories. Archives of Pathology & Laboratory Medicine, 128:781-784,

2004.

**BIBLIOGRAPHY (Cont'd)**

Dodson, Ronald F.; Brooks, Dwaina; O'Sullivan, Michael; Hammar, Samuel P.: Quantitative Analysis of Asbestos Burden in a Series of Individuals with Lung Cancer and a History of Exposure to Asbestos. Inhalation Toxicology, 16:637-647, 2004.

Atkinson, Mark A.L.; O'Sullivan, Michael; Zuber, Sylvia; Dodson, Ronald F.: An Evaluation of the Size and Type of Free Particulates Collected from New Asbestos Containing Brake Components as Related to Potential for Respirability. American Journal of Industrial Medicine,46:545-553, 2004.

Levin, J.L., Dodson, R.F.: The Importance of the Exposure History for ET Medicine. East Texas Medicine, 2004.

Dodson, R.F.; Graef, Russell; Shepherd, Sara; O'Sullivan, Michael; Levin, Jeffrey: Asbestos Burden in Cases of Mesothelioma from Individuals from Various Regions of the United States. Ultrastructural Pathology, 29: 415-433,2005.

Dodson, R.F.; Atkinson, M.A.L., O'Sullivan M.; Stability of Ferruginous Bodies in Human Lung Tissue Following Death, Embalmment, and Burial. Inhalation Toxicology, 17: 789-795, 2005.

Atkinson, M.A.L.; Dodson, R.F., Response to Letter from Paustenbach et al. American Journal of Industrial Medicine, 49:62-64, 2006.

Dodson, Ronald F. and Hammar, S.P. Pleural Mesothelioma in a Woman Whose Documented Past Exposure to Asbestos was from Smoking Asbestos-Containing Filtered Cigarettes: The Comparative Value of Analytical Transmission Electron Microscopic Analysis of Lung and Lymph-Node Tissue. Inhalation Toxicology, 18:679-684, 2006.

Dodson, Ronald F. Atkinson, Mark A.L.: Measurements of Asbestos Burden in Tissue. Annals: New York Academy of Sciences. Living in Chemical World-Framing the Future in Light of the Past; Annals of the New York Academy of Sciences, 1076: 281-291, 2006.

Dodson RF, Shepherd S, Levin J, Hammar SP, Characteristics of the Asbestos Concentration in the Lung as Compared to Asbestos Concentration in Various Levels of Lymph Nodes that Collect Drainage from the Lung. Ultrastructural Pathology, 31:95-133, 2007.

Dodson RF, Hammar SP, Poye LW, A Technical Comparison of Evaluating Asbestos Concentration by Phase-Contrast Microscopy (PCM), Scanning Electron Microscopy (SEM), and Analytical Transmission Electron Microscopy (ATEM) as Illustrated from Data Generated from a Case Report. Inhalation Toxicology,

20:723-732, 2008.

Dodson RF, Hammar SP, Poye LW, Response to Letter to the Editor. Inhalation Toxicology, 20:1115-1117, 2008.

Aust AE, Cook PM, Dodson RF, Morphology and Chemical Mechanisms of Elongated Mineral Particle Toxicities, Journal of Toxicology and Environmental Health, Part B, 14: 1, 40-75, 2011.

Dodson R, Hammar SP, Poye LW, Mesothelioma in an Individual Following Exposure to Crocidolite-containing Gaskets as a Teenager, International Journal of Occupational Environmental Health, 17: 190-194, 2011.

Carbone M, Ly BH, Dodson RF, Pagano I, Morris PT, Dogan UA, Gazdar AF, Pass HI, Yang H, Malignant Mesothelioma: Facts, Myths and Hypotheses-Review Article; Journal of Cellular Physiology, 227: 44-58, 2012.

Dodson RF, Levin JL. Asbestos and Other Elongated Mineral Particles: Health-Related Issues. *In* Encyclopedia of Environmental Management. Taylor and Francis: New York, Published online: 21 Nov 2013; 1-11.

Dodson RF, Mark EJ, Poye LW, Biodurability/Retention of Libby Amphibole in a Case of Mesothelioma; Journal of Ultrastructural Pathology, 38:1, 45-51, 2014.

