# Exhibit 11

Honorable David Whedbee
Trial Date: November 3, 2025
Hearing Date: October 8, 2025
*Oral Argument Requested by Plaintiffs*

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| JACK LASALLE AND DIANNE LASALLE,<br>Plaintiffs,<br>v.<br><br>AMERICAN INTERNATIONAL INDUSTRIES, sued individually, as alter-ego of, and as successor-in-interest to PINAUD, INC., ED PINAUD, INC., d/b/a ED. PINAUD, THE NESLEMUR COMPANY, formerly known as THE NESTLE-LE MUR COMPANY, et al.,<br><br>Defendants. | No. 23-2-08165-0 SEA<br><br>DECLARATION OF JERROLD L. ABRAHAM, M.D. IN OPPOSITION TO DEFENDANTS AMERICAN INTERNATIONAL INDUSTRIES, ET AL.'S AND PTI UNION, LLC'S MOTIONS FOR SUMMARY JUDGMENT |



SCHROETER, GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA 98101
Phone (206) 622-8000 • Fax (206) 682-2305

I, Jerrold L. Abraham, M.D., declare:

1. I have personal knowledge of the facts set forth in this Declaration, except for such facts that have been made known to me in forming an opinion, in which case each such fact is of a type on which professionals in my field reasonably rely in forming such opinions. The facts stated in this Declaration that are within my personal knowledge are true. If asked, I could and would testify competently to the truth of and foundation for each fact and opinion asserted within this Declaration.

2. Attached hereto as **Exhibit 1** is a true and correct copy of my curriculum vitae, dated February 13, 2024, which truthfully states my qualifications to provide expert testimony in this action.

3. I earned my bachelor's degree from the Massachusetts Institute of Technology, and my medical degree from the University of California, San Francisco (in 1970). My curriculum vitae sets forth my education, research and professional experience, licensures and certifications, honors, awards, and grants, professional and committee memberships, publications, and abstracts. I am Board Certified in Anatomic Pathology, *i.e.*, the study of diseases. Currently I am a practicing pathologist and a Professor in the Department of Pathology at the State University of New York Upstate Medical University in Syracuse. I am licensed to practice medicine in both New York and California.

4. Since the 1960's, I have gained extensive expertise regarding asbestos-related diseases, talc-related diseases, and microscopy principles. Throughout my career, I have evaluated approximately 2,000 mesothelioma cases. I have published numerous articles and abstracts on the subject of asbestos-related cancer. [*See* Exh. 1 at pp. 4-24.]

5. I have specific expertise regarding mesothelioma caused by exposure to asbestos-containing talc, spanning several decades. For example, in 1990, I published an abstract entitled *Non-Commercial Amphibole Asbestos Fibers and Cleavage Fragments in Lung Tissues of New York State Talc Miners with Asbestosis and Talcosis* in the American Review



SCHROETER, GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA 98101
Phone (206) 622-8000 • Fax (206) 682-2305

of Respiratory Diseases. [Exh. 1 at p. 17, ¶ A94.] In 2002, I published an article in the Annals of Occupational Hygiene entitled *Mesothelioma Among Workers in Asbestiform Fiber-bearing Talc Mines in New York State*. [*Id*. at p. 9, ¶ 110.] In 2007, I published another abstract, in the journal of the European Respiratory Society, entitled *Asbestosis and asbestos fibers documented in pleural and lymph node biopsies (bx) and autopsy lung associated with mesothelioma and lung cancer in two coworkers with sole exposure to asbestiform talc*. [*Id*. at p. 20, ¶ A151.] I have also studied the scientific literature on asbestos, talc, and elongated mineral particles, as well as their ability to cause disease.

6. Based upon several decades' worth of research by scientists worldwide, the causative link between exposure to asbestos and mesothelioma is so strong that it is now generally accepted that, if a patient is diagnosed with mesothelioma, it is presumed that the mesothelioma was caused by the patient's cumulative asbestos exposure. And if the patient has an accepted history of asbestos exposure, that exposure need not be heavy to support a causation finding, because there is no safe level of asbestos exposure that has ever been demonstrated regarding the risk of developing mesothelioma. Science clearly establishes that exposure history is sufficient for establishing disease causation. [*See Consensus Report: Asbestos, asbestosis, and cancer: the Helsinki criteria for diagnosis and attribution* (1997) 23 Scand. J. Work Environ. Health 311, 313.]

7. In 1990, I presented my electron microprobe analysis of the autopsy lung fiber and nonfibrous particulate burden in eight miners, including one with mesothelioma. [Abraham, J., *Asbestosis, Talcosis, Mesothelioma and Non-Commercial Amphibole Asbestos Fibers and Cleavage Fragments in Lung Tissues of New York State Talc Miners* (Sept. 25, 1990) 141 Amer. Resp. Dis. A244.] I found high concentrations of asbestos fibers (anthophyllite, tremolite/actinolite, chrysotile) and talc fibers, all of which were types found in association with New York State talc mining. High concentrations of commercial amphibole asbestos were <u>not</u> found in these cases. I thus concluded that the asbestos-related diseases in these



SCHROETER, GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA 98101
Phone (206) 622-8000 • Fax (206) 682-2305

miners were related to the observed asbestos and talc fibers.

8. In 2002, my colleagues and I published in the peer-reviewed literature our examination of the lung mineralogy in New York talc miners. [Hull, M., Abraham, J., et al., *Mesothelioma among Workers in Asbestiform Fiber-bearing Talc Mines in New York State* (2002) 46 Annals of Occup. Hyg. 132.] We noted a significant dose-response relationship between estimated exposure and measured talc particle concentration in the lungs, and between the talc fiber concentration and the severity of fibrosis in the lungs. Asbestiform talc and tremolite constituted a major portion of the lung fiber burden. Asbestiform talc is part of the unusual mineralogy of these talc deposits. Hence, we concluded that talc exposure is associated with mesothelioma.

9. The World Health Organization's International Agency for Research on Cancer ("IARC") supports my causation opinion in this case. IARC treats asbestiform (fibrous) talc as carcinogenic due to its similarity to asbestos. The 1987 IARC Monographs reported an association between exposure to talc containing asbestiform fibres and mesothelioma and concluded that there is sufficient evidence for the carcinogenicity to humans of talc containing asbestiform fibres.[1] In 2010, IARC published the following clarification for their evaluation of talc carcinogenicity:

"The review of talc in Supplement 7 led to evaluations for two agents: talc containing asbestiform fibres and talc not containing asbestiform fibres. **The term 'asbestiform fibre' has been mistaken as a synonym for 'asbestos fibre' when it should be understood to mean any mineral, *including talc*, when it grows in an asbestiform habit**. To avoid confusion over the term 'asbestiform fibre', the present Working Group decided that **it is scientifically more precise to call the agent 'talc not containing asbestos or asbestiform fibres', and this evaluation supersedes the earlier review of talc not containing**

[1] IARC Supplement 7 (1987) at p. 350.



SCHROETER, GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA 98101
Phone (206) 622-8000 • Fax (206) 682-2305

**asbestiform fibres**. The present Working Group also decided to expand the name of the Group-1 agent from ‘talc containing asbestiform fibres’ to ‘talc containing asbestos or other asbestiform fibres’. The present Working Group reviewed the earlier *Monograph* on talc containing asbestiform fibres and determined that the expanded name is consistent with what had been evaluated in Supplement 7. No update was undertaken for this Group-1 agent.”[2] [Emphasis added.]

10. In 2012, IARC again classified talc containing asbestiform fibers as a Group-1 human carcinogen[3] and reiterated their position, clarifying again that “talc containing asbestiform fibres” includes asbestiform (fibrous) talc:

“**Talc may also form true mineral fibres that are asbestiform in habit**. In some talc deposits, tremolite, anthophyllite, and actinolite may occur. Talc containing asbestiform fibres is a term that has been used inconsistently in the literature. In some contexts, it applies to talc containing asbestiform fibres of talc or talc intergrown on a nanoscale with other minerals, usually anthophyllite. In other contexts, **the term asbestiform talc has erroneously been used for talc products that contain asbestos.** Similarly, the term asbestiform talc has erroneously been used for talc products that contain elongated mineral fragments that are not asbestiform.”[4]

11. Another version of the IARC Monograph issued in 2012[5] provides that the “conclusions reached in this *Monograph* about asbestos and its carcinogenic risks apply to these six types of fibres [chrysotile, actinolite, amosite, anthophyllite, crocidolite, tremolite] wherever they are found, and ***that includes talc containing asbestiform fibres***.” [p. 219 (emphasis added).] Further, IARC concluded that “[t]here is *sufficient* evidence in humans

---

[2] IARC, Carbon Black, Titanium Dioxide, and Talc (2010) at p. 39.

[3] IARC, Arsenic, Metals, Fibres and Dusts, Volume 100 C, A Review of Human Carcinogens (2012) at p. 38.

[4] *Id*. at p. 230 (emphasis added).

[5] This version of IARC 2012 is entitled “Asbestos (Chrysotile, Amosite, Crocidolite, Tremolite, Actinolite, and Anthophyllite).”



SCHROETER, GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA 98101
Phone (206) 622-8000 • Fax (206) 682-2305

for the carcinogenicity of talc containing asbestiform fibers. Talc containing asbestiform fibres causes cancer of the lung and mesothelioma…Talc containing asbestiform fibers is *carcinogenic to humans (Group 1)*.” [*Id*. at 294 (original emphasis).]

12. Over the years, as an expert consultant, I have conducted many tissue digestions of individuals who were diagnosed and/or died from malignant mesothelioma, including persons who had prolonged use of talcum powders including Johnson’s Baby Powder. The tissue digestions documented the presence of asbestos and/or asbestiform talc fibers in the tissues of such persons.

13. For example, in August 1997, I wrote a report in the *Coker* mesothelioma case in Texas state court regarding my examination of a sample of Johnson’s Baby Powder that belonged to the plaintiff Darlene Coker. I detected the presence of long fibrous particles which had a chemical composition of talc and reported that several of the fibers observed were asbestiform in nature, with diameters less than 0.5 micrometers and lengths greater than 10 micrometers. Subsequently, in Mrs. Coker’s case, I digested her lung tissue and found fibrous talc particles as well as the same types of asbestos found in Johnson’s Baby Powder. Thus, I found asbestiform minerals both in Johnson’s Baby powder and in Ms. Coker’s lung tissue. It is my opinion Ms. Coker’s exposure to asbestiform fibers, including asbestiform talc, was the cause of her mesothelioma.

14. Likewise in the *Leavitt* trial in 2019, and in the *Prudencio* trial in 2021, I testified regarding each plaintiff’s mesothelioma that resulted from years of exposure to Johnson’s Baby Powder talc. The judges in those trials allowed me to explain to the juries my opinions about how each plaintiff’s mesothelioma resulted from their use of Johnson’s Baby Powder and associated exposures to asbestos and asbestiform/fibrous talc.



SCHROETER, GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA 98101
Phone (206) 622-8000 • Fax (206) 682-2305

15. Teresa Leavitt's lung and lymph tissues contained asbestos and talc, and I presented to the jury images from my tissue-digestion analyses, including images of the asbestos, fibrous talc, and platy talc. The types of asbestos included chrysotile, tremolite, and talc/anthophyllite transitional fibers. Other than Mrs. Leavitt's longtime use of Johnson's Baby Powder, there was no plausible source for the asbestos and talc in her tissues. The amount, size, and type of particles are different from what might be found in people who were only exposed to background particles in ambient air. Given the strong connection between asbestos and mesothelioma, and even without having found the asbestos and fibrous talc in Mrs. Leavitt's tissues, her longtime use of Johnson's Baby Powder caused the mesothelioma. The fact that her tissues contained the same types of asbestos and talc particles that are also found in Johnson's Baby Powder only strengthened the finding of causation.

16. Likewise, regarding Christina Prudencio, I explained to the jury that she had "malignant mesothelioma of the peritoneal cavity. . . . her mesothelioma was caused by her asbestos exposure and that the only known source of her asbestos exposure was her many, many years of exposure to cosmetic talcum powder" – specifically, Johnson's Baby Powder and Longs brand talcum powder. Although there was no lung-tissue digestion study for Ms. Prudencio (because no lung tissue was available), Dr. Dodson performed a tissue digestion of the omentum tissue, which is located in the peritoneal cavity where the mesothelioma developed. I understand that Ms. Prudencio's omentum tissue contained talc, mica, aluminum silicates, and cummingtonite asbestos – consistent with the contents of Johnson's Baby Powder talc. As I explained to the jury, "on average, peritoneal mesothelioma[] cases have had higher [asbestos] exposure than average for pleural mesotheliomas . . . and it's very logical since most of the exposure is by inhalation, so the fibers get to the lungs more so than they do to your abdominal cavity." In sum, as I testified in *Prudencio*, "the gold standard for relating a disease to exposure is the history, the accepted history. I mean, if someone is lying,


SCHROETER, GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA 98101
Phone (206) 622-8000 • Fax (206) 682-2305

that's one thing. But if they have such a well-described and validated history, with exhibits and everything that I have seen related to Ms. Prudencio, just -- that would be more than sufficient evidence of her longstanding exposure to the baby powders, which also have been shown to be contaminated with asbestos."

17. Case reports as described above are very important in understanding causation of disease in individuals with mesothelioma. Based upon all of my work as a pathologist over more than 50 years and based upon my review of the medical and scientific literature, it is my opinion that asbestos and asbestiform/fibrous talc – including the asbestos and asbestiform/fibrous talc in Johnson's Baby Powder and other cosmetic talc products – are carcinogenic and capable of causing malignant mesothelioma. Asbestos and asbestiform/fibrous talc in Johnson's Baby Powder and other cosmetic talc products can contribute to a person's total asbestos exposure and development of their cancer. Unlike platy talc, asbestos and asbestiform/fibrous talc are elongated. As a result, longer, thinner fibers are more likely to be inhaled and persist in the body, and ultimately cause cancer.

18. I understand that Mr. LaSalle used cosmetic talc powder products throughout his life, and that he died from malignant mesothelioma. This declaration addresses Mr. LaSalle's use of the Clubman and Dr. Scholl's brands of cosmetic talc powder products. I understand that Mr. LaSalle regularly used those products from at least the 1970's through the 2010's. When he used those products, he saw the airborne dust and smelled the scents. I understand that Mr. LaSalle began working as a barber in 1970 and stopped working in that profession in 2022. He used talc powder products multiple times a day on his customers throughout his career. The primary product he used for over 50 years was a product known as Clubman. The main entity responsible for the Clubman product is American International Industries, which is a California general partnership ("A-I-I"). The talc powder used by A-I-I came from Montana talc mines from at least 1987 onward until 2016; and in the earlier years before 1987, A-I-I's predecessor also used talc from other talc mines, such as in Italy and


SCHROETER, GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA 98101
Phone (206) 622-8000 • Fax (206) 682-2305

Vermont. In addition, Mr. LaSalle used Dr. Scholl's brand foot powder, which likewise was made with talc. He regularly used Dr. Scholl's from the 1960's through the 2010's. Defendant PTI Union, LLC (dba Pharma Tech Industries, ("PTI")) was the company that blended and bottled Dr. Scholl's from 2008 onward until 2019. The talc powder used by PTI came from the Guangxi, China talc mine; and in the earlier years before 2005, PTI's predecessor used talc from other talc mines, located in Montana and Vermont.

19. Further, I understand that the Clubman and Dr. Scholl's brands of cosmetic talc powder products that Mr. LaSalle used more likely than not contained significant amounts of asbestos and asbestiform/fibrous talc; and that when Mr. LaSalle used those products he experienced exposure levels to asbestos and asbestiform/fibrous talc that were substantial and well above background or ambient levels.

19. In this case, I have performed tissue digestion analyses of Mr. LaSalle's pathology materials. Attached as **Exhibit 2** hereto, and incorporated fully herein by reference, is a true and correct copy of my April 8, 2024 Report. And attached as **Exhibit 3** hereto, and incorporated fully herein by reference, is a true and correct copy of my August 21, 2024 Supplemental Report. In sum, within Mr. LaSalle's lung or lymph tissue, I detected particles including, for example, talc/anthophyllite fibers (including one long bundle with fiber splitting, measuring 37 x 0.25 um.), tremolite fibers, non-fibrous talc, non-fibrous actinolite. No commercial asbestos fibers were detected in any of the analyses.

