# Exhibit 12

**PTI Union Witness Deposition**

**DR. SCHOLL'S**

| Year | Manufacturer/Customer |
|---|---|
| January 1, 1997 - March 31, 2008 | Schering-Plough Healthcare Products |
| April 1, 2008 - November 20, 2009 | Schering-Plough Healthcare Products |
| November 2009 -2014 | Merck & Co. |
| 2014 - Present | Bayer |

| Year | Customer Designated Talc/Grade | Customer Designated Supplier | US Manufacturing Location | Mine(s) |
|---|---|---|---|---|
| 1997- Nov. 2000 | Talc Olympic USP | Luzenac America | Grand Island , NE | Beaverhead, MT |
| December 2000- October 2005 | Altalc 200V (Talc 200 Mesh) | Luzenac | Windsor, VT | Argonaut, VT |
| October 2005- March 31, 2008 | Olympic H Talc USP (Talc 200 Mesh) | Luzenac | Houston, TX | China- Guangxi |
| April 1, 2008 – 2019 | Olympic H Talc USP | Luzenac/Imery s | Houston, TX | China- Guangxi |

EXHIBIT
4