

231278A_002.tif
Chrysotile
HV=100kV
Direct Mag: 2500 x



231278A_003.tif
Talc
Grid C - Low Mag Scan
HV=100kV
Direct Mag: 5000 x
Eurofins Built Environment Testing - Houston



231278C_001.tif
Tremolite
Grid A - Low Mag Scan
HV=100kV
Direct Mag: 2000 x
Eurofins Built Environment Testing - Houston



231278Cf1D&E_006.tif
Tremolite
GO - E11
HV=100kV
Direct Mag: 2500 x
Eurofins Built Environment Testing - Houston



231278B_003.tif
Talc
Grid C - Low Mag Scan
HV=100kV
Direct Mag: 3000 x
Eurofins Built Environment Testing - Houston



231278C_007.tif
Anthophyllite
GO - B18
HV=100kV
Direct Mag: 2000 x
Eurofins Built Environment Testing - Houston