UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIANNE LaSALLE, individually, as Personal Representative of the Estate of Decedent JACK LaSALLE, and on behalf of all wrongful death beneficiaries of Decedent JACK LaSALLE,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN INTERNATIONAL INDUSTRIES, et al.,<br><br>Defendants. | Case No. 2:26-cv-03159-TL<br><br>**DEFENDANT PTI UNION, LLC'S NOTICE REGARDING LIMITED SCOPE OF REMOVAL**<br><br>**NOTE ON MOTION CALENDAR: SEPTEMBER 17, 2026** |

Defendant PTI Union, LLC ("Union") hereby provides notice to the Court regarding the scope of the removal initiated by American International Industries (sued individually and erroneously as alter-ego of, and successor-in-interest to Pinaud, Inc., ED PINAUD, INC., d/b/a ED. PINAUD, THE NESLEMUR COMPANY f/k/a THE NESTLE-LE MUR COMPANY), ARYZ CORP.; EXR CORP.; GLAMOUR INDUSTRIES CO. (formerly known as BETTY K. DEVELOPMENT CO.); RAZY PROPERTIES, INC.; and SRYZ CORP. (collectively "A-I-I"). On September 3, 2026 A-I-I filed a "Notice of Removal of Claims Against [A-I-I]," stating that it "hereby remove[s] the claims against A-I-I in this matter." Dkt. 1 at p. 2. A-I-I has reiterated this position in its Motion to Fix Venue, filed in the Southern District of Texas, stating: "A-I-I is not seeking to remove plaintiffs' claims against the co-defendants. The Notices of Removal makes



PIERCE DAVIS & PERRITANO LLP
1300 SW Sixth Avenue, Suite 330
Portland, OR 97201
Telephone: (503) 229-1819

clear that A-I-I is removing only the claims against it." Dkt. 1-2 at p. 17 n. 2. A-I-I's proposed order accompanying that filing confirms that the removal "applies solely to the claims asserted against A-I-I" and "does not transfer, remove, or otherwise affect any claims asserted against co-defendants." *Id.* at p. 53.

On September 10, 2026, the Court Ordered Union to file a corporate disclosure statement, which is filed contemporaneously herewith. Union continues to litigate in the Superior Court of the State of Washington for the County of King and now also finds itself simultaneously in the U.S. District Court for the Western District of Washington at Seattle.

Union respectfully requests that this Court take notice of A-I-I's removal purporting to transfer only the claims asserted against A-I-I and asks the Court to clarify if Union is currently a Defendant in this case in the U.S. District Court for the Western District of Washington at Seattle.

Dated this 17th day of September 2026.

PIERCE DAVIS & PERRITANO LLP

By: s/*Allen Eraut*
Allen Eraut, WSBA # 30940
aeraut@piercedavis.com
1300 SW Sixth Ave., Suite 330
Portland, OR 97201
*Of Attorneys for PTI Union, LLC*

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| DIANNE LaSALLE, individually, as Personal Representative of the Estate of the Decedent JACK LaSALLE, and on behalf of all wrongful death beneficiaries of Decedent JACK LaSALLE,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN INTERNATIONAL INDUSTRIES, et al.,<br><br>Defendants. | Case No. 2:26-cv-00838-TL<br><br>**DECLARATION OF DELIVERY AND/OR MAILING** |

I am employed by the law firm of Pierce Davis & Perritano LLP in Portland, Oregon. I am over the age of eighteen years and not a party to the subject cause. My business address is 1300 SW Sixth Avenue, Suite 330, Portland, OR 97201.

On the date below, I caused to be served on all parties in this action by transmitting a true copy of the foregoing document in the following manner unless otherwise indicated.

**VIA E-FILE/SERVICE & EMAIL**

| | |
|---|---|
| Brian Weinstein<br>Alexandra Caggiano<br>Dylan Johnson<br>WEINSTEIN CAGGIANO PLLC<br>600 University Street, Suite 1620<br>Seattle, Washington 98101<br>service@weinsteincaggiano.com | Martin Neira, *Pro Hac Vice*<br>Michael Reid, *Pro Hac Vice*<br>Joseph D. Satterley, *Pro Hac Vice*<br>Michael T. Stewart, *Pro Hac Vice*<br>KAZAN, MCCLAIN, SATTERLEY & GREENWOOD<br>55 Harrison St., Suite 400<br>Oakland, CA 94607<br>mneira@kazanlaw.com<br>mreid@kazanlaw.com<br>jsatterley@kazanlaw.com<br>mstewart@kazanlaw.com<br>rcervantes@kazanlaw.com<br>***Attorneys for Plaintiffs*** |

| | |
|---|---|
| Claude Bosworth<br>Kathryn Johnson<br>PIERCE DAVIS & PERRITANO LLP<br>1300 SW Sixth Avenue, Suite 330<br>Portland, OR 97201<br>Phone: (503) 229-1819<br>Fax: (503) 229-0630<br>Email: asbestos@piercedavis.com<br>cbosworth@piercedavis.com<br><br>Roshan Rajkumar, *Pro Hac Vice*<br>BOWMAN AND BROOKE LLP<br>150 S Fifth St., Suite 3000<br>Minneapolis, MN 55402<br>Phone: (612) 339-8682<br>Roshan.Rajkumar@bowmanandbrooke.com<br><br>***Attorneys for American International Industries, ERX Corp., Glamour Industries Co., Razy Properties, Inc., Sryz Corp., Aryz Corp.*** | |

I declare under penalty of perjury and under the laws of the State of Washington (RCW 9A.72.085) that the foregoing is true and correct.

Executed at Portland, Oregon, this 17th day of September, 2026.

*s/Hallie Zmroczek*
Hallie Zmroczek
Paralegal