UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIANNE LASALLE, individually, as Personal Representative of the Estate of the Decedent JACK LaSALLE, and on behalf of all wrongful death beneficiaries of Decedent JACK LaSALLE,<br>Plaintiff,<br>v.<br>AMERICAN INTERNATIONAL INDUSTRIES, et al.,<br>Defendants. | Case No. 2:26-cv-03159-TL<br>**DECLARATION OF CLAUDE BOSWORTH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF DIANNE LASALLE'S MOTION TO REMAND**<br>*Clerk's Action Required* |

I, Claude Bosworth, declare and state as follows:

1. I am a partner at Pierce Davis & Perritano LLP, counsel of record for Defendants AMERICAN INTERNATIONAL INDUSTRIES; ARYZ CORP.; ERX CORP.; GLAMOUR INDUSTRIES CO.; RAZY PROPERTIES, INC.; and SRYZ CORP. (collectively, "A-I-I") in the above-captioned matter.

2. This declaration is made in support of A-I-I's Opposition to Plaintiff Dianne LaSalle's Motion for Remand. I have personal knowledge of the facts set forth herein, except as



PIERCE DAVIS & PERRITANO LLP
1300 SW 6th Ave., Ste. 330
Portland, OR 97201
503.229.1819

to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

3. Counsel for Plaintiff Dianne LaSalle ("Plaintiff") adjourned the November 3, 2025, state court trial date for over a year to appeal a sanctions order for willful violation of a prior court order to preserve and disclose physical evidence. When the appellate court ultimately denied relief to Plaintiff and lifted the stay on January 15, 2026, Plaintiff's counsel did not move to reinstate a trial date until April 9, 2026. The current trial date is November 2, 2026.

4. I am informed and believe that A-I-I's Motion to Transfer and Fix Venue for Claims Related to BMI's Chapter 11 Bankruptcy under 28 U.S.C. §§ 157(b)(5) and 1334(b), which was filed in the United States District Court for the Southern District of Texas, Houston Division, on September 2, 2026, will be fully briefed and ripe for consideration by September 30, 2026, if not earlier.

5. A true and correct copy of the state court Order Granting Defendant American International Industries Motion for Sanctions and for Finding of Spoliation against Plaintiff for Violation of Court Order, dated December 12, 2023, in *LaSalle v. Am. Int'l Indus., et al.*, No. 23-2-08165-0 SEA (Wash. Super. Ct. King Cnty. July 11, 2025), is attached as <u>Exhibit A</u>.

6. A true and correct copy of the appellate court Ruling on Appealability and Discretionary Review, in *LaSalle et al. v. Am. Int'l Indus.*, No. 88543-0-I (Wash. Ct. App. Div. 1 Jan. 15, 2026), is attached as <u>Exhibit B</u>.

7. A true and correct copy of Plaintiff's Motion to Reinstate Trial Date, in *LaSalle v. Am. Int'l Indus., et al.*, No. 23-2-08165-0 SEA (Wash. Super. Ct. King Cnty. Apr. 9, 2026), is attached as <u>Exhibit C</u>.

8. On September 27, 2022, Plaintiffs Jack and Dianne LaSalle filed a lawsuit in the Superior Court of California, Alameda County. Both A-I-I and Barretts Minerals, Inc. ("BMI") were named defendants. Following a *forum non conveniens* motion, the LaSalles re-filed in the



PIERCE DAVIS & PERRITANO LLP
1300 SW 6th Ave., Ste. 330
Portland, OR 97201
503.229.1819

Superior Court of Washington for King County, Case No. 23-2-08165-0-SEA. A true and correct copy of the relevant portions of Plaintiffs' original complaint is attached as Exhibit D.

9. Mr. LaSalle served in the United States Army before his professional career as a barber. A true and correct copy of the relevant portions of Mr. LaSalle's deposition testimony, dated December 1, 2022, taken in *LaSalle et al. v. Am. Int'l Indus., et al.*, No. 22CV018567 (Cal. Super. Ct. Alameda Cnty. Dec. 1, 2022), is attached as Exhibit E.

10. A true and correct copy of excerpts of Mr. LaSalle's medical records wherein Plaintiff requests to cease completion of Mr. LaSalle's Nexus Letter, dated October 28, 2023, is attached as Exhibit F.

11. A true and correct copy of Dr. Jay L. Wittenkeller's Nexus Letter, dated November 3, 2023, is attached as Exhibit G.

12. A true and correct copy of the Declaration of Charles Loveless, Executive Vice President of A-I-I, is attached as Exhibit H.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct. Executed on September 18, 2026, at Portland, Oregon.

Dated this 18th day of September, 2026.

PIERCE DAVIS & PERRITANO LLP

By: s/*Claude Bosworth*

Claude Bosworth, WSBA #42568
cbosworth@piercedavis.com
Service: NWAsbestos@piercedavis.com
1300 SW Sixth Ave., Suite 330
Portland, OR 97201
*Of Attorneys for American International Industries, ARYZ Corp., ERX Corp., Glamour Industries Co., RAZY Properties, Inc., and SRYZ Corp.*

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| DIANNE LaSALLE, individually, as Personal Representative of the Estate of the Decedent JACK LaSALLE, and on behalf of all wrongful death beneficiaries of Decedent JACK LaSALLE,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN INTERNATIONAL INDUSTRIES, et al.,<br><br>Defendants. | Case No. 2:26-cv-00838-TL<br><br>**DECLARATION OF DELIVERY AND/OR MAILING** |

I am employed by the law firm of Pierce Davis & Perritano LLP in Portland, Oregon. I am over the age of eighteen years and not a party to the subject cause. My business address is 1300 SW Sixth Avenue, Suite 330, Portland, OR 97201.

On the date below, I caused to be served on all parties in this action by transmitting a true copy of the foregoing document in the following manner unless otherwise indicated.

**VIA E-FILE/SERVICE & EMAIL**

| | |
|---|---|
| Brian Weinstein<br>Alexandra Caggiano<br>Dylan Johnson<br>WEINSTEIN CAGGIANO PLLC<br>600 University Street, Suite 1620<br>Seattle, Washington 98101<br>service@weinsteincaggiano.com | Martin Neira, *Pro Hac Vice*<br>Michael Reid, *Pro Hac Vice*<br>Joseph D. Satterley, *Pro Hac Vice*<br>Michael T. Stewart, *Pro Hac Vice*<br>KAZAN, MCCLAIN, SATTERLEY & GREENWOOD<br>55 Harrison St., Suite 400<br>Oakland, CA 94607<br>mneira@kazanlaw.com<br>mreid@kazanlaw.com<br>jsatterley@kazanlaw.com<br>mstewart@kazanlaw.com<br>rcervantes@kazanlaw.com<br>***Attorneys for Plaintiffs*** |

I declare under penalty of perjury and under the laws of the State of Washington (RCW 9A.72.085) that the foregoing is true and correct.

Executed at Portland, Oregon, this 18th day of September, 2026.

*s/Shannon Boyd*
Shannon Boyd
Paralegal