# EXHIBIT A

FILED
2025 JUL 11 02:31 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 23-2-08165-0 SEA

THE HONORABLE DAVID WHEDBEE
Trial Date: November 3, 2025
Hearing Date: July 9, 2025
Without Oral Argument

SUPERIOR COURT FOR THE STATE OF WASHINGTON

FOR THE COUNTY OF KING

| | |
|---|---|
| DIANNE LaSALLE, individually, as Personal Representative of the Estate of the Decedent JACK LaSALLE, and on behalf of all wrongful death beneficiaries of Decedent JACK LaSALLE,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN INTERNATIONAL INDUSTRIES, et al.,<br><br>Defendants. | Case No. 23-2-08165-0 SEA<br><br>**ORDER GRANTING DEFENDANT AMERICAN INTERNATIONAL INDUSTRIES, MOTION FOR SANCTIONS AND FOR FINDING OF SPOLIATION AGAINST PLAINTIFF FOR VIOLATION OF COURT ORDER DATED DECEMBER 12, 2023** |

THIS MATTER having come before the Court by way of motion from Defendant American International Industries Motion for Sanctions and for Finding of Spoliation Against Plaintiff for Violation of Court Order Dated December 12, 2023 in the above-referenced matter, and the Court having reviewed the pleadings on file herein and the arguments contained therein and reviewed the following:

1. Defendant American International Industries' Motion for Sanctions and for Finding of Spoliation Against Plaintiff for Violation of Court Order Dated December 12, 2023;

2. Declaration of Claude Bosworth in Support of Defendant American International Industries' Motion for Sanctions and for Finding of Spoliation Against Plaintiff for Violation of Court Order Dated December 12, 2023 with attached exhibits A through G;
3. Declaration of Nilofar Karbassi in Support of Defendant American International Industries' Motion for Sanctions and for Finding of Spoliation Against Plaintiff for Violation of Court Order Dated December 12, 2023;
4. Plaintiff's response and all supporting declarations; and
5. Defendant's reply and all supporting declarations.

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant American International Industries' Motion for Sanctions and for Finding of Spoliation Against Plaintiff for Violation of Court Order Dated December 12, 2023 is GRANTED for the following reasons:

1. The Court's order dated December 12, 2023, required newly discovered evidence – specifically including Clubman talc samples -- to be preserved in its original condition, immediately disclosed to all parties, and not to be tested/altered without prior notice to all Defendants and guidance from the Court.
2. Plaintiff through its counsel was aware of this order, and during the litigation was repeatedly reminded of its importance with respect to the Clubman talc samples that are at the center of this asbestos litigation.
3. Plaintiff's counsel received in 2022 a sample of Clubman talc from a fact witness (Anyan). Despite extensive litigation around the issue of preserving and testing talc samples, and this Court's ultimate discovery order, Plaintiff's counsel did not notify the

defense about the Anyan sample for over two years after its receipt, and Plaintiff's counsel had it tested by its own expert without notice to the defense, all of which squarely violated this Court's order. The Court does not find the explanation of Plaintiff's counsel to be credible or reasonable. The Court finds that the failure to disclose this sample, and the violation of the Court's order, to be willful.

4. In responding to this motion, Plaintiff's counsel stated that Plaintiff will withdraw the sample from evidence. This moots the requested sanction of exclusion. But in any event the use of the Anyan sample shall not be permitted.

5. The Court finds that the grounds for a finding of spoliation have been met, and the defense may request an adverse inference instruction at the appropriate juncture.

6. The Court finds that Plaintiff's position in withholding the sample, and violating the Court's order, are not substantially justified, requiring that the Court impose monetary sanctions on Plaintiff. *See* CR 37(b).

7. Defendant A-I-I I is awarded monetary sanctions, in the form of reasonable attorney's fees and costs incurred incident to this controversy, in the amount of $13,200. Plaintiff's counsel shall pay this amount within 10 days of this order, with 12% annual interest to attach in the event Plaintiff does not meet this deadline.

DATED this 11th day of July, 2025.

HONORABLE DAVID WHEDBEE

**King County Superior Court**
**Judicial Electronic Signature Page**

Case Number: 23-2-08165-0 SEA
Case Title: LASALLE ET ANO VS AMERICAN INTL INDUSTRIES ET AL

Document Title: Order Granting Motion / Petition

Date Signed: 07/11/2025

Judge: David Whedbee

Key/ID Number: *270741175*

Page Count: This document contains 3 page(s) plus this signature page.