# EXHIBIT E

SUPERIOR COURT OF CALIFORNIA
ALAMEDA COUNTY

JACK LaSALLE and DIANNE LaSALLE, )
Plaintiff(s), )
vs. ) 22CV018567
AMERICAN INTERNATIONAL INDUSTRIES, et al., )
Defendant(s). )

Video Recorded Virtual Zoom Deposition Upon Oral Examination of

JACK LaSALLE

Volume 6

10:30 a.m.
December 1, 2022
1100 North Sullivan Road, Suite 3218
Spokane, Washington

REPORTED BY: Mindi L. Pettit, RPR, WA CCR #2519, ID CSR #1141

you started at Joe's Barber in -- at 16th and University from approximately -- did you start in approximately 1994?

A. Yes.

Q. Okay. So there's quite a significant gap here, from 1979 to 1994. Did you work anywhere else during that 15-year period?

A. Well, I'm sure I did. But I can't recall.

Q. Okay. So what kind of work were you doing during that period of time?

A. Barbering.

Q. So you were -- you were barbering, but can you identify any of the places that you worked at between, let's say -- I think it's 1980, is the last one I have, through 1994? During that period, can you identify any of the shops that you worked at?

A. Just Joe's Barber shop.

Q. Right. And Joe's is the one that you started in '94. And I'm wondering if you recall any before Joe's Barber shop.

A. No, I moved around a lot.

Q. Okay. Did -- other than barbering work, did you do any other type of work? Did you ever work at a -- at -- you know, in any other industry other than barbering and cosmetology?

REPORTER'S CERTIFICATE

I, MINDI L. PETTIT, the undersigned Certified Court Reporter pursuant to RCW 5.28.010 authorized to administer oaths and affirmations in and for the State of Washington, do hereby certify that the sworn testimony and/or proceedings, a transcript of which is attached, was given remotely before me at the time and place stated therein; that any and/or all witness(es) were previously duly sworn to testify to the truth; that the sworn testimony and/or proceedings were by me stenographically recorded and transcribed under my supervision, to the best of my ability; that the foregoing transcript contains a full, true, and accurate record of all the sworn testimony and/or proceedings given and occurring at the time and place stated in the transcript; that a review of which was not requested; that I am in no way related to any party to the matter, nor to any counsel, nor do I have any financial interest in the event of the cause.

WITNESS MY HAND AND DIGITAL SIGNATURE this 6th day of December 2022.

MINDI L. PETTIT, RPR
Washington State Certified Court Reporter #2519
Idaho State Certified Shorthand Reporter #1141
mindi.pettit.courtreporter@charter.net

SUPERIOR COURT OF CALIFORNIA
ALAMEDA COUNTY

| | | |
|---|---|---|
| JACK LaSALLE and DIANNE LaSALLE, Plaintiff(s), | ) | |
| vs. | ) | 22CV018567 |
| AMERICAN INTERNATIONAL INDUSTRIES, et al., Defendant(s). | ) | |

Video Recorded Deposition Upon Oral Examination of
JACK LaSALLE
Volume 2

10:33 a.m.
November 18, 2022
1100 North Sullivan Road, Suite 3218
Spokane, Washington

REPORTED BY: Mindi L. Pettit, RPR, WA CCR #2519, ID CSR #1141

Q. Did you get to pick that?
A. I'm sorry?
Q. Did you get to pick that specialty, or did they tell you that's what you were going to do?
A. Well, they kind of told me I -- I probably would be good at it.
Q. What -- did they give you some kind of personality test for that?
A. No. I'm -- they -- they just kind of send you where they want you to go.
Q. I assume you had to be calm to work with explosives.
A. Well, it helps.
Q. Yeah. What kind of explosive did you work with?
A. Just about all kinds. I used --
Q. And --
A. Did you want me to --
Q. Yeah, please, do explain.
A. Well, I used tetrytol, C4, nitroglycerin, ammonium nitrate, and dynamite -- 60 percent -- from 20 percent to 60 percent. And that about covers it.
Q. How long were you at Fort Leonard Wood?
A. We were there for ten weeks.
Q. And when you left Fort Leonard Wood after ten

weeks, what was your rating?
A. My rank?
Q. Rank, rating, yes.
A. I was an E2.
Q. And did you have a specialty at that point? Were you called a construction engineer?
A. That was my specialty, was engineer -- combat engineers.
Q. And -- but the only kind of engineering you were doing was explosives?
A. Oh, we did other things.
Q. Were you building anything or just blowing things up?
A. We built bridges --
Q. And then --
A. -- pontoon -- pontoon bridges, metal bridges over water. We built timber trestle bridges. Just about -- and Bailey bridges. And that's pretty much what we covered.
Q. And after you left Fort Leonard Wood, where did you go?
A. Went to Germany.
Q. And where were you stationed in Germany?
A. Wildflecken, Germany.
Q. Was there a US Army base there at the time?

A. Yes.
Q. And how long did you stay at Wildflecken, Germany?
A. Oh, about two years.
Q. Did you ever go anywhere else -- did you ever deploy anywhere other than Wildflecken, Germany, while you were based there?
A. No. Oh, just -- I did too. I went to an advanced school for explosives.
Q. Where was that?
A. That was in Murnau.
Q. Germany -- was that Germany?
A. Yes.
Q. Did you ever leave Germany during that period?
A. No.
Q. Did you ever go to Vietnam?
A. No.
Q. Did you build -- did you do -- did you build bridges while you were in Germany?
A. Yes.
Q. You just built them for practice, or did you actually build functioning bridges that they used?
A. Oh, we built them for practice.
Q. What types of materials would you use?
A. Steel, timber. And pretty much those two

REPORTER'S CERTIFICATE

I, MINDI L. PETTIT, the undersigned Certified Court Reporter pursuant to RCW 5.28.010 authorized to administer oaths and affirmations in and for the State of Washington, do hereby certify that the sworn testimony and/or proceedings, a transcript of which is attached, was given before me at the time and place stated therein; that any and/or all witness(es) were previously duly sworn to testify to the truth; that the sworn testimony and/or proceedings were by me stenographically recorded and transcribed under my supervision, to the best of my ability; that the foregoing transcript contains a full, true, and accurate record of all the sworn testimony and/or proceedings given and occurring at the time and place stated in the transcript; that a review of which was not requested; that I am in no way related to any party to the matter, nor to any counsel, nor do I have any financial interest in the event of the cause.

WITNESS MY HAND AND DIGITAL SIGNATURE this 22nd day of November 2022.

MINDI L. PETTIT, RPR
Washington State Certified Court Reporter #2519
Idaho State Certified Shorthand Reporter #1141
mindi.pettit.courtreporter@charter.net