# EXHIBIT F

**Preferred Pharmacy (continued)**

**Messages (continued)**

Hi Becky, thank you so much for always going above and beyond!! Our Veterans Service Officer is looking for Doctors opinion that there is at least a 51% chance that he was exposed during his military service . Please let me know that you received what I am sending.

I just learned that the 5 pages I want to send is too big. Is there another way?

**Patient Instructions**

None

**Preferred Pharmacy (continued)**

**Messages (continued)**

**Jack LaSalle. RE: Nexus Letter**

| From | To | Sent |
|---|---|---|
| Lasalle, Dianne L (proxy for Lasalle, Jack M) | P Wittenkeller, Jay Message Pool (supporting Jay L Wittenkeller, MD) | 11/15/2023 3:57 PM |

Jack is doing ok. Nasty cough especially at night. We are still waiting for the Benzonatate that the VA was supposed to send. He is tired but in fairly good spirits. Thank you so much Becky!

**Jack LaSalle. RE: Nexus Letter**

| From | To | Sent and Delivered |
|---|---|---|
| Rebecca J Vogel, RN | Lasalle, Jack M | 11/15/2023 1:13 PM |

Last Read in MyChart
11/20/2023 6:09 PM by Dianne L Lasalle (proxy for Jack M Lasalle)

Hello Jack and Diane,
I am sorry to hear about this. I am hoping things go well with your mesothelioma claim. Please let us know if we can be of assistance there.
How is Jack doing?
Becky, RN

**Jack LaSalle. RE: Nexus Letter**

| From | To | Sent |
|---|---|---|
| Lasalle, Dianne L (proxy for Lasalle, Jack M) | P Wittenkeller, Jay Message Pool (supporting Jay L Wittenkeller, MD) | 10/28/2023 1:06 PM |

We can no longer file for a VA Disability claim. Please stop all attempts to complete the Nexus letter. We have been advised by our attorney that doing this would hurt our mesothelioma case. I sincerely thank you all for your time and assistance. Please take care and we will see you soon

Jack and Dianne LaSalle

**Jack LaSalle. RE: Nexus Letter**

| From | To | Sent |
|---|---|---|
| Lasalle, Dianne L (proxy for Lasalle, Jack M) | P Wittenkeller, Jay Message Pool (supporting Jay L Wittenkeller, MD) | 10/26/2023 10:53 AM |