# EXHIBIT G

## 11/03/2023 - Letter (Out) in MultiCare Deaconess Cancer and Blood Specialty Center - Spokane

**Hospital Account**

Not on file

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Jay L Wittenkeller, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| MultiCare Deaconess Cancer and Blood Specialty Center - Spokane | 910 West 5th Ave Suite 700 Spokane WA 99204-2967 | 509-755-5800 | 509-459-1343 |

**Call Information**

| | Provider | Department | Center |
|---|---|---|---|
| 11/3/2023 2:16 PM | Jay L Wittenkeller, MD | DH DHEC HEMATOLOGY/ONCOLOGY AND INFUSION | DH |

## Results (Order )

## END OF IMAGING QUESTIONNAIRE REPORT

## Preferred Pharmacy

**Letters**

**Letter by Jay L Wittenkeller, MD on 11/3/2023**

Status: Sent
Letter body:

November 3, 2023

Regarding: Jack M Lasalle

DOB [redacted]

To Whom It May Concern,

I am Dr. Jay Wittenkeller. I am a board certified medical oncologist. I have been asked to write a statement in support of the afore mentioned veterans claim.

I have personally reviewed his medical history. I have also reviewed and have noted the circumstances and events of his military service in the years 1964-1967 while he served during his military service.

Mr. Jack Lasalle is a patient under my care since July 29, 2022. His diagnosis is advanced stage pleural mesothelioma. I am familiar with his history and have examined Mr. Lasalle often while he has been under my care.

Mr. Lasalle has no other known risk factors that may have precipitated his current condition

## Preferred Pharmacy (continued)

**Letters (continued)**

After a review of the pertinent records it is my professional opinioin that it is at least as likely as not that Mr. Lasalle's condition is a result of his experiences of exposures to explosions of multiple materials during his military service.

In my personal experience and in the medical literature it is well documented that there is an increased risk for development of pleural mesothelioma and exposure to asbestos.

Signed,

Dr. Jay Wittenkeller, MD.

**Patient Instructions**

None