# EXHIBIT H

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| **DIANNE LaSALLE**, individually, as Personal Representative of the Estate of Decedent JACK LaSALLE, and on behalf of all wrongful death beneficiaries of Decedent JACK LaSALLE,<br><br>Plaintiff,<br><br>v.<br><br>**AMERICAN INTERNATIONAL INDUSTRIES,** et al.;<br><br>Defendants. | Case No. 2:26-cv-03159-TL<br><br>**DECLARATION OF CHARLES LOVELESS** |

**DECLARATION OF CHARLES LOVELESS**

I, Charles Loveless, declare as follows:

1. I am the Executive Vice President of American International Industries ("A-I-I"), a California general partnership. I have been employed by A-I-I for over thirty years. The following is based on my personal knowledge as well as the information I have gained through investigation including review of documents and company records and conversations with current and former employees of A-I-I.

2. In my capacity as Executive Vice President and as a result of my many years as a General Manager, I am familiar with and have direct and personal knowledge of the product

lines sold by A-I-I, the historical background of how those product lines were obtained by A-I-I, the supply of materials used to manufacture A-I-I's personal care products, the manufacture and distribution of those products, and purchasing and product sales. Through my positions over the last thirty years, my responsibilities included overseeing the production of Clubman brand products including Clubman Talc.

3. American International Industries is a family-owned partnership that operates from a single location with fewer than 800 employees. From 1987 to 2017, A-I-I made and sold a talcum powder product called "Clubman Talc."

4. Barretts Minerals, Inc. ("BMI") was a talc miner and manufacturer that supplied A-I-I with 100 percent of the pharmaceutical grade talc that A-I-I blended into its Clubman product.

5. As a downstream blender of a product made exclusively with pharmaceutical grade talc from BMI, A-I-I was routinely named as a co-defendant in talc-related lawsuits with BMI.

6. Each shipment of talc from BMI to A-I-I was accompanied by written assurances that, among others, the "product conforms to current USP [United States Pharmacopeia] Monograph requirements for talc" and is free of "regulated" or "detectable" asbestiform minerals.[1] A-I-I relied upon such testing as accurate.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on September 16, 2026, at Los Angeles, California.

Signed by:
Charlie Loveless
20ACD36DC738460...
CHARLES LOVELESS

[1] *See* Exhibits 11-12 to A-I-I's Motion to Transfer and Fix Venue (Dkt. 1-2 at pp. 44-48).