Dodson RF, Hammar SP. Analysis of Asbestos Concentration in 20 Cases of Pseudomesotheliomatous Lung Cancer; Ultrastructural Pathology, Early Online, 1–10, 2014. Informa Healthcare USA, Inc. ISSN: 0191-3123 print/1521-0758 online, DOI: 10.3109/01913123.2014.906525.

Hammar SP, Dodson RF. Pseudomesotheliomatous lung carcinoma: a Pathological assessment of selected cases including work history and the presence of biomarkers suggesting it is a cancer caused by asbestos. Pathological Discovery. 2015; 3:6. Http://dx.doi.org/10.7243/2052-7896-3-6 August 25, 2015.

Dodson RF. Preface: Respirable elongated mineral particles and Human Health-Revisited. 2016: Journal of Toxicology and Environmental Health, Part B. Volume 19, pp.149-150.

Black B, Dodson RF, Bruce JR, Poye LW, Henschke C, Loewen G. A Clinical assessment and lung tissue burden from an individual who worked as a Libby vermiculite miner; Inhalation Toxicology, 29:9, 404-413, 2017.

Dodson RF, Poye LW. Tissue burden evaluation of elongated mineral particles in two individuals with mesothelioma and whose work history included manufacturing tile: Ultrastructural Pathology; Vol. 44, No 1, 17-31: 2020

Dodson RF, Black B, Poye LW, Bruce JR, McNew T. A clinical evaluation and tissue fiber burden analysis of a lifetime resident of Libby, Montana with adenocarcinoma of the lung: American J. Industrial Medicine. Vol. 63; 456-462: 2020.

Dodson RF, Moline J, Salinas CD, Poye LW. Elongated particle burden in an individual who died of mesothelioma and had an occupational history as a talc “mucker”: Inhalation Toxicology; Vol. 36, Issue 3, pp. 205-216: 2024.

Chornkrathok S, Carbone M, Yang H, Rouf M, Dodson RF, Dera P. Mineral investigation of asbestos contamination of soil near old vermiculite processing plant in Honolulu, Hawaii: Environmental Pollution; Vol. 356, September 2024.

**Chapters in Books:**

Dodson, R.F.: The analysis and meaning of asbestos burden in lung tissue and fluids. In Peters, G.A. and Peters, B.J. (Eds): *Asbestos Medical Research*. New York and London: Garland Law Publishing, 1989, pp. 191-229, vol. 4.

Hurst, G.A., Dodson, R.F., Griffith, D.E., and McLarty, J.W.: High risk asbestos workers groups: selected review with emphasis on the Tyler Asbestos Workers' Program. In Peters, G.A. and Peters, B.J. (Eds): *Asbestos Medical Research*. New York and London: Garland Law Publishing, 1989, pp. 353-393, vol. 4.

Dodson, R.F.: Analysis and meaning of asbestos burden in lung tissue and fluids. In Peters, G.A. and Peters, B.J. (Eds): *Asbestos Disease Update*. New York and London: Garland Law Publishing, 1989, pp. 35-71.

Dodson, R. F. Analysis and meaning of asbestos burden in lung tissue and fluids. In Peters, G.A. and Peters, B.J. (Eds): *Sourcebook on Asbestos Diseases*. New York and London: Garland Law Publishing, 1989, pp. 35-71.

Dodson, R.F., Williams, M.G., Corn, C.J., Brollo, A. and Bianchi, C.: Non-asbestos fiber burden in individuals exposed to asbestos. In *Mechanisms in fibre carcinogenisis*. Brown, R.C., Hoskins, J.A. and Johnson, N.F., Plenum Press, 1991, pp. 29-37.

Hammar, S.P. and Dodson, R.F.: Asbestos. In *Pulmonary Pathology.* Dail, D.H. and Hammar, S.P., Vol.2 Springer-Verlag, 1994, pp. 901-983.

Atkinson, M.A.L. and Dodson, R.F.: Cell biology and the mechanisms of pathogenicity of asbestos. In Peters, G.A. and Peters, B.J. (Eds): *Asbestos Pathogenesis and Litigation.* Kent, England: Butterworth, 1996, Vol. 13, pp. 3-71.

Frank, A.L., Dodson, R.F., and Williams, M.G.: Lack of tremolite in UICC reference chrysotile and the implicating for

carcinogenicity. In Cherry, N. and Ogden, T. (Eds): *Inhaled Particles VIII.* Oxford, England: Pergamon, 1997, pp. 413-414.