20. Asbestos exposure is well known to be the cause of nearly all malignant mesotheliomas. Talc products containing asbestos fibers are known also to cause the development of mesothelioma. Mr. LaSalle's only known source of asbestos exposure was from his talc exposures as a barber. The fiber burden analyses of his autopsy lung and lymph node tissue confirmed exposure to non-fibrous and fibrous talc, as well as fibers of tremolite/actinolite/anthophyllite, but revealed no evidence of commercial asbestos fibers. Based on all the available information I can conclude to a reasonable degree of medical



SCHROETER, GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA 98101
Phone (206) 622-8000 • Fax (206) 682-2305

certainty that Mr. LaSalle's mesothelioma and death were caused by his described cumulative exposures to asbestos and asbestiform/fibrous talc above background levels, including from the Clubman and Dr. Scholl's brands of cosmetic talc powder products.

**I DECLARE UNDER PENALTY OF PERJURY OF THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.**

DATED this _24th_ day of September, 2025, in Syracuse, New York.

JERROLD L. ABRAHAM, M.D.



SCHROETER, GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA 98101
Phone (206) 622-8000 • Fax (206) 682-2305

# Exhibit 1

# CURRICULUM VITAE

## Jerrold L. Abraham, M.D.

**Personal Data**: Born 1944, Los Angeles, California
Married, two daughters and two sons

**Education**:

Massachusetts Institute of Technology, Cambridge, Mass., B.S. (Life Sciences) 1966

University of California, San Francisco, School of Medicine, M.D., 1970

**Research and Professional Experience**:

Undergraduate Research on Blood Rheology, Department of Chemical Engineering, (Prof. E.P. Merrill), Massachusetts Institute of Technology, Cambridge, Mass., 1963.
Summer Research Associate, Biochemistry of Aggregation of Cells of Marine Sponges (with Dr. T. Humphreys), Marine Biological Laboratories, Woods Hole, Mass., 1966 and 1967.
Internship in Pathology, Children's Hospital Medical Center, Boston, Mass., 1970-1971.
Residency in Pathology, Beth Israel Hospital, Boston, Mass., 1971-1972.
Pathologist, Appalachian Laboratory for Occupational Respiratory Diseases, National Institute for Occupational Safety and Health, Morgantown, W. Va., 1972-1974.
Selective Service Obligation: USPHS Surgeon (Lt. Commander)
Instructor, Department of Pathology, School of Medicine, West Virginia University, Morgantown, W. Va., 1972-1975.
Acting Chief, Pathology Section, Appalachian Laboratory for Occupational Respiratory Diseases, NIOSH, CDC, Morgantown, W. Va., 1974. Chief, Pathology Section, ALFORD, 1974-1975.
Assistant Professor in Residence, Department of Pathology, University of California, San Diego, School of Medicine, La Jolla, CA., 1975-1983.
Associate Professor, Dept. of Pathology, (surgical and autopsy pathology, teaching and research) SUNY Health Science Center, Syracuse, NY, 1983-1990.
Professor of Pathology, (surgical and autopsy pathology, teaching and research) SUNY Upstate Medical University, Syracuse, NY, 1990-Present.
Director of Environmental and Occupational Pathology, Department of Pathology, SUNY Upstate Medical University, Syracuse, NY, 1984-Present.
Acting Director of Autopsy Service, March - November, 1985.
Course Director, 2nd year medical student pathology course, 1990 - 1993.
Chair, Departmental Promotions Committee, 1997- Present
Professor of Preventive Medicine, Health Science Center, Syracuse, NY, 1993-1997; Professor of Family Medicine, Upstate Medical University, Syracuse, NY, 1997- Present
Adjunct Professor, SUNY College of Environmental Science and Forestry (ESF), Syracuse, NY 2006-Present

**Licensure and Certification**:

West Virginia Medical License #9655, 1972.
National Board of Medical Examiners, Certificate #137253, 1972.
Limited Medical Licensure in Massachusetts during Postgraduate Training, 1970-1972.
Board Certified in Anatomic Pathology, American Board of Pathology, Fall, 1974. Recertified 2013.
California Medical License #G-30997, 1975-.
New York Medical License #154025-1, 1983-.

**Honors, Awards, Grants**:

USPHS Research Training Fellowship with Dr. Warren Levinson, University of California, San Francisco, 1969.
Dean's Prize in Research for work on "Cell Surface Changes During Viral Oncogenesis in vitro", University of California, San Francisco, Medical School, 1970.
Academic Senate grant for research on "Ion Microprobe Analysis of Human Tissues", University of California, San Diego, 1976-1977.
Academic Senate grant for research on "In vivo Airway Epithelial Proliferative Response to Particulate Materials", University of California, San Diego, 1977-1978.
NIH, National Heart and Lung Institute, Young Investigator Pulmonary Research Grant for research on "SEM and X-Ray Analysis in Human Pulmonary Pathology", 1976-1978.
Academic Senate grant for research on "Laser Raman Spectroscopy of Human Tissues", 1979-1980.
California Air Resources Board grant for study on "Particulates in Human Lungs", 1980-1982.
NIH, grant for study on: "Radiologic Contrast Medium in Ischemic Myocardial Injury" (C. Higgins, P.I.).
NIH, grant for study on: "Mouse Pulmonary Adenoma Carcinogenesis Testing" (M. Shimkin, P.I.).
NIH, National Pulmonary Faculty Training Grant (K. Moser, P.I.).
U.S. Dept. of Health & Human Services, grant for: Curriculum Development in Occupational Medicine (J. Stokes, P.I.).
NIH, Pathology CORE, Pulmonary SCOR, Acute lung injury (K. Moser, P.I.)
President's Award for Research, 1988, SUNY Health Science Center
Director, Pathology Core Laboratory for NY Occupational Health Clinics Network, 1998-
EPA Contract on Inner City Asthma Risk (the AUDIT project), (Assessment of Urban Dwellings for Indoor Toxics); Co-Investigator 2001-2002; P.I. 2002-2005.
NYSTAR EQS Center, P.I. for Upstate Medical University component ($1.8M) of Multi-Institutional $15M project, 2003-
U.S. Dept. of Housing and Urban Development (HUD); Inner City Asthma Intervention Project (the SHIELD project), (Syracuse Healthy Indoor Environment Living Demonstration); Co-Investigator 2004-
Guerbet Pharmaceuticals, "Detection, composition, and neuropathological significance of MRI contrast agent-derived Gadolinium deposits in the human central nervous system". Co-PI. 2016-2018
ALPHA Foundation, "Characteristics of Dust and Risk Factors Associated with the Development of Rapidly Progressive Pneumoconiosis and Progressive Massive Fibrosis". Co-investigator. 2018-2021
Alice Hamilton Award, 2020, NIOSH, Occupational Safety and Health Research. [for Cummings et al. Severe lung disease…AmJIndustMed 2019]

**Professional Societies, Committee Services, Etc.**:

American Association for the Advancement of Science, 1970-
American Medical Association, 1972-1976
American Thoracic Society, 1976-
International Academy of Pathology; US-Canadian Academy of Pathology 1975-
Society of Toxicologic Pathologists, 1976-
California Lung Association Research and Medical Education Fund, Research Subcommittee, 1977-1983
Curator, Averill A. Liebow Pulmonary Pathology Collection, 1977-1983.

**<u>Professional Societies, Committee Services, Etc</u>.** (Cont'd)

American Lung Association, San Diego
Environmental Health Task Force, 1977-1983. Chairman, 1978, 1980. Member, Board of Directors, 1978-1983.
Scanning Electron Microscopy: Assistance with Annual International Scanning Electron Microscopy Symposium as reviewer and advisor, 1973-1997.
Reviewer for articles for American Journal of Respiratory and Critical Care Medicine, Journal of Histochemistry and Cytochemistry, Archives of Pathology and Laboratory Medicine, Science, JAMA, Analytical Chemistry, American Journal of Pathology, The Lancet, American Journal of Industrial Medicine.
Consulting Editor, Archives of Environmental and Occupational Health.
Member, Health Systems Agency Taskforce on Environment, San Diego and Imperial Counties, 1979.
Member, Faculty for Universities Associated for Research and Education in Pathology-sponsored course on Teaching of Environmental Pathology, Aspen, Colorado, August 1979.
Member, Faculty for ASCP/CAP Symposium on Environmental Pathology, Las Vegas, Oct. 1979.
Member of Environmental Health Committee, American Lung Association of California
Reviewer for NIH, NSF, VA grants
Member, NIOSH/CAP Task Force on Pathology Standards for Asbestos Related Disease.1979-82.
Member of NIOSH/CAP Task Force on Pathology Standards for Silica and Silicate Related Disease.1987-88
Member, CAP Environmental and Iatrogenic Pathology Committee.
Fellow of the College of American Pathologists, 1982 -
Consultant Pathologist, Veterans Administration Medical Center, San Diego, 1975-1983.
New York Academy of Sciences, 1983.
Member of American Association of Pathologists, 1985.
Member, International Commission on Occupational Health, 1985.
Member, Task Force for a New Curriculum, SUNY Upstate Medical Center, 1985.
Member of Advisory Board, New York State Program in Occupational Health, 1986.
Co-course director for second year medical student pathology course, 1987 - 1990; Course Director 1990-93.
Organizer and coordinator for occupational medicine section of second year clinical medicine course 1986-
Member, American Thoracic Society: Tremolite Committee, 1988-90; Silica Committee, 1994-96. Tremolite Committee update, 2002- ; Beryllium Committee 2006-2014.
Member, Advisory Board, Central NY Occupational Health Clinical Center, 1988- ; Chairperson, 1994-2001.
Member, Advisory Committees for NY Indoor Environmental Quality Center (NYIEQ) and NY Environmental Quality Systems Center (NYEQS), 2001-2005

**Publications**


1. Abraham JL. Dermatoglyphics and Reye's Syndrome. Lancet 1:969, 1971.
2. DeNee PB, Abraham JL and Gelderman AH. Methods for a scanning electron microscope study of coal workers' pneumoconiosis. In "Scanning Electron Microscopy/1973" (Johari O and Corvin I, eds.), p. 411-418. I.I.T. Research Institute, Chicago, 1973.
3. Abraham JL and DeNee PB. Scanning electron microscope histochemistry using backscatter electrons and metal stains. Lancet 1:1125, 1973.
4. Abraham JL, DeNee PB and Gelderman AH. Specific metal staining of biological tissues for the SEM using backscattered electron or specimen current imaging. In "Proceedings Electron Probe Analysis Society of America", Article 67, August 1973.
5. Burrell R, Flaherty DK, DeNee PB, Abraham JL and Gelderman AH. The effect of lung antibody on normal lung structure and function. Am Rev Resp Dis, 109:106-113, 1974.
6. Abraham JL and DeNee PB. Biomedical applications of backscattered electron imaging -- One year's experience with SEM histochemistry. In "Scanning Electron Microscopy/1974" (Johari O. and Corvin I, eds.), p. 251-258. I.I.T. Research Institute, Chicago, 1974.
7. DeNee PB, Abraham JL and Willard PA. Histochemical stains for the scanning electron microscope - Qualitative and semi-quantitative aspects of specific silver stains. In "Scanning Electron Microscopy/1974" (Johari O and Corvin I, eds.), p. 259-266. I.I.T. Research Institute, Chicago, 1974.
8. DeNee PB, Abraham JL, Gelderman AH and Shaw GB. SEM identification of biogenic silica in jute: Silica in human lung following exposure to burning jute. Microbeam Analysis Society, Ottawa, Canada, Article 10, July 1974.
9. DeNee PB and Abraham JL. SEM backscattered electron imaging -- an aid to dust and particulate characterization. Microbeam Analysis Society, Ottawa, Canada, Article 4, July 1974.
10. Guidotti TL, Abraham JL and DeNee PB. Asbestos exposure and cancer of the larynx. West J Med, 122:75, 1975 (letter).
11. DeNee PB, Abraham JL and Walker ER. SEM characterization of respirable dust in lung tissue using ashing and digestion techniques. Microbeam Analysis Soc. , Proc. 10th Annual Conf., p. 51A-51E. Las Vegas, August 1975.
12. DeNee PB and Abraham JL. Backscattered electron imaging: Application of atomic number contrast - in "Principles and Techniques of Scanning Electron Microscopy" (Hayat MA, ed.), Van Nostrand Reinhold Co., New York, p. 144-180, 1976.
13. Abraham JL, Wagner RM, Miyai K, Bullock R and Friedman PJ. Choice of imaging modes in SEM study of respirable radiographic contrast medium: Tantalum particles in the lung. In "Scanning Electron Microscopy/1976" (Johari O, ed.), I.I.T. Research Institute, Chicago, Vol. II, p. 691-698, 1976.
14. Abraham JL, Rossi R, Marquez N and Wagner RM. Ion microprobe mass analysis of beryllium in situ in human lung: Preliminary results. In "Scanning Electron Microscopy/1976" (Johari O, ed.). Vol. II, p. 501-506. I.I.T. Research Institute, Chicago, 1976.
15. Miyai K, Abraham JL, Linthicum DS and Wagner RM. Scanning electron microscopy of hepatic ultra structure: Secondary, backscattered and transmitted electron imaging. Lab Invest, 35:369-376, 1976.
16. Guidotti TL, Abraham JL, DeNee PB and Smith JR. Arc Welder's pneumoconiosis: Application of advanced SEM. Arch Environ Health, 33:117-124, 1978.
17. Abraham JL. SEM as an aid in diagnosis - an overview. In "Scanning Electron Microscopy/1977" (Johari, O., ed.) p. 119-128. I.I.T. Research Institute, Chicago, 1977 (Vol. II).
18. Abraham JL. Legionnaire's Disease. The Lancet. 2:148, 1977 (letter).
19. Abraham JL. Recent advances in pneumoconiosis - the pathologist's role in etiologic diagnosis. In "The Lung" (Thurlbeck, WT and Abell M, eds.), p. 96-137. Williams & Wilkins Co., Baltimore, 1978.
20. Abraham JL. In Hearings before the Subcommittee on Consumer Protection and Finance of the Committee on Interstate and Foreign Commerce (U.S. House of Representatives, November 23 & 24, 1976). Serial No. 94-159, 138, U.S. Government Printing Office, Washington, D.C. 1977).

**Publications** (Cont'd)

21. Abraham JL. Multiple imaging and microanalytical modes for biological specimens - Electron and ion beam studies. Proc. Microbeam Analysis Society, Boston, Article 11, August 1977.
22. Abraham JL. Multiple imaging and microanalytical modes for biological specimens - Electron and ion beam studies. In transactions of the 1977 International Conference on X-ray Optics and Microanalysis (Beaman, D., Ogilvie R and Wittry D, eds.). (1977) pp. 430-433.
23. Rudolph R, Abraham JL, Vecchione TR, Guber S and Woodward M. Myofibroblasts and free silicon around breast implants. Plastic and Reconstructive Surgery, 62:185-196, 1978.
24. Wickham MG, Rudolph R and Abraham JL. Silicon identification in prosthesis associated fibrous capsules. Science 199:437-439, 1978.
25. McEuen D and Abraham JL. Particulate concentrations in pulmonary alveolar proteinosis. Environ Res. 17:334-339, 1978.
26. Sherwin RP, Barman ML and Abraham JL. Silicate pneumoconiosis of farm workers. Lab. Invest., 40:576-582, 1979.
27. Abraham JL and Etz ES. Molecular microanalysis of pathological specimens in situ with a Laser-Raman microprobe. Science, 206:716-718, 1979.
28. Abraham JL. Microanalysis of Human Granulomatous Lesions. Proceedings 8th International Conf. on Sarcoidosis, edited by Williams WJ and Davies BH. Alpha Omega Publishing, Ltd., Cardiff, 1980, pages 38-46.
29. Abraham JL. Diagnostic applications of scanning electron microscopy and microanalysis in pathology. Israel J Med Sci., 15:716-723, 1979.
30. Abraham JL and Brambilla C. Particle size for differentiation between inhalation and injection pulmonary talcosis. Environ Res 21:94-96, 1980.
31. Smith G, Abraham JL, Theiss J and Shimkin MB. SEM surface morphometry of type II alveolar cell response to urethane in strain A mice. In "Scanning Electron Microscopy/1979/III." p. 905-910. (Johari, O., ed.). Scanning Electron Microscopy, Inc., Chicago, 1979.
32. Abraham JL. Documentation of environmental particulate exposures in humans using SEM and EDXA. In "Scanning Electron Microscopy/1979/II" p. 751-766 (Johari, O, ed.). Scanning Electron Microscopy, Inc. Chicago, 1979.
33. Brambilla C, Abraham JL, Brambilla E, Benirschke K and Bloor C. Comparative pathology of silicate pneumoconiosis. Am J Pathol 96:149-170, 1979.
34. Rudolph R and Abraham JL. Tissue effects of new silicone mammary type implants in rabbits. Ann Plast Surg. 4:14-20, 1980.
35. Abraham JL. Analysis of Particulates in Tissues. Topics in Environmental Pathology, Vol. 1, edited by RB Hill and JA Terzian. Universities Associated for Research & Education in Pathology, Bethesda, MD, 1980, pp. 82-88. *Republished In Environmental Pathology: An Evolving Field, RB Hill & JTerzian JA (Eds.), Alan R. Liss, New York, 1982, pp. 229-241.
36. Abraham JL, Higgins CB and Newell J. Uptake of iodinated contrast material in ischemic myocardium as an indicator of loss of cellular membrane integrity. Am J Path 101:319-327, 1980.
37. Newell JD, Higgins CB, Abraham JL, Kelley MJ, Schmidt WS, and Haigler F. Computerized tomographic appearance of evolving myocardial infarctions. Invest Radiol 15:207-214, 1980.
38. Abraham JL. Underdiagnosis of pulmonary asbestosis. New Eng J Med. 302:464, 1980.
39. Abraham JL. Biomedical microanalysis--Putting it to work now in diagnostic pathology. Scanning Electron Microscopy/1980, 4:171-178, 1980.
40. Abraham JL, Barton RT, Hogetveit AC, Andersen I and Smith G. Microanalysis of inorganic particles in situ in the lungs of Norwegian nickel refinery workers. In Proceedings of the Second International Conference on Nickel Toxicology. Brown SS and Sunderman FW, Jr. eds. Academic Press. pp. 155-158, 1980.
41. Abraham JL, DeNee PB, Green FHX, Gelderman AH, Willard P and Hando C.: Lyophilized unfixed whole lungs for correlative roentgenologic-pathologic-microanalytic study of occupational respiratory disease. Am J Forensic Med & Path. 1:181-185, 1980.