Dodson, R.F.: Asbestos tissue burden of the general population. Peters, G.A. and Peters, B.J. (Eds): *Asbestos Medical Research*. New York and London: Garland Law Publishing, 1999.

Dodson, R.F. and Levin, J.L.: An Unusual Case of Mixed-Dust Exposure Involving a "Noncommercial" Asbestos. In Hu, H. (Ed): *Grand Rounds in Environmental Medicine Cases from an Emerging Discipline.* Environmental Health Perspectives Publishing; NIH Publication, 2003, pp. 60-64.

Dodson, R.F.: Analysis and Relevance of Asbestos Burden in Tissue. In: Dodson, R.F. and Hammar, S.P. (Ed): Asbestos-Risk Assessment, Epidemiology, and Health Effects; Boca Raton, Fl.: Taylor and Francis Publishing, 2006.

Hammar, S.P. and Dodson, R.F.: Asbestos. In Dail and Hammar's Pulmonary Pathology, Vol.3 Editor-Tomashefski, JF. Springer-Verlag, 2008, pp. 950-1031.

Hammar, SP, Henderson, DW, Klebe, S and Dodson, RF: Neoplasms of the Pleura. In Dail and Hammar's Pulmonary Pathology, Vol.3 Editor-Tomashefski, JF. Springer-Verlag, 2008, pp 558-734.

Dodson, R.F.: Analysis and Relevance of Asbestos Burden in Tissue. In: Dodson, R.F. and Hammar, S.P. (Ed): Asbestos-Risk Assessment, Epidemiology, and Health Effects, Second Edition; Boca Raton, Fl.: Taylor and Francis Publishing, 2011.

Lemen, R.A., Dodson R.F.: Asbestos-Patty's Industrial Hygiene and Toxicology, Chapter 83. Sixth Edition, Vol. 5, Eds: Eula Bingham and Barbara Cohrssen. John Wiley & Sons, Inc. 2012.

Dodson, R.F., Levin J.L., Rountree PP: Chapter 1-Health Effects, First Edition: In: Thomas G. Laubenthal-Editor-in-Chief: "Managing Asbestos in Buildings: A Guide for Owners and Managers-A Revision to the United States Environmental Protection Agency's 1985 document "Guidance for Controlling Asbestos-Containing Materials in Buildings" (EPA 560/85-024) Known as the Purple Book; Published by the Environmental Information Association, Inc. First Edition, March 2015.

Dodson, R.F.: Analysis and Relevance of Asbestos Burden in Tissue. In: Carbone M, Dodson RF, Pass H, Yang H (Eds): Asbestos-Risk Assessment, Epidemiology, and Health Effects, Third Edition; Boca Raton, Fl.: Taylor and Francis Publishing, 2025.

**Books:**

"Asbestos: Risk Assessment, Epidemiology, and Health Effects"- Edited by Ronald F. Dodson, Ph.D. and Samuel P. Hammar, M.D. CRC Press, 2006

"Asbestos: Risk Assessment, Epidemiology, and Health Effects"- Edited by Ronald F. Dodson, Ph.D. and Samuel P. Hammar, M.D., Second Edition, CRC Press, 2011

"Managing Asbestos in Buildings: A Guide for Owners and Managers-A Revision to the United States Environmental Protection Agency's 1985 document "Guidance for Controlling Asbestos-Containing Materials in Buildings" (EPA 560/85-024) Known as the Purple Book-Steering Committee: Canna K, Cavness B, Dodson RF, Ewing WM, Hays SM, Hogue DW, Kahane D, Kynock JB, Laubenthal TG, Millette JR, Oberta AF, Schrum MW, Webber JS: Thomas G. Laubenthal, Editor-in-Chief, First Edition March,2015.

Respirable Elongated Mineral Particles and Human Health-Revisited-Special Edition Editor-Ronald F. Dodson, Ph.D. Journal of Toxicology and Environmental Health, Part B: Critical Reviews, Volume 19, 2016.