**Publications** (Cont'd)

42. Abraham JL, Hertzberg MA. Inorganic particulates associated with desquamative interstitial pneumonia. Chest 80S:67S-70S, 1981.
43. Schwartz LW, Knight HD, Whittig LD, Malloy R, Abraham JL and Tyler NK. Silicate pneumoconiosis and pulmonary fibrosis in horses from the Monterey-Carmel Peninsula. Chest 80S:82S-85S, 1981.
44. Abraham JL. Open lung biopsy. Lab Medicine 12:87-94, 1981.
45. Newell JD, Higgins CB and Abraham JL. Uptake of iodinated contrast material by the ischemically damaged myocardial cell. Invest Radiol. 17:61-65, 1982.
46. Goldbach PD, Mohsenifar Z, Abraham JL, Young WI and Merrill WD. Talcum powder pneumoconiosis: Diagnosis by transbronchial biopsy utilizing energy dispersive x-ray analysis. Western J Med, 136:439-442, 1982.
47. Spragg RG, Abraham JL and Loomis WH. Pulmonary platelet deposition accompanying acute oleic acid induced pulmonary injury. Am Rev Resp Dis. 126:553-557, 1982.
48. Molden D and Abraham JL. Pulmonary hypertension associated with idiopathic hemochromatosis. Arch Pathol Lab Med 106:328-331, 1982.
49. Herbert A, Sterling G, Abraham JL and Corrin B. Desquamative interstitial pneumonia in an aluminum welder. Human Path. 13:694-699, 1982.
50. Abraham JL, Spore WW and Benirschke K. Cysticercosis of the fallopian tube, histology and microanalysis. Human Path. 13:665-670, 1982.
51. Craighead JE, Abraham JL, Churg AM, et al: The pathology of asbestos-associated diseases of the lungs and pleural cavities: diagnostic criteria and proposed grading schema. Arch Pathol Lab Med. 106:544-597, 1982.
52. Shure D, Abraham JL and Konopka R. How should transbronchial biopsies be prepared and processed? Am Rev Resp Dis. 126:342-343, 1982.
53. Mason GR. Abraham JL, Hoffman L, Cole S, Lippmann M and Wasserman K.: Treatment of mixed-dust pneumoconiosis with whole lung lavage. Am Rev Resp Dis, 126:1102-1107, 1982.
54. Abraham JL, Andersen ME and Muggli RZ. Raman microprobe identification of pathologically and forensically important particles in tissue. In Raman Spectroscopy: Linear and Nonlinear, J. Lascombe & P.V. Huong (Eds.), John Wiley & Sons, New York, pp. 809-810, 1982.
55. Abraham JL. Environmental Pathology of the Lung. In: Environmental and Occupational Medicine, ed. W. Rom, Little, Brown & Co., 1983, pp. 123-155.
56. Raasch FO, Rosenberg JH and Abraham JL. Lead poisoning from hair spray ingestion. Am J Forensic Med. & Path. 4:159-164, 1983.
57. Singh S, Abraham JL, Raasch F, Wolf P and Bloor CM. Diagnosis of early human myocardial ischemic damage with electron probe microanalysis. Am J Forensic Med & Path. 4:85-91, 1983.
58. Stern RM, Pigott GH and Abraham JL. Fibrogenic potential of welding fumes. J Appl Tox. 3:18-30, 1983.
59. Abraham, JL and Burnett, BR. Quantitative analysis of inorganic particulate burden in situ in tissue sections. Scanning Electron Microscopy/1983, 2:681-696, 1983.
60. Spragg RG, Wolf, PL, Haghighi, P, Abraham, JL and Astarita, RW: Angiosarcoma of the lung with fatal pulmonary hemorrhage. Am J Med. 74:1072-1076, 1983.
61. Wallace JM, Catanzaro, A, Batcher, S, and Abraham, JL: A guinea pig model to study effects of persistent intrabronchial antigenic stimulation and inflammation. Am Rev Resp Dis. 128:1077-1083, 1983.
62. Hackney D, Slutsky, RA, Mattrey, R, Peck, WW, Abraham, JL, Shabetai, R and Higgins, CB: Experimental pericardial inflammation evaluated by computed tomography. Radiology, 151:145-148, 1984.
63. Guidotti TL and Abraham, JL: Occupational lung diseases: recognition and evaluation in primary care. Am J Fam Practice 29:169-176, 1984.
64. Occupational and Environmental Health Committee, ALASDIC. Taking the Occupational History, Ann Int Med 99:641-651, 1983.

**Publications** (Cont'd)

65. Abraham JL. Identification and quantitative analysis of tissue particulate burden. Ann NY Acad. Sci., 428:60-67, 1984.
66. Saugstad OD, Hallman M, Abraham JL, Epstein B, Cochrane C and Gluc, L. Hypoxanthine and oxygen induced lung injury: A possible basic mechanism of tissue damage? Ped Res., 18:501-504, 1984.
67. Greenblatt M, Alpert LI, Abraham JL. Update on Formaldehyde. Pathologist, November 1984.
68. Jackson RM, Tucker SB, Abraham JL and Milns JL. Facticial cutaneous ulcers and nodules - the use of electron probe microanalysis in diagnosis. J Am Acad Derm., 11:1065-1069, 1984.
69. Travis WD, Balogh K and Abraham JL. Silicone granulomas. A review of the literature and report of 3 cases. Human Pathology 16:19-27, 1985.
70. Travis WD, Balogh K, Wolf BC, Doos WG, Abraham JL. Silicone Endocarditis: A complication of transvenous cardiac pacing catheterization. Arch Path Lab Med. 110:51-54, 1986.
71. Fischbein A, Abraham JL, Horowitz SF, Hailoo WL, Cohen BA, Rizzo JN, Rohl AN, and Selikoff IJ. Hard metal disease - a multidisciplinary evaluation of two cases. NYS J Med., 86:600-603, 1986.
72. Redline S, Barna BP, Tomashefski JF, Abraham JL. Granulomatous Disease Associated with Titanium Pulmonary Deposition. Br J Ind Med., 43:652-656, 1986.
73. Abraham JL and Mc Euen D. Inorganic particulates associated with pulmonary alveolar proteinosis: SEM and X-Ray microanalysis results. Applied Path., 4:138-146, 1986.
74. Smith CM, Batcher S, Catanzaro R, Abraham JL, and Phalen R. Sequence of bronchoalveolar lavage and histopathologic findings in rat lungs early in inhalation asbestos exposure. J Toxicol Environ Health, 20:147-161, 1987.
75. Craighead JE, Kleinerman J, Abraham JL et al. Diseases associated with exposure to silica and non-fibrous silicate minerals. Arch. Path Lab Med., 112:673-720, 1988.
76. Abraham JL, Smith CM, and Mossman B. Chrysotile and crocidolite pulmonary fiber concentration and dimension after inhalation and clearance in Fischer 344 rats. Ann. Occup.Hyg. 30:203-211, 1988.
77. Hallman M, Abraham JL, Pitkanen O and Arjomaa P. Diagnosis of surfactant defects in newborn, children and adults in the era of surfactant therapy in Surfactant Replacement Therapy in Neonatal and Adult Respiratory Distress Syndrome, edited by B. Lachman, Springer Verlag Publishers (Berlin), 58-65, 1988.
78. Abraham JL and Burnett BR. Quantitative in situ analysis of inorganic particulate burden in tissue sections - an update. Microprobe Analysis in Medicine, Ingram, Shelburne, and Roggli, eds., Hemisphere Publishing Corporation, pp. 111-131, 1989.
79. Barbers RG and Abraham JL. Asbestosis occurring after brief inhalational exposure: Usefulness of bronchoalveolar lavage in diagnosis. Br J Indust Med, 46:106-110, 1989.
80. Yu CP, Asgharian B and Abraham JL. A mathematical model of alveolar clearance of chrysotile asbestos fibers from the rat lung. J Aerosol Sci., 21:587-594, 1990.
81. American Thoracic Society (Weill H, Abraham JL, Balmes JR, et al.) Official statement. Health effects of tremolite. Am Rev Respir Dis, 142:1453-1458, 1990.
82. Jederlinic PJ, Abraham JL, Churg A, Himmelstein JS, Epler G and Gaensler EA. Pulmonary fibrosis in aluminum oxide workers: Investigation of 9 workers, with pathologic examination and microanalysis in 3 of them. Amer Rev Resp Dis., 142:1179-1184, 1990.
83. Abraham, JL, Burnett, BR and Hunt, A. Development and use of a pneumoconiosis database of human pulmonary inorganic particulate burden in over 400 lungs. Scanning Microscopy, 5:95-108, 1991.
84. Bartter T, Irwin RS, Abraham JL, Dascal A, Nash G, Himmelstein JS, Jederlinic PJ. Zirconium compound-induced pulmonary fibrosis. Arch Int Med, 151:1197-1200, 1991.
85. Auchincloss JH, Abraham JL, Lax M, Gilbert R, Henneberger PE, Heitzman ER, Peppi DJ.: Health Hazard of Poorly Regulated Exposure during Manufacture of Cemented Tungsten Carbides and Cobalt. Brit J Ind Med. 48:832-836, 1992.

**Publications** (Cont'd)


86. Abraham JL. Environmental Pathology of the Lung. In: Environmental and Occupational Medicine, 2nd ed. W. Rom, Little, Brown & Co., 1993, pp. 123-155.
87. Forst LS, Abraham JL. Hypersensitivity pneumonitis presenting as sarcoidosis. Br J Ind Med. 50:497-500, 1993.
88. Frost AE, Kellar CA, Brown RW, Noon GP, Short HD, Abraham JL, Pacinda S, Cagle PT. Single lung transplantation for giant cell interstitial pneumonitis: Recurrence of original disease in the transplanted lung. Amer Rev Resp Dis 148:1401-1404, 1993.
89. Abraham JL, Stettler LE, Burnett B, Hunt A, Platek B. Interlaboratory Comparison of Non-Fibrous Particle Lung Burden Quantitation Techniques. Ann Occup Hyg. 38, Suppl. 1:541-550, 1994.
90. Abraham JL, Hunt A, Burnett B. Steel Particles as a Marker of Welding Fume Exposure, Frequency of Occurrence and Prevalence of Steel Particles in a Series of Over 400 Human Lungs. Ann Occup Hyg. 38, Suppl. 1:551-557,1994.
91. Abraham JL. Commentary: Asbestos Inhalation, Not Asbestosis, Causes Lung Cancer. Am J Indust Med. 26:395-398, 1994.
92. Keller CA, Frost A, Cagle PT, Abraham JL Pulmonary alveolar proteinosis in a painter with elevated pulmonary concentrations of titanium. Chest 108:277-280,1995.
93. Abraham JL and Hunt A. Contamination of the environment by Cobalt in the vicinity of a cemented tungsten carbide manufacturing plant. Envir Res. 69:67-74, 1995
94. Schoning P, Abraham JL, Burnett BR. Silicate and Metal Dust in lungs of Greyhounds. Am J Vet Res 57:1006-1009, 1996.
95. Yang YJ and Abraham JL. Undifferentiated carcinoma arising in oncocytic Schneiderian (cylindrical cell) papilloma. J Oral Maxillofac. Surg. 55:289-294, 1997.
96. Beckett W, Abraham JL, Becklake M, Christiani D, Cowie,R, Davis G, Jones R, Kreiss K, Parker J and Wagner G. Report of the ATS committee on adverse effects of crystalline silica exposure. Am J Resp Crit Care Med 155:761-768, 1997.
97. Abraham JL and Wiesenfeld SL. Two cases of fatal PMF in an ongoing epidemic of accelerated silicosis in oilfield sandblasters: lung pathology and mineralogy. Inhaled Particles VIII, Ann Occup Hyg 41 (Suppl. 1): 440-447, 1997.
98. Abraham JL, Hunt A and Burnett BR. Lung pathology and mineralogy associated with high pulmonary burden of metal particles: Fe, Ti, Al and Cr in a pneumoconiosis database. Inhaled Particles VIII, Ann Occup Hyg 41 (Suppl. 1): 522-530, 1997.
99. Botash RJ, Poster RB, Abraham JL, Mahkuli ZM. Senile Seminal Vesicle Amyloidosis Associated with Hematospermia: Demonstration by Endorectal MR Imaging. J Comput Assist Tomog 21:748-749, 1997.
100. Hunt A, Burnett BR, Basford T, Abraham JL. Lead and other metals in play-kit and craft items composed of vinyl and leather. Am J Publ Health 87:1724-1727, 1997.
101. Barker-Griffith AE, Streeten BW, Abraham JL, Schaeffer DP and Norton SW. Potato Gun Ocular Injury. Ophthalmology 105:535-538, 1998.
102. Turkeri LN, Daudi I, Abraham JL, Wojtowycz AR and Haas GP. Cirsoid Arteriovenous Malformation of Kidney presenting as a mass suggestive of malignancy. Int J Urol, 5:96-99, 1998.
103. Schwarz Y, Kivity S, Fischbein A, Abraham JL, Fireman E, Moshe S, Dannon Y, Topilsky M, Grief J. Evaluation of workers exposed to dust containing hard metals and aluminum oxide. Am J Indust Med. 34:177-182, 1998.
104. Abraham JL, Hunt A and Berry CL. Pathology and Mineralogy in fatalities from the Great London Smog of 1952: Microanalysis of Metals and Ultrafine PM. EPA Colloquium on Particulate Matter. Durham, NC June 1999.
105. Boyd AS, Seger D, Vannucci S, Langley M, Abraham JL, King LE Jr. Mercury exposure and cutaneous disease. J Am Acad Dermatol. 43:81-90, 2000.
106. Powell JWD, Hunt A, Abraham JL. Anthropogenic Vanadium-Chromium-Iron and Cerium-Lanthanum-Iron particles in settled urban house dust: CCSEM identification and analysis. Water Air Soil Pollut. 135:201-217, 2002.
107. Ligon JJ, Abraham JL, Boyd AS. Traumatic osmium tetroxide inoculation. J Am Acad Dermatol. 45:949-52, 2001.