"Asbestos: Risk Assessment, Epidemiology, and Health Effects"- Edited by Michele Carbone, Ronald F. Dodson, Harvey Pass, Haining Yang- Third Edition, CRC Press, 2025

# Exhibit 2

ERI ANALYTICAL

P. O. Box 2024, Tyler, Texas 75710
2026 Republic Drive, Suite A, Tyler, Texas 75701
Ph: (903) 534-5001 Fax: (903) 534-8701
www.ericonsulting.com

June 10, 2024

Mr. Joseph D. Satterley, Esq.
Kazan, McClain, Satterley and Greenwood, PLC
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607

Re: File No: ERI AS # 231278 A,B&C- Jack LaSalle Case
Supplemental Report: June 10, 2024 (A,B,C - Non-fibrous particle evaluation)

Dear Mr. Satterley:

I am submitting our supplemental reports regarding the tissue digestion study in the case of Jack LaSalle-Samples A,B,C Non-fibrous particle evaluation). Also attached is an invoice in the amount of $14,000 for laboratory services from ERI Analytical in this case. If you have any questions regarding either document, please feel free to contact me.

Sincerely yours,

Ronald F. Dodson, Ph.D.
President: Dodson Environmental Consulting, LLC
Senior Consultant: ERI Consulting, Inc.

ERI ANALYTICAL
P. O. Box 2024, Tyler, Texas 75710
2026 Republic Drive, Suite A, Tyler, Texas 75701
Ph: (903) 534-5001 Fax: (903) 534-8701
www.ericonsulting.com

**Supplemental Report: June 5, 2024 (231278 d1 F2-Grids A,B,C,D,E)**
**Supplemental Report: June 5, 2024 (231278 d1 F1- Grids D & E)**
**Supplemental Report: June 10, 2024 (231278 d1 F1-A,B,C Uncoated Particles)**

Date: May 13, 2024

File No: ERI AS # 231278 A, B & C

Case Name-Jack LaSalle

Specimen: A package containing pathology materials in the case of Jack LaSalle was received on December 12, 2023. The materials were sent by:

Mr. Michael Reid
Kazan, McClain, Satterley & Greenwood
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607

Inside the box were two blocks (S22-106907SP A1 LUBX; S22-090899 SP A1 NGBF) and fourteen slides (S22-090899 A1-1; S22-106907 A1, A1-14 A-1, A1-1, A1-8, A1-9, A1-10, A1-11, A1-12, A1-13, A1-15, A1-16, A1-17). On February 9, 2024 additional materials in the case were received from the Schroeter, Goldmark & Bender Firm: sent by Incyte Diagnostics on the behalf of Kazan, McClain, Satterley & Greenwood. These consisted of two slides (BN-22-00052 A, A1) and one block of tissue (BN-22-00052 A1).

On April 25, 2024 a box of wet tissue in the LaSalle case was received from Lindsey Harle, M.D. on behalf of the Kazan, McClain, Satterley & Greenwood firm. The box contained two bags of wet tissue. The bags were labeled as:

| | |
|---|---|
| LaSalle | LaSalle |
| L Lung | R Lung |
| 24-401 | 24-401 |

A communication dated April 25, 2024 from Mr. Joe Satterley indicated that the wet tissue was being submitted by Dr. Harle and requested that a digestion procedure be conducted on the tissue in order to determine the ferruginous body, fiber and particle content of the samples.

Twelve pieces of tissue were dissected from the left lung. The twelve pieces of left lung tissue were designated as ERI A.S. # 231278A. The digest pool from the pieces of left lung tissue (ERI A.S. No. 231278A) contained 1.6709 gms. wet weight of tissue.

# ERI Analytical

Twelve pieces of right lung were dissected for evaluation. The twelve pieces of right lung tissue were designated as ERI A.S. # 231278B. The digest pool from the pieces of right lung tissue (ERI A.S. No. 231278B) contained 1.2633 gms. wet weight of tissue.

There were seven pieces of peribronchial lymph tissue dissected for evaluation (three from the left lung and four from the right lung). The seven pieces of lymph tissue were designated as ERI A.S. # 231278C. The digest pool from the pieces of lymph tissue (ERI A.S. No. 231278C) contained 0.4798 gms. wet weight of tissue.

Wet tissue was sent by: See above.

Date received: See previous information on subject.