**Publications** (Cont'd)

108. Hunt A, Judson B, Berry CL, Abraham JL. Histocompartmental analysis of retained fine particles in the lungs of London residents who expired at the time of the Great Smog of 1952. Ann Occup Hyg. 46 (Suppl. 1): 377-381, 2002.
109. Abraham JL, Burnett BR, Hunt A. Quantification of non-fibrous and fibrous particulates in human lungs: Twenty-year update on pneumoconiosis database. Ann Occup Hyg. 46 (Suppl. 1): 397-401, 2002.
110. Hull MJ, Abraham JL, Case BW. Mesothelioma Among Workers in Asbestiform Fiber-Bearing Talc Mines in New York State. Ann Occup Hyg. 46 (Suppl. 1): 132-135, 2002.
111. Abraham JL, Siwinski G, Hunt A. Ultrafine particulate exposures in indoor, outdoor, personal and mobile environments: effects of diesel, traffic, pottery kiln, cooking and HEPA filtration on micro-environmental particle number concentration. Ann Occup Hyg. 46 (Suppl. 1): 406-411, 2002.
112. Wright RS, Abraham JL, Harber P, Burnett BR, Morris P, West P. Fatal Asbestosis 50 years after Brief High Intensity exposure in a Vermiculite expansion plant. Am J Resp Crit Care Med 165:1145-1149, 2002.
113. Hull MJ and Abraham JL. Aluminum welding fume-induced pneumoconiosis. Human Pathology 33:819-825, 2002.
114. Hunt A, Abraham JL, Judson B and Berry CL. Toxicologic and Epidemiologic Clues from the Characterization of the London 1952 Smog Fine Particulate Matter in Archival Autopsy Lung Tissues. Environ Health Perspect 111:1209-1214, 2003.
115. Catranis CM, Anagnost SE, Wang CJK, Zhang L, Fernando A, Morey, S, DeStefano P, Garback C, LaMoy M, Hall G, Crawford JA, Naishadham, D, Hunt, Abraham JL. Assessment of Exposure to Indoor Environmental Factors for an Infant Cohort at Risk for Asthma: Preliminary Analysis of Bioaerosol Data. 5th International Conference on Bioaerosols, Fungi, Bacteria, Mycotoxins and human health, Saratoga Springs, NY, 2004. Published in: Bioaerosols, Fungi, Bacteria, Mycotoxins and Human Health, Editor, E. Johanning. Fungal Research Group Foundation, Inc., Albany, New York. 2005 pp. 40-48.
116. Honma K, Abraham JL, Chiyotani K, De Vuyst P, Dumortier P, Gibbs AR, Green FH, Hosoda Y, Iwai K, Williams WJ, Kohyama N, Ostiguy G, Roggli VL, Shida H, Taguchi O, Vallyathan V. Proposed criteria for mixed-dust pneumoconiosis: Definition, descriptions, and guidelines for pathologic diagnosis and clinical correlation. Hum Pathol. 35:1515-23, 2004.
117. Sawyer RT, Abraham JL, Daniloff E, Newman LS. Secondary Ion Mass Spectroscopy Demonstrates Retention of Beryllium in Chronic Beryllium Disease Granulomas. J Occup Environ Med 47:1218-1226, 2005.
118. Crawford JA, Hargrave TM, Hunt A, Liu CC, Anbar RD, Hall GE, Naishadham D, Czerwinski MH, Webster N, Lane SD, Abraham JL. Issues in Design and Implementation in an Urban Birth Cohort Study: the Syracuse AUDIT Project. J Urban Health 83:741-759, 2006.
119. Boyd AS, Zic JA, Abraham JL. Gadolinium Deposition in Nephrogenic Fibrosing Dermopathy. J Am Acad Dermatol. doi 10.1016/j.jaad.2006.10.048; 56:27-30, 2007.
120. Abraham JL. Analysis of Fibrous and Non-Fibrous Particles. Ch 18. in Rom W (ed) Environmental and Occupational Medicine, 4th Edition, Lippincott Williams and Wilkins. 277-297, 2006.
121. Nasr MR, Savici D, Tudor L, Abou Abdallah D, Newman N, Abraham JL. Inorganic Dust Exposure Causes Pulmonary Fibrosis in Smokers: Analysis Using Light Microscopy, Scanning Electron Microscopy and Energy Dispersive X-Ray Spectroscopy. Arch Envir Occup Health 61:53-60, 2007.
122. Nemery B and Abraham JL. Hard Metal Lung Disease – Still Hard to Understand (Editorial) Am J Resp Crit Care Med. 176:2-3, 2007.
123. Lyons JJ, Sime PJ, Ward D, Watson T, Abraham JL, Evans R, Budev M, Costas K, Beckett WS. A breathless builder. Breathe 3:386-390, 2007.
124. Thakral C, Alhariri J, Abraham JL. Long-term retention of Gadolinium (Gd) in tissues from Nephrogenic systemic fibrosis (NSF) patient after multiple Gd-enhanced MRI scans: case report and implications. Contrast Media and Molecular Imaging. 2:199-205, 2007 [E-pub August 22, DOI:10.1002/cmmi.146]
125. Thakral C and Abraham JL. Automated Scanning Electron Microscopy and x-ray Microanalysis for in situ Quantification of Gadolinium Deposits in Skin. J Electron Microsc; 56:181-187, 2007
126. Naqvi AH, Shields JW, Abraham JL. Nasal Argyria (deposition of Silver-Selenium) in the photographic industry: Histopathology and microanalysis. Am J Otolaryngol <u>28</u>:430-432, 2007.

**Publications** (Cont'd)


127. Abraham JL, Thakral C, Skov L, Rossen K, Marckmann P. Dermal inorganic Gadolinium concentrations: evidence for *in vivo* transmetallation and long-term persistence in Nephrogenic Systemic Fibrosis. Br J Dermatol 2008;158(2):273–80. [Epub 2007 Dec 7; doi 10.1111/j.1365-2133.2007.08335.x]
128. Kalb RE, Helm TN, Sperry H, Thakral C, Abraham JL, Kanal E. Gadolinium induced nephrogenic systemic fibrosis: report of a case in a patient with an acute and transient kidney injury. Br J Derm 158:607-610, 2008 [E-pub Dec 12, 2007; doi 10.1111/j.1365-2133.2007.08369.x]
129. Abraham JL, Chandra S, Thakral C, Abraham JM. SIMS imaging of Gadolinium isotopes in tissue from Nephrogenic Systemic Fibrosis Patients: Release of Free Gd from Magnetic Resonance Imaging Contrast Agents. App Surf Sci 255:1181-1184, 2008.[E-pub May 16, 2008; doi 10.1016/j.apsusc.2008.05.140]
130. Abraham JL and Thakral C. Tissue Distribution and Kinetics of Gadolinium and Nephrogenic Systemic Fibrosis. Eur J Radiol. 66:200-207, 2008. [E-pub March 26, 2008; doi 10.1016/j.ejrad.2008.01.026]
131. Kapur R, Pulido JS, Abraham JL, Sharma M, Buerk B and Edward DP. Histologic findings after surgical excision of optic nerve head drusen. Retina. 28:143-146, 2008.
132. Naqvi AH, Abraham JL, Kellman RM, Khurana, K. Calcium pyrophosphate dihydrate deposition disease (CPPD)/Pseudogout of the temporomandibular joint – FNA findings and microanalysis. CytoJournal 2008;5:8, 2008. [E-pub April 21,2008; doi:10.1186/1742-6413-5-8]
133. Boyd AS, Sanyal S, Abraham JL. Gadolinium is not deposited in the skin of patients with normal renal function after exposure to gadolinium-based contrast agents. J Am Acad Dermatol 59(2):356-8, 2008.
134. Naqvi AH, Hunt A, Burnett BR, Abraham JL. Pathologic Spectrum and lung dust burden in giant cell interstitial pneumonia (hard metal disease, cobalt pneumonitis): Review of 100 cases. Arch Envir Occup Health 63:51-70, 2008.
135. Case BW and Abraham JL. Heterogeneity of exposure and attribution of mesothelioma: Trends and strategies in two American counties. Inhaled Particles X (2008) Journal of Physics: Conference Series 151:1-15, 2009.
136. Rosenbaum PF, Crawford JA, Anagnost SE, Wang CJK, Hunt A, Anbar RD, Hargrave TM, Hall GE, Liu CC, Abraham JL. Indoor Airborne Fungi and Wheeze in the First Year of Life among a Cohort of Infants at Risk for Asthma. J Expo Sci Environ Epidemiol. 2010;20:503-515.
137. Thakral C and Abraham JL. Gadolinium−Induced Nephrogenic Systemic Fibrosis Is Associated with Insoluble Gd Deposits in Tissues: In Vivo Transmetallation Confirmed by Microanalysis. J Cutan Path 2009;36:1244-54.
138. Thakral C and Abraham JL. Nephrogenic Systemic Fibrosis – Histology and Gadolinium Detection. Radiol Clin N Am 47: 841–853, 2009. [doi:10.1016/j.rcl.2009.06.005]
139. Davis RL and Abraham JL. Lanthanum deposition in a dialysis patient. Nephrol Dial Transplant.[E-pub July 22, 2009; doi: 10.1093/ndt/gfp364] and reply [E-pub November 12, 2009; doi: 10.1093/ndt/gfp545]
140. Wiedemeyer K, Kutzner H, Abraham JL, Thakral C, Carlson JA, Tran TA, Hausser I, Hartschuh W. The evolution of osseous metaplasia in localized cutaneous nephrogenic systemic fibrosis: a case report. Am J Dermatopath. 2009; 31:674-81.
141. Wilford C, Fine J-D, Boyd AS, Sanyal S, Abraham JL, Kantrow SM. Nephrogenic Systemic Fibrosis: Report of an Additional Case with Granulomatous Inflammation. Am J Dermatopath 2010;32:71-75.
142. Boyd AS, Sanyal S, Abraham JL. Tissue Gadolinium Deposition and Fibrosis Mimicking Nephrogenic Systemic Fibrosis – Subclinical NSF?. J Am Acad Dermatol 62:337-342.2010.
143. Crawford JA, Rosenbaum PF, Anagnost SE, Hunt A, and Abraham JL. Home conditions and indoor airborne fungal levels in a cohort of infants at risk for asthma. In Healthy Buildings: Proceedings of the 9th International Healthy Buildings Conference and Exhibition. Eds.: Santanam, S., Bogucz, E.A., Peters, C., and Benson, T., Healthy Buildings 2009, Syracuse, NY, USA. Paper No: 694.
144. Abraham JL. Detection of Gadolinium (Gd) in Tissues. Curr Rheumatol Rev 2010; 6:163-170.

**Publications** (Cont'd)

145. George SJ, Webb S, Abraham JL, Cramer SPJ. Synchrotron X-ray Analyses Demonstrate Phosphate-Bound Gadolinium in Skin in Nephrogenic Systemic Fibrosis. Br J Dermatol. 2010;163:1077-81.
146. Barker-Griffith A, Goldberg J, Abraham JL. Ocular Pathology and Gadolinium Deposition in Nephrogenic Systemic Fibrosis. Arch Ophthalmol. 2011;129:661-3.
147. Xia D, Davis RL, Crawford JA, Abraham JL. Gadolinium released from MR contrast agents is deposited in brain tumors: in situ demonstration using scanning electron microscopy with energy dispersive x-ray spectroscopy. Acta Radiol 2010;51(10):1126-36 [E-pub September 26, 2010].
148. Case BW, Abraham JL, Meeker G, Pooley FD, Pinkerton KE. Applying definitions of “asbestos” to environmental and “low-dose” exposure levels and health effects, particularly malignant mesothelioma. J Toxicol Environ Health, Part B, 2011;14:3-39.
149. Ghio AJ, Soukup JM,. Dailey LA, Richards J, Deng Z, Abraham JL. Gadolinium exposure disrupts iron homeostasis in cultured cells. J Biol Inorg Chem. 2011; 16:567-75 [E-pub January 26, 2011].
150. Sanyal S, Marckmann P, Scherer S, Abraham JL. Multiorgan Gadolinium (Gd) deposition and fibrosis in a patient with Nephrogenic Systemic Fibrosis (NSF) -- an autopsy based review. Nephrol Dial Transplant 2011; 26(11):3616-26.
151. Hunt A, Crawford JA, Rosenbaum PF, Abraham JL. Levels of Household Particulate Matter and Environmental Tobacco Smoke Exposure in the First Year of Life for a Cohort at Risk for Asthma in Urban Syracuse, NY. Environ Int 2011;37:1196-1205.
152. Caplan-Shaw CE, Rogers R, Yee H, Abraham JL, Parsia SS, Naidich DP, Borczuk A, , Moreira A, Shiau MC, Ko JP, Brusca-Augello G,, Berger K, Goldring R, Reibman J. Lung pathologic findings in a local residential and working community exposed to World Trade Center dust, gas, and fumes. J Occup Environ Med 2011;53:981-991.
153. Fireman E, Bar Shai A, Lerman Y, Topilsky M, Blanc PD, Maier L, Li L, Chandra S, Abraham JM, Fomin I, Aviram G, Abraham JL. Chest wall shrapnel-induced beryllium-sensitization and associated pulmonary disease. Sarcoidosis Vasculitis and Diffuse Lung Diseases 2012, 29:147-150.
154. Fraga GR, Machan M, Abraham JL, Gadzia JE. Necrotizing infundibular crystalline folliculitis manifesting as a perforating mucinosis: a case report. Am J Dermatopath . 2013;35:757-60.
155. McClain CM, Kantrow SM, Abraham JL, Price J, Parker ER, Robbins JB. Localized Cutaneous Argyria: Two Case Reports and Clinicopathologic Review. Am J Dermatopath. 2013;35:e115-8.
156. Mukhopadhyay S, Gural M, Abraham JL, Scalzetti E, Iannuzzi M. A Case of Hut lung: SEM/EDS analysis of a domestically acquired form of pneumoconiosis. Chest 2013;144:323-7.
157. Breazzano MP, Fikhman M, Abraham JL, Barker-Griffith AE. Analysis of Schwalbe’s Line (Limbal Smooth Zone) by Scanning Electron Microscopy and Optical Coherence Tomography in Human Eye Bank Eyes, J Ophthalmic Vis Res. 2013; 8 (1): 9-16.
158. Raghu G, Collins BF, Xia D, Schmidt R, Abraham JL. Pulmonary Fibrosis associated with Aluminum Trihydrate (Corian) Dust. N Engl JMed. 2014;370:2154-6.
159. Raghu G, Xia D, Abraham JL. More on pulmonary fibrosis associated with aluminum trihydrate (Corian) dust. N Engl J Med. 2014 Sep 4;371(10):973-4
160. Morin PC, Rosenbaum PF, Abraham JL, Weinstock RS. Poor Air Quality in Homes of Medicare Recipients with Diabetes. Home Healthcare Nurse. 2014;32:354-61.
161. Bailey RA, Duncan JW, Tran AT, Abraham JL. Mega-granuloma after using the universal clamp for adolescent idiopathic scoliosis: what is it and can it be prevented? Spine Deformity. 2014;2:392-8.
162. Rosenbaum PF, Crawford JA, Hunt A, Vesper SJ, Abraham JL. Environmental Relative Moldiness Index and Associations with Home Characteristics and Infant Wheeze. J Occ Envir Hyg. 2015;12:29-36. [E-pub July 28, 2014]
163. Balmes JR, Abraham JL, Dweik RA, Fireman E, Fontenot AP, Maier LA, Muller-Quernheim J, Ostiguy G, Pepper LD, Saltini C, Schuler CR, Takara TK, Wambach PF. An Official ATS Statement: Diagnosis and Management of Beryllium Sensitivity and Chronic Beryllium Disease. Am J Resp Crit Care Med. [E-pub 2014 Nov 15;190(10):e34-59]