Date analyzed: May 1, 2024 (Light Microscopy for Ferruginous Bodies-
Samples A, B & C -RFD)
May 10, 2024 (A Sample-ATEM by J3 Resources /Eurofins)
May 10, 2024 (B Sample-ATEM by J3 Resources /Eurofins)
May 10, 2024 (C Sample-ATEM by J3 Resources/Eurofins)
**Supplemental Report Grids 231278 d1 F1 D&E**
May 31, 2024-Sample **231278A d1 F1 D&E** (ATEM-Eurofins/J3 Resources)
June 3, 2024-Sample **231278B d1 F1 D&E** (ATEM-Eurofins/J3 Resources)
June 3, 2024-Sample **231278C d1 F1 D&E** (ATEM-Eurofins/J3 Resources)
**Supplemental Report Grids 231278 d1 F2 A,B,C,D,E**
May 31, 2024-Sample **231278A d1 F2 Grids A,B,C,D&E** (ATEM-Eurofins/J3 Resources)
June 3, 2024-Sample **231278B d1 F2 Grids A,B,C,D&E** (ATEM-Eurofins/J3 Resources)
June 4, 2024-Sample **231278C d1 F2 Grids A,B,C,D&E** (ATEM-Eurofins/J3 Resources)
**Supplemental Report 231278A,B,C d1 F1 Uncoated Particles**
June 6, 2024-Sample 231278A d1 F1 Uncoated Particles (ATEM-Eurofins/J3 Resources)
June 7, 2024-Sample 231278B d1 F1 Uncoated Particles (ATEM-Eurofins/J3 Resources)
June 5, 2024-Sample 231278C d1 F1 Uncoated Particles (ATEM-Eurofins/J3 Resources)

Morphology of Specimen: Authorization from Mr. Joseph D. Satterley of the Kazan, McClain, Satterley & Greenwood Law Firm for destructive testing of wet tissue was received in the case of Jack LaSalle (ERI A.S. # 231278 A, B & C). The process of analysis of the tissue would permit determination of the numbers of ferruginous bodies (FB), uncoated fibers and types of particles in the respective samples.

# ERI Analytical

Light Microscopy: For this evaluation one fourth of the mixed cellulose ester filter from the representative samples of A, B & C was mounted on glass slides, cleared (made transparent) using acetone vapor and then scanned by light microscopy at 100-400x in an AO light microscope for the presence of ferruginous bodies.

Filter 231278A d1 F4 representing the digested samples from the left lung was scanned by light microscopy and represented by 0.19658 gm. wet (0.0198 gm. dry) weight sample of the respective pool. There were no classical ferruginous bodies found in the area scanned. The detection limit for this sample was 20 FB's/gm. wet (202 FB's/gm. dry) weight of tissue.

Filter 231278B d1 F4 representing the digested samples from the right lung was scanned by light microscopy and represented by 0.19435gm. wet (0.02414 gm. dry) weight sample of the respective pool. There were no classical ferruginous bodies found in the area scanned. The detection limit for this sample was 20.6 FB's/gm. wet (166 FB's/gm. dry) weight of tissue.

Filter 231278C d1 F4 representing the digested samples from the peribronchial lymph tissue was scanned by light microscopy and represented by 0.19192 gm. wet (0.03262 gm. dry) weight sample of the respective pool. There were no classical ferruginous bodies found in the area scanned. The detection limit for this sample was 20.8 FB's/gm. wet (123 FB's/gm. dry) weight of tissue.

ATEM Morphology: For electron microscopy analysis a strip was cut from the carbon coated polycarbonate filter representing each of the areas sampled. These strips were mounted on 100 mesh copper grids and the filter matrix dissolved by the use of chloroform. This resulted in the production of a carbon extraction replica containing the entrapped fibers and other particulates. Scans were made at 15,000x with counts and analysis including all fibers greater than or equal to 0.5 μm in length and with an aspect ratio of greater than 5:1. The cores of any ferruginous bodies found in the count areas were analyzed. An additional area was scanned at 2,000x for the presence of ferruginous bodies. If any ferruginous bodies were found the core material was analyzed. Any fibers >3μm found in the area scanned at 2000x were analyzed as to composition.