**Publications** (Cont'd)

164. Abraham JL, Chandra S, Agrawal A. Quantification and micron-scale imaging of spatial distribution of trace beryllium in shrapnel fragments and metallurgic samples with correlative fluorescence detection method and secondary ion mass spectrometry (SIMS). J Microsc. 2014;256:145-52.
165. Halldin CN, Reed WR, Joy GJ, Colinet JF, Rider JP, Petsonk EL, Abraham JL, Wolfe AL, Storey E, Laney AS. Debilitating Lung Disease among Surface Coal Miners with No Underground Mining Tenure. JOEM 2015;57:62-7.
166. Crawford JA, Rosenbaum PF, Hunt A, Anagnost SE, Abraham JL. Indicators of airborne fungal concentrations in urban homes: Understanding the conditions that affect indoor fungal exposures. Sci Tot Env 2015;517:113-124.
167. Dewan A, Zwerner J, Abraham JL, Boyd A, Zic J. Chronic, dusky, indurated plaques on the lower extremities of a 31 year-old female. Clin Exp Dermatol 2015 [E-pub September 29, 2015]. 2016;41:328-330.
168. Hammar SP, Abraham, JL. Commentary on pathologic diagnosis of asbestosis and critique of the 2010 Asbestosis Committee of the College of American Pathologists (CAP) and Pulmonary Pathology Society's (PPS) update on the diagnostic criteria for pathologic asbestosis. Am J Ind Med 2015;58:1034–1039.
169. Lakis NL, Li Y, Abraham JL, Upton C, Blair DC, Smith S, Zhao H, Damon IK. Novel Poxvirus Infection in an Immune Suppressed Patient, Clin Infect Dis. 2015;61(10):1543-8 [E-pub August 3, 2015]
170. Breazzano MP, Fang HS, Robinson MR, Abraham, JL, Barker-Griffith, AE. Vitreomacular attachment ultrastructure and histopathological correlation. Current Eye Res. doi/full/10.3109/02713683.2015.1085578 [E-pub Nov 18, 2015].
171. Cohen RA, Petsonk EL, Rose C, Young B, Regier M, Najmuddin A, Abraham JL, Churg A, Green FHY. Lung pathology in U.S. coal workers with rapidly progressive pneumoconiosis implicates silica and silicates. Am J Resp Crit Care Med. 2016;193:673-680.
172. Wright L, Eagle RE, Abraham JL, Barker-Griffith AE. Elemental Composition of Ora Serrata Pearls -- a form of Focal Nodular Drusen. JAMA Ophthalmology 2016;134:601-603.
173. Cohen BE, Bashey S, Cole C, Abraham JL, Ragsdale B, Ngo B. N. Dermal Titanium Dioxide Deposition Associated with Intralesional Triamcinolone Injection. Am J Dermatopath 2016;38:e163-e166.
174. Mukhopadhyay S, Abraham JL, Inaty H, Abu-Hijleh M, Mehta AC. Reply: Breast Implant Toxicity. (letter) Ann Am Thorac Soc. 2016;13(6):993-4.
175. Cohen RA, Rose C, Petsonk EL, Abraham JL, Green FH, Churg A. Reply: Coal mine dust lung disease that persists below the surface of surveillance: down under. Am J Respir Crit Care Med. 2016;194(6):773-4.
176. Mayer AS, Mroz, M, Abraham JL, Maier LA. Beryllium and related granulomatous responses. Ch 24 in Newman Taylor A et al (eds.). Parkes' Occupational Lung Disorders, 4th ed.CRC Press. 299-315, 2016.
177. Hoda RS, Sanyal S, Abraham JL, Everett JM, Hundemer GL, Yee E, Lauwers GY, Tolkoff-Rubin N, Misdraji J. Lanthanum deposition from oral lanthanum carbonate in the upper gastrointestinal tract. Histopathology. 2017; 70:1072-1078.
178. Baur X, Abraham JL, Sanyal S. Mixed-dust pneumoconiosis: review of diagnostic and classification problems with presentation of a work-related case. SciTotEnv. 2018;652:413–421.
179. Shue A, Joseph JM, Tao JP, Barker-Griffith AE, Abraham JL, Minckler DS. Massive silicone-induced orbital granuloma. Ocul Oncol Pathol. 2020;6:145-150.
180. Cummings KJ, Stanton ML, Nett RJ, Segal LN, Kreiss K, Abraham JL, Colby TV, Franko AD, Green FHY, Sanyal S, Tallaksen RJ, Wendland D, Bachelder VD, Boylstein RJ, Park JH, Cox-Ganser JM, Virji MA, Crawford JA, Green BJ, LeBouf RF, Blaser MJ, Weissman DN. Severe lung disease characterized by lymphocytic bronchiolitis, alveolar ductitis, and emphysema (BADE) in industrial machine manufacturing workers. Am J Ind Med. 2019; 62(11):927-937. [E-pub August 28, 2019]
181. Sanyal S, Crawford JA, Abraham JL. Overlooked Role of Histopathology in Evaluations for Occupational/Environmental Exposures [letter]. Am J Respir Crit Care Med 2020;201:1581.

182. Wu BG, Kapoor B, Cummings KJ, Stanton ML, Nett RJ, Kreiss K, Abraham JL, Colby TV, Franko AD, Green FHY, Sanyal S, Clemente JC, Gao Z, Coffre M, Meyn P, Heguy A, Li Y, Sulaiman I, Borbet TC, Koralov SB, Tallaksen RJ, Wendland D, Bachelder VD, Boylstein RJ, Park JH, Cox-Ganser JM, Virji MA, Crawford JA, Edwards NT, Veillette M, Duchaine C, Warren K, Lundeen S, Blaser MJ, Segal LN. Evidence for Environmental-human Microbiota Transfer at a Manufacturing Facility with Novel Work-related Respiratory Disease. Am J Respir Crit Care Med. [E-pub Jul 16, 2020] 2020;202:1678-1688.
183. Caplan AL, Abraham JL. Ethical considerations for protecting the options of subjects in primary epidemic vaccine trials. J Med Ethics. 2020;46:465–9.
184. Go LHT, Green FHY, Abraham JL, Churg A, Petsonk EL, Cohen RA. Coal mine dust lung disease in miners killed in the Upper Big Branch disaster – a review of lung pathology and contemporary respirable dust levels in underground US coal mines. Occup Envir Med 2021 (E-pub Dec 8, 2021).
185. Ravi V, Cohen B, Kim G, Abraham JL, Sanyal S, Tran D, Ngo B. Chrysiasis: Gold Aggregates Around a Nevus and Osteoma Cutis. Am J Dermatopathol 2021;43:579-582. [E-pub May 11, 2021].
186. Vinnikov D, Blanc PD, Raushanova A, Beisbekova A, Abraham JL, Zlobina Y. Exposure to respirable dust among workers fabricating aluminium trihydroxide-containing synthetic countertops. Scientific Reports 2021;11:21219 [E-pub Oct 26, 2021].
187. Cohen RA, Rose CS, Go LHT, Zell-Baran L, Almberg KS, Sarver E, Lowers S, Iwaniuk C, Clingerman S, Richardson D, Abraham JL, Cool C, Franko A, Hubbs AF, Murray J, Orandle MS, Sanyal S, Vorajee N, Petsonk EL, Sulfikar R, Green FHY. Pathology and Mineralogy Demonstrate Respirable Crystalline Silica is a Major Cause of Severe Pneumoconiosis in US Coal Miners. Annals of the ATS. 2022;19:1469-1478.
188. Zaccarini DJ, Lubin D, Sanyal S, Abraham JL. Barium sulfate deposition in the gastrointestinal tract: review of the literature. Diagnostic Pathology.2022;17:99 [E-pub Dec 31, 2022]
189. Go L HT, Rose CS, Zell-Baran LM, Almberg KS, Iwaniuk C, Clingerman S, Richardson DL, Abraham JL, Cool CC, Franko AD, Green FHY, Hubbs AF, Murray J, Orandle MS, Sanyal S, Vorajee NI, Sarver EA, Petsonk EL, Cohen RA. Historical shift in pathologic type of progressive massive fibrosis among US coal miners. JOEM 2023;80:425-430. [E-pub June 9, 2023]
190. Zell Baran L, Go LHT, Sarver E, Almberg KS, Iwaniuk C, Green FHY, Abraham JL, Cool C, Franko A, Hubbs AF, Murray J, Orandle MS, Sanyal S, Vorajee, N, Cohen RA, and Rose CS. Mining tenure and job duties differ among contemporary and historic underground coal miners with progressive massive fibrosis. JOEM 2023;65:315-320. [E-pub Nov. 2022]
191. Baur X, Abraham JL. A case of welder's lung with end-state pulmonary fibrosis. Pneumologie. 2023;77:567-573 [E-pub August 2023]
192. Smith J, Amariei D, Herazo-Maya J, Niyazi S, Ruffalo R, Abraham JL, Patel K, Qureshi M, Bandyopadhyay D. Delayed Pulmonary Silicone Embolism Syndrome Following Saline Breast Implants. Ann Int Med Clin Cases [E-pub Nov 21, 2023]
193. Corwin C, Waterhouse H, Abraham JL, Sanyal S, Crawford JA, Caddell M, Hodgson MJ. Interstitial Pulmonary Disease and Aluminum Exposure: A Single Case Report and Detailed Workplace Analysis. Am J Indust Med. 2024;67:274-286.
194. Crawford JA, Sanyal S, Burnett BR, Wiesenfeld SL, Abraham JL. Accelerated Silicosis in Sandblasters: Pathology Mineralogy and Clinical Correlates. Am J Indust Med. 2024;67:179-199.
195. Lemma RT, Allen-Proctor MK, Sanyal S, Curtiss C, Abraham JL. Autopsy study of bronchial airway smooth muscle thickness after bronchial thermoplasty for severe asthma. [Under revision for resubmission; January 2024]

==========================================================================

**Abstracts**:

A1. Abraham JL. Cell surface changes during in vitro Rous sarcoma virus transformation of chick embryo fibroblasts. Texas Rep Biol Med. 28:373-374, 1970.
A2. Abraham JL and DeNee PB. Roentgenologic-pathologic-microanalytic correlative study of coal workers' pneumoconiosis. Lab Invest. 32:462, 1975.
A3. Abraham JL. A scanning electron microscope study of Pneumocystis carinii pneumonia using backscattered electrons and silver stains. Fed Proc. 34:857, 1975.
A4. DeNee PB, Abraham JL and Gelderman AH. Bronchiolitis obliterans and silica in human lung following exposure to burning jute: A scanning electron microscopic study. Am J Path. 78:7a, 1975.
A5. DeNee PB and JL Abraham. Correlative microanatomy via scanning electron microscope histology. Anat. Rec., 181:343-344, 1975.
A6. Abraham JL. Lung cancer in the U.S. National Coal Workers' Autopsy Study: Analysis of 1300 necropsies. Am Rev Resp Dis. 113:104, 1976.
A7. Abraham JL and DeNee PB. Lyophilized unfixed whole lungs for correlative roentgenologic-pathologic-microanalytic study of environmental lung disease. International Academy of Pathology, Washington, D.C. October 1976 (scientific exhibit).
A8. Abraham JL. Lung cancer epidemiology in the NCWAS. International Academy of Pathology Annual Meeting, Washington, D.C. October 1976.
A9. Abraham JL and Miyai K. Comparison of several SEM imaging modes in studying intracellular particulates in the lung. In "34th Annual Proceedings Electron Microscopy Society of America", (Bailey, G.W., ed.), p. 222-223. Claitor's Publishing Division, Baton Rouge, 1976.
A10. Abraham JL. Legionnaire's Disease: SEM and x-ray microanalysis of respirable metal particles in situ in the lung. Presented at "1977 Annual Meeting of Amer. Academy of Forensic Sciences". Invited. San Diego, February, 1977.
A11. McEuen D and Abraham JL. Particulate concentrations in pulmonary alveolar proteinosis. Amer Assoc Pathologists, Ann Mtg Abst., p. 63a. Toronto, March 1977.
A12. Abraham JL. Recent advances in pneumoconiosis - the responsibility of pathologists in etiologic diagnosis. Invited Review presented in Long Course on the Lung, International Academy of Pathology. Toronto, March 1977.
A13. Abraham JL and Whatley TA. Ion microprobe analysis of beryllium-containing particles in situ in human lungs. Fed Proc. 36:1090, 1977.
A14. Rudolph R., Vecchione TR, Guber S, Abraham JL and Woodward M. Electron microscopy of myofibroblasts and free silicon in fibrous capsules of augmented breasts. Am. Society Plastic and Reconstructive Surgery Meeting, San Francisco, 1977.
A15. McEuen D and Abraham JL. Pulmonary alveolar proteinosis: SEM and x-ray microanalysis results. Lab Invest., 38:356, 1978.
A16. Sherwin RP, Barman ML and Abraham JL. Silicate pneumoconiosis of farm workers. Lab Invest. 38:365, 1978.
A17. Bonin ML and Abraham JL. Combined scanning electron microscopy and x-ray microanalysis: Diagnostic and investigative uses in pathology. Lab Invest. 38:374, 1978 (scientific exhibit).
A18. Brambilla C, Abraham JL and Liebow AA. Light microscopy, TEM, SEM and x-ray microanalysis of inhalation and intravenous silicate pneumoconiosis. Am Rev Resp Dis. 117:221, 1978.
A19. Abraham JL. Diagnostic applications of microanalysis. Invited presentation at NIH Instrumentation Symposium, Washington, D.C., August 1978.
A20. Abraham JL. Microanalysis of human granulomatous lesions. Paper presented at "8th International Conference on Sarcoidosis" Cardiff, Wales, September 1978.
A21. Abraham JL. Microscopic diagnoses. Arch Path Lab Med. 102:388, 1978 (letter).
A22. Abraham JL. Studies on the identification and distribution of prosthesis-associated silicone in the body. Invited presentation at Food & Drug Administration meeting, Washington, D.C., July 1978.
A23. Abraham JL. Scanning electron microscopy and microanalysis in diagnostic pathology. Invited presentation at International Academy of Pathology meeting in Jerusalem, September 1978.

**Abstracts** (Cont'd):

A24. Abraham JL. "Safe" cigarettes and fortified alcohol. New Eng J Med. 299:1137, 1978. (letter).

A25. Guidotti TL, Abraham JL, DeNee PB and Smith JR. Arc Welder's pneumoconiosis: Studies with advances techniques of scanning electron microscopy and microprobe analysis. Abstract presented at the Fifth International Conference on the Pneumoconioses, Caracas, Venezuela, October 1978.

A26. Abraham JL and Brambilla C. Particle size for differentiation between inhalation and injection pulmonary talcosis. Am Rev Resp Dis. 119:196, 1979.

A27. Abraham JL and McEuen DD. Inorganic particulates associated with pulmonary alveolar proteinosis. Am Rev Resp Dis. 119:196, 1979.

A28. Abraham JL. Talc pneumoconiosis in cigarette smoking dogs. Am Rev Resp Dis. 119:197, 1979.

A29. Abraham JL and Spragg RG. Documentation of environmental exposure using open biopsy, transbronchial biopsy and bronchopulmonary lavage in giant cell interstitial pneumonia (GIP). Am Rev Resp Dis. 119:197, 1979.

A30. Abraham JL. Dust inhalation in Egyptian and Peruvian mummies - SEM and x-ray microanalysis. Invited abstract presented at Paleopathology Club, San Francisco, March 1979.

A31. Abraham JL, Mayr W and Gmelich JT. Scanning and transmission EM diagnosis of an unusual granulomatous salivary gland lesion. J Ultrastructure Res. 68(3):354, 1979.

A32. Abraham JL. Asbestos Related Disease and the Pathologist - Current Under-diagnosis of Environmental Disease. Presented at San Diego County society of Pathologists, April 1979.

A33. Abraham JL. SEM backscattered electron imaging in Pathology -- histochemistry and microanalysis. Invited Review presented at 9th Western Regional Meeting of Electron Microscopists, May 1979.

A34. Tyler WS and Abraham JL. Analysis of particulates in lungs. Invited presentation to Calif. Air Resources Board. May 1979.

A35. Stool E, Abraham J, Moser K and Spragg R. The immediate and delayed consequence of transient pulmonary leukostasis on pulmonary hemodynamics, gas-exchange and histology. ACCP Meeting, 1979.

A36. Abraham JL. Invited Faculty for Environmental Pathology Workshop on Particulate Analysis - UAREP Aspen Meeting. Aspen, CO., August 1979.

A37. Abraham JL. (ASCP/CAP Meeting). Mineral Lung Diseases. Las Vegas, Nev., October 1979.

A38. Abraham JL. Mixed Soil Silicate Pneumoconiosis in Ancient and Modern Man. Inhaled Particles Symposium, Cardiff, Sept. 1980.

A39. Abraham JL, Barton RT, Hogetveit A and Anderson I. Microanalysis of metal fumes in situ in Norwegian Nickel Refinery Workers and Controls. Inhaled Particles Symposium, Cardiff, Sept. 1980.

A40. Spragg RG and Abraham JL. Acute oleic acid pulmonary injury is accompanied by pulmonary sequestration of platelets. Amer Rev Resp Dis, 1980.

A41. Newell JD, Higgins CB, Abraham JL. Localization of the Site of Contrast Material Uptake in Myocardial Infarctions by Scanning Electron Microscopy. Association of University Radiologists 28th Annual Meeting, University of Arizona, Tucson, Arizona. March 25-28, 1980.

A42. Schwartz L, Knight H, Whittig J, Abraham JL, Tyler N. Silicate Pneumoconiosis and Pulmonary Fibrosis in Horses from Monterey-Carmel Peninsula. The 23rd Aspen Lung Conference, Given Institute of Pathology, Aspen, CO, June 11-14, 1980.

A43. Feigin DS and Abraham JL. "Increased Markings" - A Radiologic-Pathologic Correlation Study. Association of University Radiologists 28th Annual Meeting, University of Arizona, Tucson, AZ, March 25-28, 1980.

A44. Abraham JL. Etiologic Diagnosis of Environmental Lung Disease Using Scanning Electron Microscopy and Microanalysis. The 23rd Aspen Lung Conference, Given Institute of Pathology, Aspen, CO, June 11-14, 1980.