Filter 231278A d1 F1 represented a 0.07863 gm. wet weight (0.00792 gm. dry weight) aliquot of the digestate from the left lung sample. An area of the prepared grids from this sample consisting of 1.236 $mm^2$ was scanned at 15,000x. There were no asbestos fibers found in the area scanned at 15,000x. There were no ferruginous bodies found in the area scanned at 15,000x. The limit of detection in the scan at 15,000x was 3961.3 fibers/gm. wet (39,325.8 fibers/gm. dry) weight of tissue. An additional scan at 2,000x was carried out on sixty additional grid squares on three grids for the presence of ferruginous bodies. There were no ferruginous bodies found in the area scanned at 2,000x. There was one chrysotile asbestos fiber (>3μm) found in the area scanned at 2,000x. There was a randomly selected non-fibrous talc particle, one non-fibrous AlSi particle and one non-fibrous titanium particle in the area scanned at 2,000x.

# ERI Analytical

Filter 231278B d1 F1 represented a 0.07774 gm. wet weight (0.00966 gm. dry weight) aliquot of the digestate from the right lung sample. An area of the prepared grids from this sample consisting of 1.236 $mm^2$ was scanned at 15,000x. There were no asbestos fibers found in the area scanned at 15,000x. There were no ferruginous bodies found in the area scanned at 15,000x. The limit of detection in the scan at 15,000x was 4,006.7 fibers/gm. wet (32,244.6 fibers/gm. dry) weight of tissue. An additional scan at 2,000x was carried out on sixty additional grid squares on three grids for the presence of ferruginous bodies. There were no ferruginous bodies found in the area scanned at 2,000x. There were no fibers (>3μm) found in the area scanned at 2,000x. The were two non-fibrous AlSi particles, one non-fibrous titanium particle, one non-fibrous silica particle and one non-fibrous talc particle randomly selected in the area scanned at 2,000x.

Filter 231278C d1 F1 represented a 0.07677gm. wet weight (0.01305 gm. dry weight) aliquot of the digestate from the lymph samples. An area of the prepared grids from this sample consisting of 1.2 $mm^2$ was scanned at 15,000x. There were two tremolite asbestos fibers and one anthophyllite asbestos fiber found in the area scanned at 15,000x. The three asbestos fibers were equivalent to 12,538 fibers/gm. wet (73,755 fibers/gram dry) weight of tissue. There were no ferruginous bodies found in the area scanned at 15,000x. The limit of detection in the scan at 15,000x was 4,179.3 fibers/gm. wet (24,584.9 fibers/gm. dry) weight of tissue. An additional scan at 2,000x was carried out on sixty additional grid squares on three grids for the presence of ferruginous bodies. There were no ferruginous bodies found in the area scanned at 2,000x. There was one tremolite asbestos fiber (>3μm) found in the area scanned at 2,000x. There were two AlSi non-fibrous particles, one titanium non-fibrous particle, one silica non-fibrous particle and one talc non-fibrous particle found in a random scan of the area evaluated at 2,000x.

**<u>231278 d1 F1 Grids D&E Evaluation</u>**
**<u>(Report-June 5, 2024)</u>**

A subsequent request was made by Mr. Satterley that digested samples from preparation 231278 A, B, C d1 F1 (Grids D&E) be evaluated by Analytical Transmission Electron Microscopy to determine the composition of fibrous particulates.

Scans were made at 15,000x with counts and analysis including fibers greater than or approximately equal to 0.5 μm in the length and having a >5:1 aspect ratio. The cores of any ferruginous bodies found in the count areas were to be analyzed. The area evaluated at 15,000x consisted of ten grid squares on Grid D and ten grid squares on Grid E. An additional evaluation of any fibers (>3μm in length) was conducted at 2,000x on twenty grid squares on Grid D and twenty grid squares on Grid E. The composition was determined of the cores of any ferruginous bodies in the areas scanned at 2,000x.

Filter 231278A d1 F1 Grids D & E represented a 0.07863 gm. deparaffinized wet weight aliquot of the digestate from the sample of left lung tissue. An area of the prepared grids from this sample consisted of 0.836 $mm^2$ was scanned at 15,000x. There were no asbestos fibers found in the area scanned at 15,000x. There were no ferruginous bodies found in the area scanned at 15,000x. The limit of detection in the scan at 15,000x was 5,856.4 fibers/gm. wet (58,157 fibers/gm. dry) weight of tissue. An additional scan at

2,000x was carried out on a total of twenty grid squares on Grid D and twenty grid squares on Grid E for the presence of ferruginous bodies and fibers (>3 µm). There were no ferruginous bodies found in the area scanned at 2,000x. There were no fibers (> 3 µm) found in the area scanned at 2,000x. The analyst did indicate the presence of a randomly selected non-fibrous AlSi particle found in the 2000x scan.