A45. Abraham JL and Hertzberg M. Inorganic Particulates Associated with Desquamative Interstitial Pneumonia. The 23rd Aspen Lung Conference, Given Institute of Pathology, June 11-14, 1980.

A46. Shure D, Abraham JL and Konopka R. How should transbronchial biopsies be performed and processed? Am Rev Resp Dis. 123:82, 1981.

A47. Lonky SA, Spragg RG, Abraham JL and Ginsberg MH. Intratracheal inoculation of leukocyte elastase is accompanied by pulmonary sequestration of platelets and release of platelet factor. Am Rev Resp Dis. 123:225, 1981.

**Abstracts** (Cont'd):

A48. Abraham JL. (Letter) Biomedical research and the marketplace. New Eng J Med. 305:770, 1981.
A49. Lonky SA, Spragg RG and Abraham JL. Lung platelet sequestration following the intratracheal instillation of human leukocyte elastase. Clin Res. 29:A69, 1981.
A50. Christie AJ and Abraham JL. Silicone lymphadenopathy - techniques used in confirming the presence of silicone particles within a lymph node. Abstract #93 in Canadian Rev Lab Med., Vol. 3, 1981.
A51. Wallace JM, Catanzaro AC, Batcher S and Abraham JL. A guinea pig model for the study of immunologic and pathologic responses to persistent intrabronchial antigenic stimulation. Amer Rev Resp Dis. 125:67, 1982.
A52. Abraham JL, Burnett B and Rodriguez-Roisin R. Correlated environmental, radiologic, physiologic, pathologic and mineralogic analysis in asbestos workers. Amer Rev Resp Dis. 125:154, 1982.
A53. Saugstad OD, Hallman M, Abraham JL, Cochrane C and Gluck L. Hypoxanthine (Hx) and O2 induced lung damage. A basic mechanism mediated by free radicals? Pe. Res. 16:691, 1982.
A54. Abraham JL, Andersen ME, Muggli RE. Raman microprobe identification of pathologically and forensically important particles in tissue. Eighth International conference on Raman Spectroscopy, 9/82, Bordeaux, France.
A55. Abraham JL, Tomashefski, J.F., Jr. and Andersen, M.: Diagnosis of Munchhausen syndrome using tissue microanalysis. Proc. IAP 71st Annual Meeting, Boston, 1982. Lab. Invest. 46:A1, 1982.
A56. Spragg R, Moser K, Utley J, Long W and Abraham J.: Reperfusion of the pulmonary vasculature following removal of chronic thrombotic obstruction. Am Rev Resp Dis. 125:122, 1982.
A57. Spragg RG, Lonky SA, Loomis WH, Marsh J and Abraham JL. Human neutrophil elastase causes high permeability edema in the isolated perfused rabbit lung. Am Rev Resp Dis. 125:276, 1982.
A58. Abraham JL. (Letter): Trace elements in hair. The Lancet 8297 (II):554, 1982.
A59. Spragg RG, Loomis WH, Marsh WH and Abraham JL. Human neutrophil elastase causes acute high permeability in the isolated perfused rabbit lung. Clin Res. 30:A75, 1982.
A60. Johnson SF, and Abraham JL. Pulmonary radiographic and arterial sequelae of therapeutic cerebral embolization with cyanoacrylate (Bucrylate) - tantalum. Amer Rev Resp Dis. 1983.
A61. Smith CM, Abraham JL, Phalen R, Catanzaro A, Moser K. Inflammatory cell response and histopathology of rat lungs early in asbestos exposure. Chest 84:324, 1983.
A62. Travis WD, Abraham JL. Silicone Related Pathology: A Review. Am J Clin Path 81:806, 1984
A63. Abraham JL, Smith CM, and Burnett BR. Changes in Lung Chrysotile Asbestos Burden During and Following Six Weeks Exposure in Rats. Lab Invest 50:1A, 1984.
A64. Abraham JL. Peribronchiolar fibrosis makes sense as the early lesion of pulmonary asbestosis. American Thoracic Society, 1984.
A65. Craighead JE, Abraham JL, Churg AC, et al. Asbestosis Criteria. Arch Pathol Lab Med. 108:93, 1984 (letter).
A66. Smith CM, Abraham JL and Burnett BR. Pathology and Mineralogy in Early Asbestos Exposure in Rats. Am. Rev. Resp Dis. 129:A148, 1984.
A67. Abraham JL, Burnet, BR, Mannino FL and Kopotic R. Neonatal Respirator-Linked Particulate Metal Exposure. Am Rev Resp Dis. 129; A178, 1984.
A68. Abraham JL. Pathologists' Underdiagnosis of Pulmonary Asbestosis: 1978-1983, Am Rev Resp Dis. 129; A179, 1984.
A69. Shure D. Swain JA, Abraham JL and Moser KM. Pulmonary Arterial Hypertensive Changes Distal to a Central Vascular Obstruction in the Dog. Am Rev Resp Dis. 129; A331, 1984, & Clin. Res. 32:A65, 1984.
A70. Abraham JL. Exposure to hard metal (letter). Chest. 87:554, 1985.
A71. Abraham JL. The dangers of making chips (letter). Technol. Rev. 88:5, 1985.
A72. Abraham JL, Smith CM and Mossman B. Chrysotile and crocidolite pulmonary fiber concentration and dimension after inhalation and clearance in Fischer 344 rats. BOHS 6th Intl Symposium on Inhaled Particles, p. 96-97, 1985.
A73. Abraham JL, Burnett BR. Inorganic particulates in human lungs - quantitative in situ analysis in 150 cases. Lab. Invest. 54:2A, 1986.
A74. Abraham JL. Cobalt and hard metal (letter). Chest 89:316, 1986.
A75. Abraham JL. Asbestos Exposure - Quantitative Assessment of Risk (letter). Am Rev Resp Dis. 133:946-7, 1986.

**Abstracts** (Cont'd):

A76. Abraham JL. Lung Pathology in 22 Cases of Giant Cell Interstitial Pneumonia (GIP) Suggests GIP is Pathognomonic of cobalt (Hard Metal) disease. (Abstract). Chest 1987;91: 312.
A77. Abraham JL. Pulmonary Asbestosis [Evidence of Welding Exposure] (letter). New Eng J Med, 316:631-632, 1987.
A78. Smith CM and Abraham JL. Rat Lung Response to Incremental Increases in Duration of Chrysotile Asbestos Inhalational Exposure, 1988.
A79. Smith CM and Abraham JL. Rat Lung Response and Fiber Burden With Incremental Increases in Chrysotile Asbestos Exposure by Inhalation. Chest, 1988.
A80. Jederlinic PJ, Abraham JL, Churg A. et al. Pulmonary Fibrosis in Aluminum Oxide Workers, Am Rev Resp Dis 137:94, 1988.
A81. Abraham JL, Cohen KS, Powell B and Merritt C. Analyses of Bulk and Aerosolized Asbestos Fibers from Children's Play Sand Reveal a Potential Health Hazard. Am Rev Resp Dis. 137:94, 1988.
A82. Smith CM, Bowen-Pidgeon D and Abraham JL. Acute Inflammatory Changes After Sequential Increases in Asbestos Inhalation Do Not Correlate with the Development of Asbestosis. Am Rev Resp Dis. 137:351, 1988.
A83. Anttila S, Sutinen S, Paakko P, Finell B. and Abraham JL. The Value of X-ray Microanalysis in Determining the Aetiology of Rheumatoid Pneumoconiosis. Scandem, p. 3, 1986.
A84. Abraham JL. In situ Microprobe Quantitation of Inorganic Particle Burden in Paraffin Sections of Lung Tissue. Invited Presentation at EMSA, 1988.
A85. Abraham JL. In situ Quantitation of Non-fibrous Inorganic Particle Burden in Lung Tissue using Scanning Electron Microscopy and Energy Dispersive X-ray Analysis. VIIth International Pneumoconioses Conference, Pittsburgh, 1988.
A86. Abraham JL, Merritt C, Powell B and Cohen KS. Aqueous Sedimentation and Glove Box Aerosol Determination of Potential Respirable Fibers from Sand Samples using Scanning Electron Microscopy. VIIth International Pneumoconioses Conference, Pittsburgh, 1988.
A87. Craighead JE, Kleinerman J, Abraham JL, Gibbs AR, Green FHY, Harley RA, Ruttner JR, Vallyathan V. and Juliano E. Pathology Classification and Grading Schemas for Silicosis. VIIth International Pneumoconioses Conference, Pittsburgh, 1988.
A88. Abraham JL., Burnett BR, Merritt C and Powell B. Pulmonary Inorganic Particle Burden in Human Pneumoconioses: Development and Utilization of a Data Base Containing over 250 Cases. Am Rev Resp Dis. 139:A553, 1989.
A89. Abraham JL, Vallyathan V, Gamble J. Correlative Analysis of Occupational Exposure, Lung Pathology and Lung Particulate Burden in New York Talc Miners. Am Rev Resp Dis. 139:A553, 1989.
A90. Bartter T, Irwin RS, Abraham JL, Dascal A, Nash G, Himmelstein JS, Jederlinic PJ. Zirconium-induced Pulmonary Fibrosis. Am Rev Resp Dis, 139:A554, 1989.
A91. Abraham JL. (letter) regarding: Kishimoto T and Okada K. The Relationship Between Lung Cancer and Asbestos Exposures. Chest, 96:701-702, 1989.
A92. Abraham JL. In Situ Microprobe Quantitation of Inorganic Particle Burden in Paraffin Sections of Lung Tissue. Proc. Microbeam Analysis Society, 1989.
A93. Corona RC, Jr., Abraham JL. (letter). Superior Limbic Keratoconjunctivitis Apparently Related to Particulate Material from Ventilation System. New Eng J Med, 320:1354, 1989.
A94. Abraham JL Non-Commercial Amphibole Asbestos Fibers and Cleavage Fragments in Lung Tissues of New York State Talc Miners with Asbestosis and Talcosis. Am Rev Resp Dis, 141:A244, 1990.
A95. Abraham JL The Spectrum of Pulmonary Pathologic Reaction and Lung Dust Burden in 30 Cases of Cobalt Pneumonitis (Hard Metal Disease; Giant Cell Interstitial Pneumonia). Am Rev Resp Dis, 141:A248, 1990.
A96. Abraham JL. Silicosis and Lung Cancer (letter). Lancet, 335:1163-1164, 1990.
A97. Abraham JL. Asbestosis, Talcosis, Mesothelioma and Non-commercial Amphibole Asbestos Fibers and Cleavage Fragments in Lung Tissues of New York State Talc Miners. 23rd International Congress on Occupational Medicine. Montreal, Canada, p. 170, 1990.

**Abstracts** (Cont'd):

A98. Abraham JL, Burnett BR and Hunt A. Development and Use of a Pneumoconiosis Database of Human Pulmonary Inorganic Particulate Burden in Over 400 Lungs. Lab Invest 64: 1991.
A99. Sheehan RK, Abraham JL. Deceptive labeling of food products (letter). New York State J Med 91:553-554, 1991.
A100. Abraham JL, Stettler LE, Burnett B, Hunt A, Platek B. Interlaboratory Comparison of Non-Fibrous Particle Lung Burden Quantitation Techniques. BOHS Seventh Intl Symposium on Inhaled Particles, P3.9., Edinburgh, Scotland, 1991
A101. Abraham JL, Hunt, A, Burnett B. Welding Fume Particles in Human Lungs: Frequency of Occurrence and Prevalence of Steel Particles in a Series of Over 400 Human Lungs. BOHS Seventh Intl Symposium on Inhaled Particles, P3.10, Edinburgh, Scotland, 1991.
A102. Abraham JL. Silicone in Gold-Associated Lymphadenopathy (letter). Arch Pathol Lab Med. 115:862, 1991.
A103. Abraham JL, Burnet, BR, Hunt A. Talcosis and asbestosis in New York talc miners: Dose-response analysis of occupational exposure, lung pathology and lung particulate burden. Amer Rev Resp Dis. 145:A323, 1992.
A104. Abraham JL. Samuel Victor Abraham, 1899-1992 [obituary] J Pediatr Ophthalmol Strabismus. 29:194-196, 1992.
A105. Abraham JL. Mortality after Vasectomy (letter). New Eng J Med. 327:1034, 1992.
A106. Christie AJ, Pipe MH, Abraham JL, Levy SA. Electron microprobe analysis of liver biopsies of a patient with bilateral silicone breast implants and history of hepatic dysfunction, arthralgia and myalgia. (presented at Canadian Pathology Assoc., 1993).
A107. Friedman HD, Litovsky SH, Abraham JL. Mucin-positive epithelial mesothelioma and pseudomesotheliomatous adenocarcinoma (letter). Arch Pathol Lab Med. 117:967, 1993.
A108. Abraham JL. Recognizing malignant and non-malignant silica-related diseases in humans. Invited presentation at mini-course on silica pathology and cellular mechanisms, at Second International Symposium on Silica, Silicosis and Cancer. San Francisco, October 27, 1993, p.7.
A109. Wiesenfeld SL, Perota DM, Abraham JL. Epidemic of accelerated silicosis in West Texas sandblasters. Second International Symposium on Silica, Silicosis and Cancer. San Francisco, October 28, 1993, p.1.
A110. Abraham JL, Burnett BR, Hunt A. The influence of analytical methodology on apparent frequency and dimensions of asbestos fibers in lungs. Amer J Resp Crit Care Med. 149:A404, 1994.
A111. Schwarz Y, Fireman E, Kivity S, Abraham JL, Ben Efraim S, Topilsky M, Grief J. PGE2 mediated immunoregulatory activity of alveolar macrophages in workers exposed to hard metal dust and aluminum oxide. Amer J Resp Crit Care Med. 149:A557, 1994.
A112. Abraham JL and Wiesenfeld SL. Pathology and microanalysis of the ongoing epidemic of subacute silicosis in West Texas oilfield sandblasters. Modern Path 8:146A, 1995.
A113. Wiesenfeld SL and Abraham JL. Epidemic of accelerated silicosis (AS) in Texas sandblasters: clinical, pathologic and microanalytic observations. Am J Resp Crit Care Med. 151:A710, 1995.
A114. Abraham JL, Newman LS and Burnett BR. Beryllium disease: pathologic and quantitative electron probe and secondary ion mass spectroscopic (SIMS) analyses of lung biopsies. Am J Resp Crit Care Med. 151:A712, 1995.
A115. Schoning PR, Abraham JL and Burnett BR. Silicate and metal dust in greyhound lungs. Vet Pathol. 32:5,1995.
A116. Abraham JL, Greenfield LJ. Necropsy hazard to pathologists and anatomists -- vena caval (Greenfield) filters. (letter), Lancet 346:1100, 1995.
A117. Abraham JL. Breast implants and connective tissue diseases. (letter) New Eng J Med 333:1424, 1995.
A118. Abraham ME, Abraham JL and Hunt A. SEM-based size comparison of urban and rural aerosols with retained lung particulates -- implications for air pollution monitoring. Am J Resp Crit Care Med. 1996; 154:A543.
A119. Abraham JL, Hunt A and Burnett B. Lung pathology and mineralogy associated with high pulmonary burden of metal particles: Fe, Ti, Al and Cr in a pneumoconiosis database. Inhaled Particles VIII, BOHS, Cambridge, UK August 1996, p. 71.
A120. Abraham, JL and Wiesenfeld, SL. Two cases of fatal PMF in an ongoing epidemic of accelerated silicosis in oilfield sandblasters: lung pathology and mineralogy. Inhaled Particles VIII, BOHS, Cambridge, UK August 1996, p. 104.
A121. Abraham JL. Subpoenas and Science (letter). N Engl J Med 337:283, 1997

**Abstracts** (Cont'd):

A122. Abraham JL and Howard C. Misdiagnosis of sarcoidosis in fatal aluminum pneumoconiosis. Am J Resp Crit Care Med 1998;157:A884.

A123. Abraham JL, Berry CL and Hunt A. Autopsy Lung Pathology Associated with Fine Particle Air Pollution (PM) During the Great London Smog of 1952. Am J Resp Crit Care Med 1999;159:A316.

A124. Abraham JL, Hunt A and Berry CL. Pathology and Mineralogy in fatalities from the Great London Smog of 1952: Microanalysis of Metals and Ultrafine PM. EPA Colloquium on Particulate Matter. Durham, NC June 1999.