Filter 231278B d1 F1 Grids D & E represented a 0.0774 gm. deparaffinized wet weight aliquot of the digestate from the sample of right lung tissue. An area of the prepared grids from this sample consisted of 0.824 $mm^2$ was scanned at 15,000x. There were no asbestos fibers found in the area scanned at 15,000x. There were no ferruginous bodies found in the area scanned at 15,000x. The limit of detection in the scan at 15,000x was 6,010 fibers/gm wet (48,367 fibers/gm. dry) weight of tissue. An additional scan at 2,000x was carried out on a total of twenty grid squares on Grid D and twenty grid squares on Grid E for the presence of ferruginous bodies and fibers (>3 µm). There were no ferruginous bodies found in the area scanned at 2,000x. There was one crocidolite asbestos fiber (> 3 µm) found in the area scanned at 2,000x. The analyst did indicate the presence of a randomly selected non-fibrous talc particle found in the 2000x scan.

Filter 231278C d1 F1 Grids D & E represented a 0.07677 gm. deparaffinized wet weight aliquot of the digestate from the sample of lymph tissue. An area of the prepared grids from this sample consisted of 0.8 $mm^2$ was scanned at 15,000x. There were two tremolite asbestos fibers found in the area scanned at 15,000x. The two asbestos fibers were equivalent to 12,536.6 fibers/gm. wet (73,754.8 fibers/gm. dry) weight of tissue. There were no ferruginous bodies found in the area scanned at 15,000x. The limit of detection in the scan at 15,000x was 6,268.3 fibers/gm wet (36,877.4 fibers/gm. dry) weight of tissue. An additional scan at 2,000x was carried out on a total of twenty grid squares on Grid D and twenty grid squares on Grid E for the presence of ferruginous bodies and fibers (>3 µm). There were no ferruginous bodies found in the area scanned at 2,000x. There was one anthophyllite asbestos fiber, one tremolite asbestos fiber and one titanium fiber (> 3 µm) found in the area scanned at 2,000x. The analyst did indicate the presence of a randomly selected non-fibrous AlSi particle and a non-fibrous silica (crystalline) particle found in the area scanned at 2000x.

**231278 d1 F2 Grids A,B,C,D&E Evaluations**
**(Report-June 5, 2024)**

A subsequent request was made by Mr. Satterley that digested samples from preparation 231278A,B,C d1 F2 (Grids ABCDE) be evaluated by Analytical Transmission Electron Microscopy to determine the composition of fibrous particulates.

Scans were made at 15,000x with counts and analysis including fibers greater than or approximately equal to 0.5 µm in the length and having a >5:1 aspect ratio. The cores of any ferruginous bodies found in the count areas were to be analyzed. The area evaluated at 15,000x consisted of ten grid squares on Grids ABCDE from samples 231278 A,B,C. An additional evaluation of any fibers (>3µm in length) was conducted at 2,000x on twenty grid squares on Grids ABCDE. The composition was determined of the cores of any ferruginous bodies in the areas scanned at 2,000x.

Filter 231278A d1 F2 Grids ABCDE represented a 0.03931 gm. wet (0.00396 gm. dry) weight aliquot of the digestate from the sample of left lung tissue. An area of the

prepared grids from this sample consisted of 2.06 $mm^2$ was scanned at 15,000x. There were no asbestos fibers found in the area scanned at 15,000x. There were no ferruginous bodies found in the area scanned at 15,000x. The limit of detection in the scan at 15,000x was 4754.3 fibers/gm wet (47,181.4 fibers/gm. dry) weight of tissue. An additional scan at 2,000x was carried out on a total of one hundred grid squares, (twenty each on Grids ABCDE), for the presence of ferruginous bodies and fibers (>3 µm). There were no ferruginous bodies found in the area scanned at 2,000x. There were no fibers (> 3 µm) found in the area scanned at 2,000x. The analyst did indicate the presence of a non-fibrous/randomly selected AlSi particle in the 2000x scan.