A125. Abraham JL and E Panitz. Is "Sarcoidosis" in the US Navy Occupational Lung Disease from the grinding of non-skid paint aboard Aircraft Carriers? Analysis of inorganic particulates in lungs and a reference paint sample. Am J Resp Crit Care Med 2001; 163;A214.

A126. Hunt A, Judson B Berry CL and Abraham JL. Fine Particulate Metals Inhaled at the time of the London Smog of 1952: Clues from lung tissue compartmental microanalysis. Am J Resp Crit Care Med 2001; 163;A175.

A127. Wright RS, P Harber, Abraham JL, and Burnett BR. Fatal asbestosis 50 years after Brief High Intensity exposure in a Vermiculite expansion plant. Am J Resp Crit Care Med 2001; 163;A167.

A128. Hull MJ, Abraham JL, and Case BW. Mesothelioma Among Workers in Asbestiform Fiber-Bearing Talc Mines in New York State. in Inhaled Particles IX. Cambridge, UK. Sept. 2001

A129. Abraham JL, Siwinski G & Hunt A. Ultrafine particulate exposures in indoor, outdoor, personal and mobile environments: effects of diesel, traffic, pottery kiln, cooking and HEPA filtration on micro-environmental particle number concentration. in Inhaled Particles IX. Cambridge, UK. Sept. 2001

A130. Hunt A, Judson B, Berry CL, and Abraham JL. Histocompartmental analysis of retained fine particles in the lungs of London residents who expired at the time of the Great Smog of 1952. in Inhaled Particles IX. Cambridge, UK. Sept. 2001

A131. Abraham JL, Burnett BR, and Hunt A. Quantification of non-fibrous and fibrous particulates in human lungs: Twenty year update on pneumoconiosis database. in Inhaled Particles IX. Cambridge, UK. Sept. 2001

A132. Abraham JL, Hunt A, Judson B, and Berry CL. Autopsy epidemiologic study of the 1952 London Smog: Electron Microprobe analysis of inhaled fine Particulate Matter in lungs. Vancouver, BC, August 2002.

A133. Hunt A, Judson B, Berry CL and Abraham JL. The Composition of Fine Particles in the Lungs of Londoners who Died at the Time of the Great Smog of 1952. Presented at London Conference on 50th Anniversary of London Smog of 1952. London, UK, December 2002.

A134. Hargrave TM, Hall G, Anbar RD, Czerwinski MH, Lane SD, Naishadham D, Abraham JL and Hunt A. Adequacy of treatment and knowledge of asthma among pregnant women with asthma in an urban setting. Am J Resp Crit Care Med 2003, 167; A115.

A135. Hunt A, Abraham JL, Crawford JA, DeStefano P, Garback C, LaMoy M, Naishadham D and Hall G. Levels of Household particulate matter (PM) and Environmental Tobacco Smoke (ETS) exposure in the first year of life in a cohort at risk for asthma. Am J Resp Crit Care Med 2003, 167; A852.

A136. Anagnost SE, Catranis CM, Fernando A, Morey S, Wang CJK, DeStefano P, Garback C, LaMoy M, Naishadham D, Crawford J, Hunt A and Abraham JL. Assessment of exposure to indoor environmental factors for an infant cohort at risk for asthma. 5th International Conference on Bioaerosols, Fungi, Bacteria, Mycotoxins and human health, Saratoga Springs, NY Sept. 2003.

A137. Hunt A, Abraham JL, Powell J and Mokryzcki B. Lead Contributions to Urban Soil and Dust from Window friction Surfaces. 6th International Symposium on Environmental Geochemistry, Edinburgh, UK September 2003.

A138. Hargrave TM, Abraham JL, Hall G, Anbar RD, Naishadham D, Lane SD, Garback CM, Crawford JA, and Hunt A. Wheezing in the First Year of Life in a Cohort of Urban Infants Genetically at Risk for Asthma. Am J Resp Crit Care Med 2004, 169; A145.

A139. Anagnost SE, Catranis CM, Wang CJK, Zhang L, Fernando A, Morey S, Zhou S, DeStefano P, Garback C, LaMoy M, Hall G, Crawford JA, Naishadham D, Hunt A and Abraham JL. Survey of Fungi in the Syracuse AUDIT Study Homes. Presented at the Annual Symposium of the Syracuse Environmental Quality Systems Center. Syracuse, NY, Oct. 2004.

**Abstracts** (Cont'd):

A140. Abraham JL, Crawford JA, Hall G, Hargrave TM, Hunt A, Lane SD, Liu C, Rosenbaum PF, Naishadham D, Anbar RD, Anagnost SE, Wang CJK, Zhang J, DeStefano P, Garback C and LaMoy M. The Syracuse AUDIT Study: Risk Factors for Wheeze in the First Year of Life. Presented at the Annual Symposium of the Syracuse Environmental Quality Systems Center. Syracuse, NY, Oct. 2004.
A141. Abraham JL. Letter to the Editor, Re: When Science Crosses Politics: The Case of Naturally Occurring Asbestos. J. Envir. Health 2004; 67:40-41.
A142. Hunt A, Abraham JL, Crawford JA, Liu C, DeStefano P, Garback C, LaMoy M, Naishadham D and Hall G. Airborne Particulate Matter (PM) Levels in Inner-city Homes of Infants at Risk for Asthma Development. Proceedings of the American Thoracic Society 2005; 2:A694.
A143. Crawford JA, Hunt A, Liu C, DeStefano P, Garback C, LaMoy M, Naishadham D and Abraham JL. Range of Exposures to Multiple Indoor Pollutants in Inner-city Homes of Infants at Risk for Asthma. Proceedings of the American Thoracic Society 2005; 2:A695.
A144. Rosenbaum PF, Hargrave TM, Abraham JL, Crawford JA, Liu C, Lane SD, Naishadham D, Hall G, Anbar RD and Hunt A. Risk Factors for Wheeze in First Year of Life in Inner-city Infants at Risk for Asthma. Proceedings of the American Thoracic Society 2005; 2:A694.
A145. Abraham JL, Case BW, Burnett BR and Trent T. Lung-Retained Fiber in Pets Confirms Environmental Exposure to Naturally-Occurring Asbestos in Western El Dorado County, California. Proceedings of the American Thoracic Society 2005; 2:A818.
A146. Savici D, Tudor L, AbouAbdallah, D and Abraham JL. Risk Factors in the Development of Lung Fibrosis in Subjects with Respiratory Bronchiolitis: Occupational and Histopathologic Evidence for Dust exposures. Proceedings of the American Thoracic Society 2005; 2:A242.
A147. Rosenbaum PF, Hargrave TM, Abraham JL, Crawford JA, Hunt A, Liu C, Hall G, Anagnost SE, Catranis C, Fernando AA, Morey SR, Zhou S, Wang CJK. Indoor mold and the risk of wheeze in the first year of life for infants at risk of asthma. American Journal Epidemiology 161:134. Presented at Society for Pediatric & Perinatal Epidemiology & Society for Epidemiologic Research meetings, Toronto, June 2005.
A148. Nasr MR, Savici D, Tudor L, Abou Abdallah D, Newman N, Abraham JL. Pulmonary interstitial fibrosis in smokers results from inorganic dust exposure rather than smoking: an analysis using light microscopy (LM), Scanning Electron microscopy (SEM) and energy dispersive x-ray spectroscopy (EDS). Modern Pathol 19 (suppl.1): 314A, 2006.
A149. Abraham JL and Panitz EB. Microprobe analysis of lungs and lymph nodes confirms elevated concentrations of inorganic particulates in US Navy "sarcoidosis" study. Proceedings of the American Thoracic Society 2006; 3:A250
A150. Thakral C and Abraham JL. Automated Scanning Electron Microscopy and Energy Dispersive x-ray Spectroscopy (SEM/EDS) for detection and quantification of Gadolinium (Gd) in tissues. Am Soc Invest Path. Experimental Biology. May 2007 Wash DC Abstract LB323. www.eb**2007**.org/PDF/eb**2007**_late_breaking_volume%20final.pdf
A151. Tolocica I, Thakral C, Burnett BR and Abraham JL. Asbestosis and asbestos fibers documented in pleural and lymph node biopsies (bx) and autopsy lung associated with mesothelioma and lung cancer in two co-workers with sole exposure to asbestiform talc. European Respiratory Society. Sept 2007 Stockholm.
A152. Abraham JL, Chandra S, Thakral C and Abraham JM. SIMS Imaging of Gadolinium Isotopes In Tissue from Nephrogenic Systemic Fibrosis Patients -- Release of Free Gd from MRI Contrast Agents. SIMS XVI (Japan) October 2007.
A153. Thakral C and Abraham JL. Gadolinium-Induced Nephrogenic Systemic Fibrosis Is Associated with Insoluble Gd Deposits in Tissues: *In Vivo* Transmetallation Confirmed by Microanalysis. USCAP, Denver, March 2008. Lab Invest 68(Suppl. 1):102A, January 2008.
A154. Rosenbaum PF, Abraham JL, Siwinski G, Fernandez A. Improvement in air quality parameters in intervention study homes of asthmatic children. Am Thoracic Society, May 2008.

**Abstracts** (Cont'd):

A155. Case BW and Abraham JL. Heterogeneity of exposure and attribution of mesothelioma: Trends and strategies in two American counties. Inhaled Particles X. Sheffield, UK, Sept. 2008. Annals Occup Hyg

A156. Sanyal S, Marckmann P, Scherer S, Abraham JL. Multiorgan distribution of gadolinium deposits at autopsy in nephrogenic systemic fibrosis (NSF). Lab Invest 89 (Suppl 1): 9A, January 2009.

A157. Abraham JL and Evans RB. Bystander Hard Metal Disease (HMD) in a Babbitt Metal (Tin) Worker: Comparison with 100 HMD Cases. Proc Am Thoracic Society, May 2009.

A158. Caplan-Shaw C, Rogers L, Yee H, Nonaka D, Abraham JL, Kazeros A, Parsia S, Berger K, Goldring R, Reibman J, Pathologic Findings in Individuals with World Trade Center (WTC) Dust Exposure in the WTC Environmental Health Center (WTC EHC). Proc Am Thoracic Society, May 2009.

A159. Abraham JL and Edward M. Free gadolinium is a likely trigger of Nephrogenic Systemic Fibrosis. (letter) Am J Roentgenol. E-pub October, 2009 . DOI:10.2214/AJR.08.2194

A160. Crawford JA, Rosenbaum PF, Anagnost SE, Hunt A, Abraham JL. Home conditions and indoor airborne fungal levels in a cohort of infants at risk for asthma. Abstract 694, session P3-10C. Proceedings of Healthy Building 2009 Conference. September 13-17; Syracuse, New York

A161. Abraham JL Barker-Griffith AE. Eye Pathology in Nephrogenic Systemic Fibrosis. Modern Pathology 23(Suppl. 1):382A-383A, February 2010.

A162. Abraham JL, Narenda S, Davis RL... Pulmonary Findings at Autopsy in Gadolinium-Related Nephrogenic Systemic Fibrosis. Proc Am Thoracic Society, May 2010.

A163. Abraham JL, Crawford JA, Burnett BR, Fitzgerald SD. Non-Fibrous Particles and Fibers in the Lungs of Rescue Dogs Deployed on 9/11 at the Pentagon and World Trade Center. Proc Am Thoracic Society, May 2010.

A164. Cramer SP, George SJ, Abraham JL. Synchrotron X-ray Analyses Demonstrate Phosphate-Bound Gd in Skin in Nephrogenic Systemic Fibrosis. Presented at 4th International Conference on Nephrogenic Systemic Fibrosis. New York. May 14-15, 2010.

A165. Davis RL, Xia D, Abraham JL. Cardiac Pathology in Nephrogenic Systemic Fibrosis: Correlative Histopathology and Gadolinium Analysis Using Scanning Electron Microscopy/Energy Dispersive X-Ray Spectroscopy. USCAP meeting San Antonio, TX. 2011.

A166. Zhao Z, Abraham JL. Is "Idiopathic" Pulmonary Fibrosis Overdiagnosed? "Idiopathic" Interstitial Lung Disease Associated with Inorganic Particulate Exposures -- Evidence from Scanning Electron Microscopy/Energy Dispersive x-Ray Spectroscopic Analyses. USCAP meeting Vancouver, BC. Modern Pathology 25(Suppl. 2):493A-494A, February 2012.

A167. Breazzano M., Fikhman M., Abraham JL., Barker-Griffith A.: Schwalbe's Line (Limbal Smooth Zone) is Wider Superiorly than Naso-inferiorly: A Scanning Electron Microscopic Study of Eye Bank Eyes, Invest Ophthal Vis Sci, 2012, 53, E-Abstract 4907. Presented at the ARVO annual meeting May 9, 2012, Ft. Lauderdale, FL.

A168. Lakis N, Blair D, Abraham JL, Li Y, Damon I. New Archetypal Poxvirus Infection in an Immunosuppressed Man. US & Canadian Academy of Pathology, Baltimore MD, March 2013 (Modern Path. 26 (Suppl 2):372A.

A169. Cohen RA,Green F, Abraham JL, Churg A, Petsonk EL, MacNeill SK, Tramma S, McAteer D. Coal Mine Dust Lung Disease Among Miners Killed In The Upper Big Branch Disaster - A Systematic Review Of Lung Pathology. Amer Thoracic Soc. meeting May 2013. Am J Respir Crit Care Med 187;2013:A6063

A170. Cummings KJ, Stanton ML, Abraham JL, Green BJ, Rittenour W, Wendland D, Bachelder V, Boylstein R, Piacitelli C, Humann M, Park J-H, Cox-Ganser J, Kreiss K. A Workplace Investigation Of Lymphocytic Bronchiolitis Characterized By Proliferation Of Mucosa-Associated Lymphoid Tissue (MALT). Amer Thoracic Soc. meeting May 2013 Am J Respir Crit Care Med 187;2013:A4495

A171. Hargrave, TM, Hunt A, Abraham JL, Crawford JA, Rosenbaum PF. Prenatal Psychosocial Stressors Associated With Repeat Wheeze in the First Year of Life. APHA meeting May 2013

**Abstracts** (Cont'd):

A172. Barker-Griffith AE, Abraham JL, Fang H, Breazzano MP. Comparative Anatomy of trabeculum and smooth zone (Schwalbe's Line) widths of various primate and non-primate eyes by scanning electron microscopy (SEM). ARVO meeting May 2013. Invest Ophthalmol Vis Sci 2013;54: E-Abstract 3036

A173. Najmuddin A, Petsonk EL, Regier M, Young B, Tramma SL, Cohen R, MacNeill S, Green FHY, Abraham JL, Churg A. Lung Pathology in Coal Workers with Rapidly Progressive Pneumoconiosis: A Preliminary Report. Inhaled Particles XI, Nottingham, England, September 2013.

A174. Duncan JW, Bailey RA, Tran AT, Abraham JL. Mega Foreign Body Granuloma after using the Universal Clamp™ for Adolescent Idiopathic Scoliosis. What Is it and Can it Be Prevented? ISASS14, Miami Beach, FL April 30 - May 2, 2014 (poster presentation).

A175. Barker-Griffith AE, , Breazzano MP, Fang H,.Lee SS, Robinson MR, Abraham JL. Ultra-structural Study of Vitreo-Macular Attachments Related to Macular Ridges in Non-Accidental Trauma. ARVO meeting May, 2014, Invest Ophthalmol Vis Sci 2014;55, E-Abstract 4447.

A176. Najmuddin A, Cohen RA, Petsonk EL, Young B, MacNeill S, Tramma S, Regier M, Abraham JL, Churg A, Green FHY. Lung Pathology In Coal Workers With Rapidly Progressive Pneumoconiosis Emphasizes Importance Of Silica And Silicates In Addition To Carbon. Amer Thoracic Society, San Diego, May 2014.

A177. Untano RV, Raghu G, Abraham JL. Rocket Science Lung: Rare Aerospace Metals in Interstitial Lung Disease. USCAP meeting, Boston, March 2015. Mod Pathol 28:491A.

A178. Lakis NS, Crawford JA, Abraham JL. Sorting Out the Complex Inter-Relatedness of Smoking, Dust and Pulmonary Fibrosis - A Surgical Pathology Series. Amer Thoracic Soc meeting May 2015, Denver. Am J Respir Crit Care Med. 2015.

A179. Crawford JA, Rosenbaum PF, Hunt A, Abraham JL. Endotoxin in urban homes: Health effects and home conditions. American Industrial Hygiene Association meeting San Francisco. June 2015.

A180. Lehmer LM, Abraham JL, Cole C, Davis B, Ragsdale BD. Look for the 'silver lining': blue nevi- like pseudo-ochronotic localized argyria. Presented at 52nd Annual Meeting of the American Society of Dermatopathology, San Francisco, October 2015.