Filter 231278B d1 F2 Grids ABCDE represented a 0.03887 gm. wet (0.00483 gm. dry) weight aliquot of the digestate from the sample of right lung tissue. An area of the prepared grids from this sample consisted of 2.06 $mm^2$ was scanned at 15,000x. There were no asbestos fibers found in the area scanned at 15,000x. There were no ferruginous bodies found in the area scanned at 15,000x. The limit of detection in the scan at 15,000x was 4,808.3 fibers/gm wet (38,693.5 fibers/gm. dry) weight of tissue. An additional scan at 2,000x was carried out on a total of one hundred grid squares, (twenty each on Grids ABCDE), for the presence of ferruginous bodies and fibers (>3 µm). There were no ferruginous bodies found in the area scanned at 2,000x. There were no fibers (> 3 µm) found in the area scanned at 2,000x. The analyst did indicate the presence of a non-fibrous/randomly selected AlSi particle in the 2000x scan.

Filter 231278C d1 F2 Grids ABCDE represented a 0.03838 gm. wet (0.00652 gm. dry) weight aliquot of the digestate from the sample of lymph tissue. An area of the prepared grids from this sample consisted of 2 $mm^2$ was scanned at 15,000x. There was one anthophyllite asbestos fiber and one tremolite asbestos fiber found in the area scanned at 15,000x. The two asbestos fibers were equivalent to 10,032 fibers/gm. wet (59,049 fibers/gm. dry) weight of tissue. There were no ferruginous bodies found in the area scanned at 15,000x. The limit of detection in the scan at 15,000x was 5016 fibers/gm wet (29,524.5 fibers/gm. dry) weight of tissue. An additional scan at 2,000x was carried out on a total of one hundred grid squares, (twenty each on Grids ABCDE), for the presence of ferruginous bodies and fibers (>3 µm). There was one Magnesio-Riebeckite cored ferruginous body found in the area scanned at 2,000x. There were two anthophyllite asbestos fibers, five tremolite asbestos fibers and two talc transitional fibers (> 3 µm) found in the area scanned at 2,000x. The analyst did indicate the presence of a non-fibrous/randomly selected AlSi particle in the 2000x scan.

**231278A,B,C d1 F1-Evaluation for Composition of Uncoated Particles (Report-June 10, 2024)**

A subsequent request was made by Mr. Satterley that digested samples from preparation 231278 A, B, C d1 F1 be evaluated by Analytical Transmission Electron Microscopy to determine the composition of non-fibrous particulates.

Scans were made at 15,000x with counts and analysis including particulates greater than or approximately equal to 0.5 µm in the thinnest dimension. The particulate count in the analysis is based on a stop count of the analysis when the particulates in the final grid square contained the 200th structure.

# ERI Analytical

Analytical findings by ATEM 231278Ad1F1(Grid-A1): The most common particles found in decreasing percentages of the 200 particles evaluated consisted of titanium dioxide-68.5%, aluminum silicates-28.5% and talc-3%.

Analytical findings by ATEM 231278Bd1F1(Grid-A1): The most common particles found in decreasing percentages of the 200 particles evaluated consisted of titanium dioxide-49%, aluminum silicates-37.5%, iron rich particles-7.5%, silica (non-crystalline)-5.5% and talc-0.5%.

Analytical findings by ATEM 231278Cd1F1(Grid-A1): The most common particles found in decreasing percentages of the 200 particles evaluated consisted of aluminum silicates-83%, silica (crystalline)-14%, titanium dioxide-2%, and talc-1%.

Background 494: There were no fibers equal to or greater than 0.5μm in length or talc particles greater than 0.5μm in diameter found in a scan of 1.236 $mm^2$ made at 15,000x. There were no uncoated fibers (>3μm) or ferruginous bodies found in a scan 2.472 $mm^2$ at 2,000x.

Limit of detection: Limit of detection is defined as that concentration below which a single fiber or ferruginous body would not likely be detected.

Light microscopy analysis for the presence of ferruginous bodies performed by
Ronald F. Dodson, Ph.D.

Analytical Transmission Electron Microscopy performed by Eurofins J3 Resources.

Final Report Approved:

Tracy Foster Date 6/10/2024

Tracy Foster, B.S.
Director:
Analytical Laboratory -ERI Consulting, Inc.

Date 6/10/2024

Ronald F. Dodson, Ph.D.
President:
Dodson Environmental Consulting, LLC
Senior Consultant
ERI Consulting, Inc.