A181. Abraham JL, Crawford JA, Scalzetti E, Kramer L. Analysis of Lung Particle Burden in a 28 Year Old Man with Rapidly Progressive Coal Worker's Pneumoconiosis (Accelerated Silicosis). Amer Thoracic Soc meeting May 2016, San Francisco, Am J Respir Crit Care Med 2016.193:A7074.

A182. Mukhopadhyay S, Lakis N, Akindipe O, Ghosh S, Abraham JL. Mixed-Dust Pneumoconiosis in a Steel Foundry Core Maker Mimicking Idiopathic Pulmonary Fibrosis: Occupational History, Radiologic and Pathologic Findings, and Demonstration of Zirconium and Steel in an Explant Lung by SEM/EDS. Amer Thoracic Soc meeting May 2016, San Francisco, Am J Respir Crit Care Med 2016.193:A7076.

A183. Nett RJ, Stanton ML, Segal LN, Abraham JL, Colby TV, Green FHY, Franko AD, Tallaksen RJ, Wendland D, Bachelder VD, Boylstein RJ, Park JH, Kreiss K, Cummings KJ. B-cell lymphocytic bronchiolitis and alveolar ductitis in a man with exposure to metalworking fluids — a novel occupational lung disease. ATS meeting May 2016, San Francisco, Am J Respir Crit Care Med 2016. 193:A7069.

A184. Mukhopadhyay S, Abraham JL, Inaty H, Abu-Hijleh M, Mehta AC. Reply: Breast Implant Toxicity. Ann Am Thoracic Soc. 2016 Jun;13(6):993-4. (letter)

A185. Sanyal S, Crawford JA, Abraham JL. Evidence of welding exposure is readily seen but under-reported in lung neoplastic pathology specimens. USCAP meeting. San Antonio, TX. March 2017 Modern Pathol 2017.

A186. Sanyal S, Abraham JL, Crawford JA, Burnett BR. Mesothelioma with no evidence of commercial amphibole asbestos exposure -- 35 cases with chrysotile, non-commercial amphibole or asbestiform talc by lung fiber burden analysis. Amer Thoracic Soc meeting May 2017, Washington DC, Am J Respir Crit Care Med 2017.

A187. Mayer A, Rose C, Abraham JL. Aluminum Pneumoconiosis in Welders: An Unusual Exposure Rather than an Uncommon Disease? Amer Thoracic Soc meeting May 2017, Washington DC, Am J Respir Crit Care Med 2017.

A188. Abraham JL, Sanyal S, Burnett BR, Crawford JA. Reanalysis of Archived Lung Digestion Filters From Two Reported Series of Mesothelioma in Cases With Brake Dust Exposure and Cases With Low Asbestos Burdens Calls Reported Conclusions Into Question. Amer Thoracic Soc meeting May 2018, San Diego, CA, Am J Respir Crit Care Med 2018;197:A2580

A189. Gandhi S, Abraham JL, Sanyal S, Musczynski L, Cohen RA. Idiopathic pulmonary fibrosis in a rail yard worker. Amer Thoracic Soc meeting May 2018, San Diego, CA, Am J Respir Crit Care Med 2018;197:A1552

A190. Sanyal S, Crawford JA, Abraham JL, Gimino V. Granulomatous Pulmonary Disease Associated with Rare Metals (Hafnium and Niobium) in Workers from an Aerospace/Defense Manufacturing Company. Amer Thoracic Soc meeting May 2018, San Diego, CA, Am J Respir Crit Care Med 2018;197:A6086

A191. Allen-Proctor M, Sanyal S, Abraham JL, Curtiss C. Autopsy Study Confirms Effectiveness of Bronchial Thermoplasty. Amer Thoracic Soc meeting May 2018, San Diego, CA, Am J Respir Crit Care Med 2018;197:A1258

A192. Yates D, Sameh S, Silverstone E, Cohen RA, Abraham JL, Sanyal S, Smith TA. A case of unsuspected hard metal lung disease in a thermal sprayer in NSW, Australia. Eur Resp Soc meeting September 2018, Paris, France.

A193. Abraham JL, Sanyal A, Crawford JA, Burnett, BR, Wiesenfeld SL. Relevance of accelerated silicosis in sandblasters to rapidly progressive pneumoconiosis. Amer Thoracic Soc meeting May 2019, Dallas, TX, Am J Respir Crit Care Med

A194. Cohen RA, Orandle M, Hubbs AF, Almberg KS, Go LH, Clingerman S, Fluharty K, Dodd T, Rose CS, Abraham JL, Sanyal S, Franko A, Murray J, Vorajee N, Zell-Baran L, Petsonk EL, Zulfikar R, Green FH Pathologic Type of Progressive Massive Fibrosis in the National Coal Workers' Autopsy Study (NCWAS) 1971-1996. Amer Thoracic Soc meeting May 2019, Dallas, TX, Am J Respir Crit Care Med

A195. Go LHT, Lowers H, Sanyal S, Abraham JL, Green FHY, Franko A, Murray J, Vorajee N, Rose CS, Zell-Baran L, Petsonk EL, Zulfikar R, Thomas L, Almberg KS, Cohen RA. Mineralogic Analysis of Lung Tissue from a Former Coal Miner with Rapidly Progressive Pneumoconiosis and Progressive Massive Fibrosis. Amer Thoracic Soc meeting May 2019, Dallas, TX, Am J Respir Crit Care Med

A196 Sarver E, Keles C, Lowers H, Zulfikar R, Zell-Baran L, Vorajee N, Sanyal S, Rose CS, Petsonk EL, Murray J, Green FHY, Go L, Franko A, Cool C, Abraham JL, Almberg KS, Cohen RA Mineralogic Analysis Of Respirable Dust From 24 Underground Coal Mines In Four Geographic Regions Of The United States. Amer Thoracic Soc meeting May 2020, Philadelphia PA, Am J Respir Crit Care Med.

A197. Taing R, Vedal S, Sanyal S, Abraham JL, Sack C. Desquamative Interstitial Pneumonia in an Aluminum Welder. Amer Thoracic Soc meeting May 2020, Philadelphia PA, Am J Respir Crit Care Med.

A198 Almberg KS, Zell-Baran L, Abraham JL, Cool C, Franko A, Green FHY, Murray J, Sanyal S, Vorajee N, Go L, Rose CS, Petsonk EL, Hubbs A, Orandle M, Clingerman S, Liguori D, Kennedy K, Zulfikar R, Cohen RA. Intra- and Inter-rater Reliability Of Pathologic Classification Of Type Of Progressive Massive Fibrosis Among Deceased U.S. Coal Miners. Amer Thoracic Soc meeting May 2020, Philadelphia PA, Am J Respir Crit Care Med.

A199. Go LHT, Abraham JL, Lowers H, Sanyal S, Almberg KS, Cool C, Franko A, Green FHY, Murray J, Petsonk EL, Rose CS, Ruyba Dl, Sarver E, Vorajee NI, Zell-Baran L, Zulfikar R, Cohen RA. Mineralogic Analysis of Lung Tissue from US Coal Miners Demonstrates Greater Silica Burden in Modern Cases of Progressive Massive Fibrosis. Amer Thoracic Soc meeting May 2020, Philadelphia PA, Am J Respir Crit Care Med.

A200. Zell-Baran L, Almberg K S., Go L, Cohen R A., Iwaniuk C, Halldin C N., Abraham J L., Cool C, Franko A, Green F H Y., Murray J, Sanyal S, Vorajee N, Sarver E, Lowers H, Rose C S. Contemporary Coal Miners with Progressive Massive Fibrosis Have Shorter Mining Tenures Compared to Their Historic Counterparts. Amer Thoracic Society meeting May 2021. Virtual. Am J Respir Crit Care Med. 2021. p. A3035–A3035.doi:10.1164/ajrccmconference.2021.203.1_MeetingAbstracts.A3035.

A201. Cohen R A, Rose C S, Go L H T., Zell-Baran L, Almberg K S., Sarver E, Lowers H, Iwaniuk C, Clingerman S, Richardson D, Abraham J L, Cool C, Franko A, Hubbs A F, Murray J, Orandle M, Sanyal S, Vorajee N, Green F H Y. Pathologic Findings of Progressive Massive Fibrosis in Contemporary Coal Miners Show Features of Accelerated Silicosis Compared to Historical Cases. Amer Thoracic Society meetingMay2021.Virtual.AmJRespirCritCareMed.p.A3034.doi:10.1164/ajrccmconference.2021.203.1_MeetingAbstracts.A3034.

A202. Cohen RA et al….. Increased Silica Burden Is Associated with Pathologic Features of Alveolar Proteinosis, Mature and Immature Silicotic Nodules in US Coal Miners with Progressive Massive Fibrosis (PMF). Amer Thoracic Society meeting may 2022. San Francisco.

A203. Baur X and Abraham JL. Welder's lung with end stage pulmonary fibrosis – a case report. European Environ and Occup Society. Berlin, September 2022.

JLA
February 13, 2024

# Exhibit 2

**University Pathologists Laboratories, LLP**
Department of Pathology
*Environmental and Occupational Pathology*
Ph: 315.464.4750
Fax: 315.464.7130
http://www.upstate.edu/pathenvi

**UPSTATE**
MEDICAL UNIVERSITY

Michael Reid, Esq.
Kazan, McClain, Satterley & Greenwood
55 Harrison Street
Oakland, CA 94607

April 8, 2024

FAX (510) 835-4913

RE: Jack LaSalle
DOB 5/21/1947
JA24-030

Dear Mr. Reid:

I have reviewed the records and pathology materials you sent related to Mr. LaSalle. According to the information provided Mr. LaSalle was a career barber. He was exposed to asbestos through his and others' personal and occupational use of talc powder products including clubman from the late 1960's through the 2000's, Dr. Scholl's (from the 1970's through the 2000's) and Gold Bond (from the 1990's through the 2000's). According to the limited medical records received to date, Mr. LaSalle had a left pleural effusion and a core needle biopsy of the pleura.

The pathology materials I received include cytology slides BN-22-52 from pleural fluid collected April 22, 2022. There is no evidence of malignancy. The slides from the left CT guided core biopsies of the pleura (S22-106907) show an invasive epithelial malignant mesothelioma. This diagnosis is confirmed by the immunohistochemical stains showing positive staining for calretinin, WT1, D240, CK7 and GATA3. There is no staining for TTF1, MOC31, BerEP4, S-100, p40, or NKX3.1. There is no lung parenchyma in this pathology sampling and thus the pathology material is insufficient for further analysis for asbestosis or for the lung burden of asbestos bodies or fibers.

Asbestos exposure is well known to be the cause of nearly all malignant mesotheliomas. Talc products containing asbestos fibers are known also to cause the development of mesothelioma. Based on all the available information I can conclude to a reasonable degree of medical certainty that Mr. LaSalle's mesothelioma was caused by his exposure to asbestos. The only known asbestos exposures of which I am aware at this point is from his described exposures as a barber.

Please let me know if you need additional information.

Sincerely,

Jerrold L. Abraham, M.D.
Professor of Pathology and
Director of Environmental and
Occupational Pathology

JLA/hjg

P.S. The pathology materials are being returned under separate cover.

# Exhibit 3

**University Pathologists Laboratories, LLP**
Department of Pathology
*Environmental and Occupational Pathology*
Ph: 315.464.4750
Fax: 315.464.7130
http://www.upstate.edu/pathenvi

UPSTATE
MEDICAL UNIVERSITY

**SUPPLEMENTAL REPORT**

Joseph Satterley, Esq.
Kazan, McClain, Satterley & Greenwood
55 Harrison Street
Oakland, CA 94607

August 21, 2024

FAX (510) 835-4913

RE: Jack LaSalle
DOB 5/21/1947
JA24-030

Dear Mr. Satterley:

I have previously (April 8, 2024) reviewed and reported on the records and pathology materials you initially sent related to Mr. LaSalle, and will not reiterate that report herein. The pleural biopsies from 2022 confirmed the diagnosis of malignant mesothelioma, but there was insufficient tissue to allow any further analysis of the tissue burden of asbestos bodies and/or fibers.

Subsequently I received a box with two plastic wrapped portions of lung from Mr. LaSalle's autopsy labeled with 'LaSalle' and 24-401'. I examined these on 6/12/24: Photographs were taken of each lung, and casettes prepared for histologic examination and SEM/EDS analysis.

The left lung showed tumor involving the pleura and diaphragmatic surface as shown in the photographs. The tumor was 1 to >3 cm in thickness. Cassettes were taken as follows: 1-pericardium and lung; 2-peribronchial lymph node and tumor; 3-lung; 4-lung near diaphragm; 5-diaphragm with tumor. Light microscopy confirmed the mesothelioma involving the pleura, and with lymphatic spread in the left lung and involvement of left hilar lymph nodes. Macrophages in the lymph nodes and lung contain mixed opaque and birefringent dust particles (some of which is strongly birefringent, consistent with talc).

The Right lung showed no tumor grossly and few lymph nodes. Cassettes were taken as follows: 6-hilar lymph node; 7-hilar area; 8-lower lobe; 9- lower lobe basal; 10-Apical upper lobe; 11-central upper lobe (not completely fixed). 12-upper lobe for digestion; 13- lower lobe for digestion; 14-lymph node for digestion. Light microscopy revealed extensive lymphangitic spread of tumor in the right lung. Focal subpleural mixed opaque and birefringent dust is present in macrophages.

Portions of the lung and lymph node tissues were digested with our usual method, using sodium hypochlorite, with collection of the residue on polycarbonate membrane filters for analysis using scanning electron microscopy with energy dispersive x-ray spectroscopy (SEM/EDS). I performed the SEM/EDS analyses using a JEOL IT-100 SEM. In this system the viewing magnification is 3 times the magnification setting, as it uses a very large viewing monitor. Images and EDS spectra are provided in detail in the separately submitted Power Point (PDF) file

The first analysis looked at filter C1 (lymph node) on 7/24/24. In this analysis 51 fields were searched at a viewing magnification of 4500x, with a detection limit of $6.25x10^4$ fibers/gram wet lymph node tissue. There was insufficient tissue to allow dry weight determination for this sample. Several fibers consistent with talc/anthophyllite and tremolite were found. Non-fibrous talc was also found.

The second analysis looked at filter A1 (lung) on 7/25/24. In this analysis 38 fields were searched at a viewing magnification of 6000x, with a detection limit of $9.82x10^3$ fibers/gram wet lung tissue. No SiMg particles were found in this analysis.

The third analysis looked at filter A1 (lung) on 7/24/24. In this analysis 24 fields were searched at a viewing magnification of 3000x, with a detection limit of $3.91x10^3$ fibers/gram wet lung tissue. Non-fibrous SiMgCaFe consistent in composition with actinolite particles were found.

The fourth analysis looked at filter B1 (lung) on 7/25/24. In this analysis 31 fields were searched at a viewing magnification of 1500x, with a detection limit of $5.66x10^2$ fibers/gram wet lung tissue. Fibers consistent with talc/anthophyllite were found, including one long bundle with fiber splitting, measuring 37 x 0.25 um.

The fifth analysis looked at filter B1 (lung) on 8/07/24. In this analysis 100 fields were searched at a viewing magnification of 4500x, with a detection limit of $1.82x10^4$ fibers/gram wet lung tissue. SiMg fibers, and also non-fibrous SiMg particles were found.

The sixth analysis looked at filter B1 (lung) on 8/07/24. In this analysis 14 fields were searched at a viewing magnification of 1500x, with a detection limit of $1.25x10^3$fibers/gram wet lung tissue. Non-fibrous SiMg and SiMgFe particles were found.

No commercial asbestos fibers were detected in any of the analyses.

Asbestos exposure is well known to be the cause of nearly all malignant mesotheliomas. Talc products containing asbestos fibers are known also to cause the development of mesothelioma. Mr. LaSalle's only known source of asbestos exposure was from his talc exposures as a barber. The fiber burden analyses of his autopsy lung and lymph node tissue confirmed exposure to non-fibrous and fibrous talc, as well as fibers of tremolite/actinolite/anthophyllite, but revealed no evidence of commercial asbestos fibers. Based on all the available information I can conclude to a reasonable degree of medical certainty that Mr. LaSalle's mesothelioma and death were caused by his described exposure to asbestos.

Please let me know if you need additional information.

Sincerely,

Jerrold L. Abraham, M.D.
Professor of Pathology and
Director of Environmental and
Occupational Pathology

JLA/

P.S. Photographs, photomicrographs and documentation of the SEM/EDS analyses will be sent separately electronically.